Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for Enovational Corp.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 22-55-ELG |
| ENOVATIONAL CORP. | (Chapter 11) |
| Debtor. | |
| _____/ | Adversary Proceeding: 22-10014-ELG |
| ENOVATIONAL CORP. | |
| Plaintiff, | |
| v. | |
| THE STATE OF MARYLAND | |
| Defendant. | |

<b><u>NOTICE OF SCHEDULING CONFERENCE</u></b>

Come now Enovational Corp. ("Enovational" or the "Debtor") by and through undersigned counsel, and gives notice that a hearing will be held in this matter, for purposes of establishing a scheduling order, on Wednesday, October 18, 2023, at 10:00 am prevailing Eastern Time, with said hearing conducted in a hybrid format in Courtroom 1 at 333 Constitution Avenue, NW, Washington, DC 20001 *and* via Zoom. For the Zoom meeting code, contact Courtroom Deputy Aimee Mathewes at Aimee_Mathewes@dcb.uscourts.gov.

                Respectfully submitted,

Dated: October 11, 2023        By: /s/ Maurice B. VerStandig
                 Maurice B. VerStandig, Esq.
                 Bar No. MD18071
                 The Belmont Firm
                 1050 Connecticut Avenue, NW
                 Suite 500
                 Washington, DC 20036
                 Phone: (202) 991-1101
                 mac@dcbankruptcy.com
                 *Counsel for Enovational Corp.*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 11th day of October, 2023, a copy of the foregoing was served electronically upon filing via the ECF system.

                 /s/ Maurice B. VerStandig
                 Maurice B. VerStandig