David S. Musgrave, Esquire
Bar No. 382428
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland  21202
Phone/Fax No.: (410) 576-4194
dmusgrave@gfrlaw.com
*Attorney for State of Maryland*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| ENOVATIONAL CORP., | * | Case No. 22-00055-ELG |
| Debtor. | * | (Chapter 11) |
| * * * * * * | * | * * * * * |
| ENOVATIONAL CORP., | * | Adversary Proceeding: 22-10014-ELG |
| Plaintiff, | * | |
| v. | * | |
| THE STATE OF MARYLAND, | * | |
| Defendant. | * | |
| * * * * * * | * | * * * * * |

## MOTION TO CONSOLIDATE CONTESTED MATTER
## AND ADVERSARY PROCEEDING

The State of Maryland ("Defendant"), pursuant to Federal Rule of Civil Procedure 42, applicable to this proceeding by Bankruptcy Rule 7042, moves that this Court consolidate the contested matter arising from Enovational Corp.'s objection (Docket No. 241) to Defendant's Proof of Claim (Claim No. 59 of the Claims Register) with this Adversary Proceeding, and states as follows:

1. Enovational Corp. filed a Voluntary Petition under Chapter 11 on March 26, 2022.

59387\148679\10457062.v1-12/22/23

2. Defendant filed a Proof of Claim (Claim No. 59) on July 25, 2022, in the amount of $2,507,986.00.

3. Enovational Corp. filed an objection to the Proof of Claim (Docket No. 241).

4. Defendant filed a response to the objection to the Proof of Claim (Docket No. 279).

5. The contested matter arising by reason of Enovational Corp.'s objection to Defendant's Proof of Claim (the "Contested Matter") and this Adversary Proceeding involve common questions of law and fact and common subject matter.

6. Consolidation of the Contested Matter and this Adversary Proceeding will avoid unnecessary expense and delay.

7. Enovational Corp. consents to this motion, as reflected in the proposed order submitted with this motion.

WHEREFORE, Defendant respectfully requests that this Court consolidate the Contested Matter and this Adversary Proceeding.

Dated: December 22, 2023

/s/ David S. Musgrave
David S. Musgrave (D.C. Bar No. 382428)
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202
Phone/Fax No.: (410) 576-4194
E-mail: dmusgrave@gfrlaw.com
Attorney for State of Maryland

**CERTIFICATE OF SERVICE**

I certify that on this 22nd day of December 2023, a copy of the foregoing was sent by e-mail to Maurice VerStandig, Esquire at mac@dcbankruptcy.com.

/s/ David S. Musgrave
David S. Musgrave (D.C. Bar No. 382428)