**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | * | |
| ENOVATIONAL CORP., | * | Case No. 22-00055-ELG |
| Debtor. | * | (Chapter 11) |

\* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| ENOVATIONAL CORP., | * | Adversary Proceeding: 22-10014-ELG |
| Plaintiff, | * | |
| v. | * | |
| THE STATE OF MARYLAND, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>ORDER CONSOLIDATING CONTESTED MATTER
WITH ADVERSARY PROCEEDING</u>**

**UPON CONSIDERATION** of Defendant's Motion to Consolidate Contested Matter and Adversary Proceeding, and it appearing that the parties consent to the entry of this order, it is, this _____ day of _____, _____,

**ORDERED,** that the Defendant's Motion to Consolidate is **GRANTED**; and it is further

**ORDERED,** that the Contested Matter arising from the Plaintiff's objection to the Defendant's Proof of Claim (Docket No. 241) and this Adversary Proceeding No. 22-10014 are hereby **CONSOLIDATED**, and that the Scheduling Order (Docket No. 31) shall continue to govern all matters in this Adversary Proceeding.

CONSENTED TO:

_____/s/ David S. Musgrave_____
David S. Musgrave (Bar No. 382428)
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202
Phone/Fax No.: (410) 576-4194
E-mail: dmusgrave@gfrlaw.com
*Attorney for the State of Maryland*

SEEN AND AGREED:

_____/s/ Maurice B. VerStandig_____
Maurice B. VerStandig (Bar No. MD18071)
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, D.C. 20036
Phone: (202) 991-1101
Email: mac@dcbankruptcy.com
*Attorney for Enovational Corp.*