David S. Musgrave (Bar No. 382428)
Gordon Feinblatt LLC
1001 Fleet Street, 7th Floor
Baltimore, Maryland 21202
Phone No. (410) 576-4194
E-mail: dmusgrave@gfrlaw.com
*Attorneys for State of Maryland*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| ENOVATIONAL CORP., | * | Case No. 22-00055-ELG |
| Debtor. | * | (Chapter 11) |
| _____/ | * | |
| ENOVATIONAL CORP., | | Adversary Proceeding: 22-10014-ELG |
| | * | |
| Plaintiff, | * | |
| V. | * | |
| THE STATE OF MARYLAND, | * | |
| Defendant. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF DEADLINE TO FILE AND SERVE
### OBJECTION TO STATE OF MARYLAND'S MOTION TO CONSOLIDATE
### CONTESTED MATTER AND ADVERSARY PROCEEDING

The State of Maryland has filed papers with the court seeking to consolidate the contested matter in the main bankruptcy case involving the Debtor's objection to Defendant's Proof of Claim with this Adversary Proceeding.

**Your rights may be affected.** **You should read the motion carefully and discuss it with your lawyer, if you have one in this bankruptcy case. (If you do not have a lawyer, you may wish to consult one).**

If you do not want the Court to grant the motion, or if you want the Court to consider your views on the motion, then on or before **January 11, 2024**, you or your attorney must:

> File with the court a written objection to the motion with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001. You may append affidavits and documents in support of your objection.

> If you mail your objection to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the Court will receive it by the date stated above.

59387\148679\10549678.v1-12/28/23

You must also mail a copy to:

> David S. Musgrave, Esquire
> Gordon Feinblatt LLC
> 1001 Fleet Street, 7th Floor
> Baltimore, Maryland  21202

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief.  The Court may grant the motion without a hearing if the objection filed states inadequate grounds for denial of the motion.

Dated: December 28, 2023

/s/ *David S. Musgrave*
David S. Musgrave (D.C. Bar No. 382428)
Gordon Feinblatt LLC
1001 Fleet Street, 7th Floor
Baltimore, Maryland  21202
Phone/Fax No. (410) 576-4194
E-mail:  dmusgrave@gfrlaw.com

*Attorney for State of Maryland*

## CERTIFICATE OF SERVICE

I certify that on the 28th day of December, 2023, true and correct copies of the foregoing notice were served via the Court's electronic filing system to all registered users.

/s/ *David S. Musgrave*
David S. Musgrave

59387\148679\10549678.v1-12/28/23