The order below is hereby signed.

Signed: January 30 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| ENOVATIONAL CORP., | * | Case No. 22-00055-ELG |
| Debtor. | * | (Chapter 11) |
| * * * * * * * | * * * * * | |
| ENOVATIONAL CORP., | * | Adversary Proceeding: 22-10014-ELG |
| Plaintiff, | * | |
| v. | * | |
| THE STATE OF MARYLAND, | * | |
| Defendant. | * | |
| * * * * * * * * | * * * * * | |

**ORDER CONSOLIDATING CONTESTED MATTER
WITH ADVERSARY PROCEEDING**

**UPON CONSIDERATION** of Defendant's Motion to Consolidate Contested Matter and Adversary Proceeding, and it appearing that the parties consent to the entry of this order, it is, by the United States Bankruptcy Court for the District of Columbia,

59387\148679\10483638.v2-1/30/24

**ORDERED,** that the Defendant's Motion to Consolidate is **GRANTED**; and it is further

**ORDERED,** that the Contested Matter arising from the Plaintiff's objection to the Defendant's Proof of Claim (Docket No. 241) and this Adversary Proceeding No. 22-10014 are hereby **CONSOLIDATED**, and that the Scheduling Order (Docket No. 31) shall continue to govern all matters in this Adversary Proceeding.

CONSENTED TO:


\_\_\_\_/s/ David S. Musgrave_____
David S. Musgrave (Bar No. 382428)
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202
Phone/Fax No.: (410) 576-4194
E-mail: dmusgrave@gfrlaw.com
*Attorney for the State of Maryland*


SEEN AND AGREED:


\_\_\_\_/s/ Maurice B. VerStandig_____
Maurice B. VerStandig (Bar No. MD18071)
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, D.C. 20036
Phone: (202) 991-1101
Email: mac@dcbankruptcy.com
*Attorney for Enovational Corp.*

United States Bankruptcy Court

District of Columbia

Enovational Corp.,
    Plaintiff

State of Maryland,
    Defendant

Adv. Proc. No. 22-10014-ELG

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 2
Date Rcvd: Jan 31, 2024      Form ID: pdf001      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Jan 31 2024 22:09:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Arthur P. Lander | on behalf of Accountant Arthur Lander CPA PC law@businesslegalservicesinc.com |
| David Simson Musgrave | on behalf of Defendant State of Maryland dmusgrave@gfrlaw.com tleonard@gfrlaw.com |
| David Simson Musgrave | on behalf of Interested Party State of Maryland dmusgrave@gfrlaw.com tleonard@gfrlaw.com |
| Douglas Michael Foley | on behalf of Creditor Wells Fargo Bank N.A. dmfoley@kaufcan.com |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 31, 2024 | Form ID: pdf001 | Total Noticed: 1 |

J. David Folds
    on behalf of Creditor Dynamic Hive dfolds@bakerdonelson.com  lcarpenter@bakerdonelson.com

Jill Diane Caravaggio
    on behalf of Creditor United Electric Supply Co.  Inc. jill@jill-lawoffice.net, paralegal@jill-lawoffice.net

Justin Philip Fasano
    on behalf of Creditor Vlad Enache jfasano@mhlawyers.com
    jfasano@ecf.courtdrive.com;hleaphart@mhlawyers.com;fasano.justinr92003@notify.bestcase.com

Kristen S. Eustis
    on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov  Robert.W.Ours@usdoj.gov

Marc E. Albert
    marc.albert@stinson.com  porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com

Marc E. Albert
    on behalf of Trustee Marc E. Albert marc.albert@stinson.com
    porsche.barnes@stinson.com;dc05@ecfcbis.com;mealbert@ecf.axosfs.com

Marc Elliott Albert
    on behalf of Trustee Marc E. Albert malbert@stinson.com
    Porsche.barnes@stinson.com;marc.albert@stinson.com;Joshua.cox@stinson.com

Maurice Belmont VerStandig
    on behalf of Debtor In Possession Enovational Corp. mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice Belmont VerStandig
    on behalf of Plaintiff Enovational Corp. mac@mbvesq.com
    lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Michael J Klima
    on behalf of Creditor BMW Financial Services  NA, LLC jklima@kpdlawgroup.com

Michael T. Freeman
    on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov  robert.w.ours@usdoj.gov

Paul Michael Schrader
    on behalf of Creditor ADI Construction of Virginia  LLC pms@cwattorney.com

Rizwan Ahmad Qureshi
    on behalf of Interested Party Ernst & Young U.S.  LLP rqureshi@reedsmith.com, APille@ReedSmith.com

Seamus Curley
    on behalf of Creditor TMG 1400 L Street  L.L.C. scurley@stroock.com,
    holsen@stroock.com;smillman@stroock.com;wlancaster@stroock.com;lrarrick@stroock.com

Seth Adam Robbins
    on behalf of Creditor C.M.P. Metals  Inc. d/b/a Phoenix Metals srobbins@robbins-lawgroup.com

Sherry J. Millman
    on behalf of Creditor TMG 1400 L Street  L.L.C. sherry.millman@hoganlovells.com, sherry-millman-9484@ecf.pacerpro.com

Stephanie J. Bentley
    on behalf of Creditor Wells Fargo Bank  N.A. sbentley@mcguirewoods.com

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 22