Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for Enovational Corp.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 22-55-ELG |
| ENOVATIONAL CORP. | (Chapter 11) |
| Debtor. | |
| _____/ | Adversary Proceeding No. 22-10014-ELG |
| ENOVATIONAL CORP. | |
| Plaintiff, | |
| v. | |
| THE STATE OF MARYLAND | |
| Defendant. | |

### <u>NOTICE OF ISSUANCE OF SUBPOENAS</u>

Comes now Enovational Corp. ("Enovational" or the "Debtor"), by and through undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 9016 and Federal Rule of Civil Procedure 45, and hereby gives notice that not sooner than Monday, February 5, 2024, the subpoenas attached hereto as Exhibits A and B will be issued to JPMorgan Chase Bank, National Association and Dravida Consulting, LLC.

*[Signature on Following Page]*

1

Respectfully submitted,

Dated: February 3, 2024          By:     /s/ Maurice B. VerStandig
                                         Maurice B. VerStandig, Esq.
                                         Bar No. MD18071
                                         The Belmont Firm
                                         1050 Connecticut Avenue, NW, Suite 500
                                         Washington, DC 20036
                                         Phone: (202) 991-1101
                                         mac@dcbankruptcy.com
                                         *Counsel for Enovational Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of February, 2024, a copy of the foregoing was

served electronically, upon all parties hereto, via this Honorable Court's CM/ECF system.


/s/ Maurice B. VerStandig
Maurice B. VerStandig