IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 22-55-ELG |
| ENOVATIONAL CORP. | (Chapter 11) |
| Debtor. | |
| _____/ | |
| ENOVATIONAL CORP. | Adversary Proceeding No. 22-10014-ELG |
| Plaintiff, | |
| v. | |
| THE STATE OF MARYLAND | |
| Defendant. | |

## AFFIDAVIT OF VLAD ENACHE

1.  My name if Vlad Enache, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2.  I am the chief executive officer of Enovational Corp. and have been at all times relevant.

3.  Enovational formerly operated a technology-centric government solutions provider, providing form-based interfaces for citizen-facing government actors.

4.  To the best of my knowledge, no new work order or task order was entered into between Enovational and Maryland, for MMCC-centric work, after the conclusion of Work Order #3.

5.  Enovational conveyed Invoice 569 to Maryland on or about May 27, 2022.

6.  Maryland has, at all times since, refused to pay Invoice 569 or any part thereof.

7. When Enovational had finished approximately 90% of the tasks called for in the three correlative statements of work, Maryland elected to terminate the BCCDT, KDP, and CMS projects.

8. Enovational then furnished backup documentation to Maryland, including the Invoice 587 Justification.

9. Enovational thereafter conveyed Invoice 587 to Maryland, seeking $625,000.00 for services rendered, including services performed pursuant to the three statements of work but outside the scope of Work Order 17.

10. Maryland has, at all times since, refused to pay Invoice 587 or any part thereof.

11. In lieu of paying for the work completed on Milestone 1, however, SDAT conditioned payment on Enovational placing production-level data (ie, real citizens' information) in a test environment (a largely-unsecured portal).

12. Enovational, aware of its obligation to adhere to the Maryland Information Technology Security Manual (and to not compromise the security of citizen data), refused to place production-level data in a test environment.

13. On September 12, 2022, Enovational sent Maryland Invoice 600 for work on Milestone 1.

14. Maryland has, at all times since, refused to pay Invoice 600 or any part thereof.

15. On October 3, 2022, Enovational consummated a sale of substantially all of its assets (excepting cash, receivables, and a handful of specifically-delineated items) to a third party.

16. Approximately 17 days later, Maryland sent Enovational a work order for work Enovational had already done for the Maryland Department of Agriculture.

DocuSign Envelope ID: 6AEC90D6-1161-4A17-898F-685B86AF0618

Case 22-10014-ELG    Doc 31-1    Filed 02/04/24    Entered 02/04/24 15:41:52    Desc
Exhibit A - Affidavit of Vlad Enache    Page 3 of 3

17. Inasmuch as Enovational had sold the relevant contractual rights to a third party, and separated nearly all of its employees so they could join that third party, agreeing to not undertake competitive work in the process, Enovational did not sign off on the draft work order.

18. A significant amount of the work Enovational had undertaken was already being utilized by the public, through Maryland's roll out of such as a citizen-facing product, when the aforementioned Department of Agriculture work order was received.

19. Enovational performed all of the work delineated in Invoice 601 yet Maryland has, at all times, refused to pay Invoice 601 or any part thereof.

20. I have reviewed the motion to which this affidavit is appended as well as the various other exhibits thereto; each exhibit is either (i) something Maryland has produced in discovery during this case; or (ii) a document kept by Enovational, in the ordinary course of its business affairs, as a record of its business dealings.

21. Further affiant sayeth naught.

I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2/4/2024
Executed On

*Vlad Enache*
— 76A9872720984D0...
Vlad Enache