# ENOVATIONAL

## PROPOSAL

### Overview/Summary

This proposal is for development of Maryland Medical Cannabis Commission permitting and licensing applications using the Maryland OneStop Platform.

### Scope of Work

Per **Work Order #3** of Contract **#F50B0600028 (see Attachment A)**, the following deliverables will be completed by the Enovational team:

**Features and Functionalities:**

- Printable temporary ID card (patient/caregiver)
- Patients and caregivers are able to update/manage account information
- Patients, caregivers and providers submit renewal application online form
- Patients and caregivers report their ID cards stolen
- Patients and caregivers request a replacement ID card
- PDF Provider and Dispensary Listing on OneStop
- Patients and caregivers use photo cropping tool to edit their photos (during initial registration)
- Initiate patient/ caregiver/ provider data migration effort
- Initiate Metrc integrations (multiple tracks)
- Patients indicate caregiver(s) to associate with
- Patients update caregiver(s) they are associated with
- Caregivers remove patients they are associated with
- QA team processes the patient/ caregiver /provider renewal applications
- Providers look up a patient to issue a medical cannabis certification
- Providers issue patients a medical cannabis certification (without Metrc integration)
- Initiate CDS and Medical Boards integration for provider registration & provider certification
- QA team edits/updates patient and caregiver photos
- QA team generates minor patient and adult patient ID cards in Salesforce
- QA team generates the caregiver ID card in Salesforce
- MMCC staff processing and productivity reports
- Patient/ caregiver/ provider reports
- Payment flow setup on OneStop (without CyberSource integration)
- Finalize Metrc integration for provider certification & tracking patient purchases of medical cannabis (timing dependent on Metrc)
- Initiate CRISP integration -- patient data sent to CRISP
- Prototyping of dashboards to track applications and their statuses
- Dispensary agents search for and lookup patients (and associated caregiver)
- Dispensary agents view patient information including medical cannabis certification data
- Patient medical cannabis certification pushed into METRC
- Patients see medical cannabis purchase history in OneStop
- Patients see remaining monthly medical cannabis balance on OneStop
- Auto-notifications to support workflows
- Configurable dashboards and queues
- Queuing patient and caregiver ID cards to print
- Finalize Metrc integration for dispensary look of up patient medical cannabis allotment (timing dependent on Metrc)

1101 K St. NW Suite 1010 Washington, DC 20005 | 301.538.2134

# ENOVATIONAL

- Printer integration to print patient and caregiver ID card
- Industry body business license registration in OneStop
- Industry body point of contact(s) submit industry body agent registration applications
- Integration with Metrc to prompt industry body agent ID card printing
- Patients and caregivers view the printing status of their ID card in OneStop
- Patient, caregiver and industry body application payment processing using CyberSource
- Initiate industry body data migration
- Finalize patient/ caregiver/ provider data migration effort
- Showing a dynamic list of actively registered medical providers on OneStop
- Showing a dynamic list of actively registered dispensaries on OneStop
- API Law enforcement look up of registered patients and caregivers
- Inspections processing workflows
- Enforcement team processes and workflows
- Public users submit a complaint on OneStop
- Industry body reports, financial and fee generation reports
- Password functionality shall abide by related DoIT security policies. Users will be prompted with guidelines to create "Strong Passwords."

## Project Roadmap and Phases

| Phases | Features/Functionalities |
|---|---|
| **Phase 2:**<br><br>Patient Registration Processing | Admin Backend<br><br>- Setting notifications including the reason an application was returned to an applicant<br>- Application processing workflows with the following statuses<br>  - Hospice<br>  - Submitted applications (Pending)<br>  - Resubmitted applications<br>  - Out of state (Management Review)<br>  - Returned<br>  - Denied<br>  - Inactive<br>  - Registered<br>  - Expired<br>- Returning an application and indicating send-back reason<br>- View on all registrations<br>  - Hospice<br>  - Submitted applications (Pending)<br>  - Resubmitted applications<br>  - Out of state (Management Review)<br>  - Returned<br>  - Denied<br>  - Inactive<br>  - Registered<br>  - Expired<br>- Application status changes<br>OneStop |

# ENOVATIONAL

| | |
|---|---|
| | - Application status changes<br>- Receiving/viewing notifications including the reason an application was returned to an applicant |
| **Phase 3:**<br><br>Additional License Services | OneStop<br><br>- Printable temporary ID card (patient/caregiver)<br>- Registrants' ability to update/manage account information<br>- Renewal application online form<br>- Printable provider registration<br>- Requesting replacement ID card<br>- PDF Provider and Dispensary Listing<br>- Photo cropping tool |
| **Phase 4:**<br><br>Additional Workflow Services | Admin Backend<br><br>- Ability for patients to look up and associate multiple caregivers (both OneStop and SF)<br>- Renewal processing workflows<br>- Renewal notifications<br>- Inactivation processing workflows<br><br>OneStop<br><br>- Ability for patients to look up and associate multiple caregivers |
| **Phase 5:**<br><br>Final License Services | Admin Backend<br><br>- Generating digital version of physical patient/caregiver ID card<br>- Updating patient photo<br><br>OneStop<br><br>- Ability to set a cap on the number of patients one caregiver can be associated with<br><br>Integrations<br><br>- Provider certification<br>- Dispensaries look up patient data<br>- Show patients their purchase history<br><br>OneStop<br><br>- Displaying card printing status in patient/caregiver account |
| **Phase 6:**<br>Industry Bodies Registration | OneStop and Admin Backend<br><br>- Growers registration application and associated workflows<br>- Processor registration application and associated workflows<br>- Dispensary registration application and associated workflows<br>- Other Industry Body registrations (e.g., testing labs) |
| **Phase 7:**<br><br>Inspections Processing | Admin Backend<br><br>- Cannabis Commission inspectors complete inspection webforms<br>- Inspections workflow |

1101 K St. NW Suite 1010 Washington, DC 20005 | 301.538.2134

# ENOVATIONAL

| | |
|---|---|
| **Phase 8:**<br><br>Bureau of Enforcement and Compliance Workflow | OneStop<br><br>• Public users submit a complaint webform<br>• Track the status of the complaint<br>• Track steps and status changes of the complaint<br><br>Admin Backend<br><br>• Email/Letter templates and reminders<br>• Contact log<br>• Making case assignments<br>• Track the status of the complaint<br>• Track steps and status changes of the complaint |
| **Phase 9:**<br><br>Bureau of Enforcement and Compliance Workflow - part 2 | Admin Backend<br><br>• Case processing workflows<br>• Attachments to case (supporting documentation)<br>• Track case handoffs |
| **Phase 10:**<br><br>Reporting & Auto-notifications | Admin Backend<br><br>• Reporting on fee generation<br>• Financial reporting<br>• MMCC staff processing and productivity metrics<br>• Auto-notifications to support workflows<br>• Configurable dashboards and queues<br>• Data filtering & exporting tools<br>• Reporting to fulfill Public Information Act Requests<br>• Search and view certified providers listing |
| **Phase 11:**<br><br>Integrations | Integration with Metrc<br><br>• Mapping necessary cannabis registration/tracking fields to OneStop<br><br>Provider Registration Integrations<br><br>• Integrating with CDS<br>• Integrating with Maryland Medical Boards<br>• CRISP<br><br>Admin Backend<br><br>• Online payment gateway setup<br><br>Integration<br><br>• API call ability (e.g., lookup by law enforcement)<br>• Printer integration |
| **Phase 12:**<br><br>Data Migration | Data Transfer<br><br>• Migrate account data<br>• Migrate registration data<br>• Patient/caregiver data<br>• Migrate enforcement data<br>• Patient records and data management |

# ENOVATIONAL

| Phase 13: Additional Functionalities | • Configure Salesforce for Finance/Procurement team<br>• Implement additional functionalities for Policy and Communications team<br>• Implement additional functionalities for BEC, Scientific Supports, and Finance Dept. |
|---|---|

## Assumptions

Enovational Corp is making the following assumptions as part of this proposal:

- DoIT will provide a Point of Contact who's empowered to sign off deliverable acceptance document.
- DoIT will provide the necessary infrastructure to host the OneStop Portal.
- DoIT will provide the necessary Salesforce licenses when applicable for the implementation.
- The timeline provided below is estimated and subject to change. Some deliverables may be finished sooner than expected.

## Pricing Estimates and Timeline

| TASKS/DELIVERABLES | ESTIMATED DELIVERY | COST |
|---|---|---|
| Phase 2 | 3/15/2020 | $300,000 |
| Phase 3 | 3/15/2020 | $300,000 |
| Phase 4 | 4/1/2020 | $200,000 |
| Phase 5 | 4/1/2020 | $200,000 |
| Phase 6 | 4/1/2020 | $100,000 |
| Phase 7 | 5/1/2020 | $100,000 |
| Phase 8 | 5/1/2020 | $100,000 |
| Phase 9 | 5/1/2020 | $100,000 |
| Phase 10 | 6/1/2020 | $100,000 |
| Phase 11 | 7/1/2020 | $50,000 |
| Phase 12 | 8/1/2020 | $50,000 |
| Phase 13 | 10/1/2020 | $0.00 |
|  | TOTAL | $1,600,000 |

Sincerely,

# ENOVATIONAL

*Ch C* (signature)

Chum Chancharadeth

COO | 301.538.2134

### ATTACHMENT A

| WORK ORDER | Work Order # | Contract # |
|---|---|---|
| MMCC Modernization – Fixed Price | 3 | F50B9400035 |

This Work Order is issued under the provisions of the Contract. The services authorized are within the scope of services set forth in the *Purpose* of the Work Order.

**Purpose**

Maryland Medical Cannabis Commission seeks contractor assistance for bringing permit and license applications onto the Maryland OneStop Portal.

**Statement of Work**

The following capabilities/activities within the Maryland OneStop Portal should be completed as part of this work order.

- Printable temporary ID card (patient/caregiver)
- Patients and caregivers are able to update/manage account information
- Patients, caregivers and providers submit renewal application online form
- Patients and caregivers report their ID cards stolen
- Patients and caregivers request a replacement ID card
- PDF Provider and Dispensary Listing on OneStop
- Patients and caregivers use photo cropping tool to edit their photos (during initial registration)
- Initiate patient/ caregiver/ provider data migration effort
- Initiate Metrc integrations (multiple tracks)
- Patients indicate caregiver(s) to associate with
- Patients update caregiver(s) they are associated with
- Caregivers remove patients they are associated with
- QA team processes the patient/ caregiver /provider renewal applications
- Providers look up a patient to issue a medical cannabis certification
- Providers issue patients a medical cannabis certification (without Metrc integration)
- Initiate CDS and Medical Boards integration for provider registration & provider certification
- QA team edits/updates patient and caregiver photos
- QA team generates minor patient and adult patient ID cards in Salesforce

# ENOVATIONAL

- QA team generates the caregiver ID card in Salesforce
- MMCC staff processing and productivity reports
- Patient/ caregiver/ provider reports
- Payment flow setup on OneStop (without CyberSource integration)
- Finalize Metrc integration for provider certification & tracking patient purchases of medical cannabis (timing dependent on Metrc)
- Initiate CRISP integration -- patient data sent to CRISP
- Prototyping of dashboards to track applications and their statuses
- Dispensary agents search for and lookup patients (and associated caregiver)
- Dispensary agents view patient information including medical cannabis certification data
- Patient medical cannabis certification pushed into METRC
- Patients see medical cannabis purchase history in OneStop
- Patients see remaining monthly medical cannabis balance on OneStop
- Auto-notifications to support workflows
- Configurable dashboards and queues
- Queuing patient and caregiver ID cards to print
- Finalize Metrc integration for dispensary look of up patient medical cannabis allotment (timing dependent on Metrc)
- Printer integration to print patient and caregiver ID card
- Industry body business license registration in OneStop
- Industry body point of contact(s) submit industry body agent registration applications
- Integration with Metrc to prompt industry body agent ID card printing
- Patients and caregivers view the printing status of their ID card in OneStop
- Patient, caregiver and industry body application payment processing using CyberSource
- Initiate industry body data migration
- Finalize patient/ caregiver/ provider data migration effort
- Showing a dynamic list of actively registered medical providers on OneStop
- Showing a dynamic list of actively registered dispensaries on OneStop
- API Law enforcement look up of registered patients and caregivers
- Inspections processing workflows
- Enforcement team processes and workflows
- Public users submit a complaint on OneStop
- Industry body reports, financial and fee generation reports

| Start Date: February 15, 2020 | Upon Approval | End Date: June 2020 | To Be Proposed |
|---|---|---|---|
| Cost Total: | | | |

| | Description for Task / Deliverables | Quantity (if applicable) | Labor Hours (Hrs.) | Labor Rate | Estimate Total |
|---|---|---|---|---|---|
| 1. | Phase 2 | | | | $300,000 |

7

# ENOVATIONAL

| | | | | | |
|---|---|---|---|---|---|
| 2. | Phase 3 | | | | $300,000 |
| 3. | Phase 4 | | | | $200,000 |
| 4. | Phase 5 | | | | $200,000 |
| 5. | Phase 6 | | | | $100,000 |
| 6. | Phase 7 | | | | $100,000 |
| 7. | Phase 8 | | | | $100,000 |
| 8. | Phase 9 | | | | $100,000 |
| 9. | Phase 10 | | | | $100,000 |
| 10. | Phase 11 | | | | $50,000 |
| 11. | Phase 12 | | | | $50,000 |
| | Total | | | | $1,600,000 |

| Contractor | Agency Approval |
|---|---|
| *Chum C* (signature) | *William T* — 4/22/2020 |
| (Signature) Contractor Authorized Representative  3/1/2020 | (Signature)  Contract Manager  (Date) |
| POC: Chum Chancharadeth | Contract Manager: William Tilburg (Print Name) |
| Telephone No.: 301-538-2134 | Telephone No.: 410-487-8069 |
| E-mail: chum@enovational.com | E-mail: william.tilburg@maryland.gov |

4/23/20
Lance Schine
410-697-9402
lance.schine@maryland.gov