

Maryland OneStop

# Maryland Medical Cannabis Commision (MMCC) OneStop & Salesforce Phase 1 Closeout

Maryland Medical Cannabis Commision
Maryland Department of Health
*February 2021*

## Table of Contents

1. Purpose
2. Statement of Work Review
    2.1. Original SOW Requirements
    2.2. Integrations & Data Migration
3. Integrations & Data Migration
4. Completed Forms
5. Production Cutover Plan
    5.1. Cutover
    5.2. OneStop License Claiming
6. Risk Matrix
7. Training
    7.1. Online Training
    7.2. Virtual Training
8. Ongoing Services and Support
9. Points of Contact
    9.1. Primary Contacts for Maryland State Support
    9.2. Primary Contact for OneStop Applicant Support

# 1. Purpose

The purpose of this document is to provide a review of all agreed-upon work from the original SOW and confirm all that has been completed. We will highlight the applications, integrations, and data migrations that have been transitioned into the new OneStop and Salesforce Environments as well as the cutover actions that have been performed to ensure a successful production deployment.

Additionally, this documentation will provide a risk mitigation plan for anticipated risks identified by the team; a process in which MMCC Team Members can follow in order to raise production issues/bugs to Envovational for resolution during the initial 1-month support period; and also a proposed training agenda for MMCC Team Members to participate in preparation for go-live.

# 2. Statement of Work Review

The following items are a list of what was agreed to when the Statement of Work was signed:

- Printable temporary ID card (patient/caregiver)
- Patients and caregivers are able to update/manage account information
- Patients, caregivers, and providers submit renewal application online form
- Patients and caregivers report their ID cards stolen
- Patients and caregivers request a replacement ID card
- PDF Provider and Dispensary Listing on OneStop
- Patients and caregivers use the photo cropping tool to edit their photos (during initial registration)
- Initiate patient/ caregiver/ provider data migration effort
- Initiate Metrc integrations (multiple tracks)
- Patients indicate caregiver(s) to associate with
- Patients update caregiver(s) they are associated with
- Caregivers remove patients they are associated with
- QA team processes the patient/ caregiver/provider renewal applications
- Providers look up a patient to issue a medical cannabis certification
- Providers issue patients a medical cannabis certification (without Metrc integration)
- Initiate CDS and Medical Boards integration for provider registration & provider certification
- QA team edits/updates patient and caregiver photos
- QA team generates minor patient and adult patient ID cards in Salesforce
- QA team generates the caregiver ID card in Salesforce
- MMCC staff processing and productivity reports
- Patient/ caregiver/ provider reports
- Payment flow setup on OneStop (without CyberSource integration)
- Finalize Metrc integration for provider certification & tracking patient purchases of medical cannabis (timing dependent on Metrc)

- Initiate OneStop integration - patient data sent to CRISP
- Prototyping of dashboards to track applications and their statuses
- Dispensary agents search for and lookup patients (and associated caregiver)
- Dispensary agents view patient information including medical cannabis certification data
- Patient medical cannabis certification pushed into METRC
- Patients see medical cannabis purchase history in OneStop
- Patients see the remaining monthly medical cannabis balance on OneStop
- Auto-notifications to support workflows
- Configurable dashboards and queues
- Queuing patient and caregiver iD cards to print
- Finalize Metrc integration for dispensary look of up patient medical cannabis allotment (timing dependent on Metrc)
- Printer integration to print patient and caregiver iD card industry body business license registration in OneStop
- Industry body point of contact(s) submit industry body agent registration applications
- Integration with Metrc to prompt industry body agent ID card printing
- Patients and caregivers view the printing status of their iD card in OneStop
- Patient, caregiver, and industry body application payment processing using CyberSource Initiate industry body data migration
- Finalize patient/ caregiver/ provider data migration effort
- Showing a dynamic list of actively registered medical providers on OneStop
- Showing a dynamic list of actively registered dispensaries on OneStop
- API Law enforcement lookup of registered patients and caregivers
- Inspections processing workflows
- Enforcement team processes and workflows
- Public users submit a complaint on OneStop
- Industry body reports, financial and fee generation reports

# 3. Integrations & Data Migration

The following integrations are ones that were agreed to on the original SOW as well as integrations that were completed additionally which were not originally considered:

### Original Integrations

- Salesforce Sync - Data Sync
- API Real-time for Boards from Formability to Salesforce
- Patient-Provider Look-up ( Formability ⟷ Metrc)
- Payment Gateway
  - NIC Payment ( Patients etc)
- Patient Card Printing
  - SF integration with MuleSoft
  - Mulesoft integration with RDS

3

- RDS integration with BarTStudio/Zebra Printer
- Metrc
  - Patient Certification
  - Patient Lookup
  - Employee Badges
  - Sales data
- Boards
  - SFTP integration
    - CDS
    - Podiatry
    - Nursing
  - Physician
  - Physician assistant
- CRISP
- Law Enforcement API

**Additional Integrations**

- Boards
  - SFTP integration
    - Pharmacy
- Payment Gateway
  - NIC Payment (Pivot from CyberSource) for Business
- CRISP from Salesforce (originally supposed to be Metrc to Salesforce)
- Metrc
  - Employee
  - Facilities

**Data Migration**

- MMCC Database

**Additional Data Migrations**

- Complia
  - Data mapping and data migration
  - Additional data transformation as it is not in CSV format
- Seamless Docs
  - Data mapping and data migration

Enovational001325

## 4. Completed Forms

**Adult Patient**
- Initial Application
- Renewal Application
- Order an ID Card
- Replacement ID Card
- Update Healthcare
- CRISP Authorization

**Minor Patient**
- Initial Application
- Renewal Application
- Order an ID Card
- Replacement ID Card
- Add Caregiver
- Update Healthcare
- CRISP Authorization

**Caregiver**
- Initial Application
- Renewal Application
- Order an ID Card
- Replacement ID Card

**Provider**
- Provider Initial Registration
- Provider Registration Renewal

**Hospice Patient**
- Initial Application
- Renewal Application
- Order an ID Card
- Replacement ID Card
- Add Caregiver
- Update Healthcare
- CRISP Authorization

**Clinical Director**
- Clinical Director Initial Registration
- Clinical Director Renewal

**Industry Bodies**
- Business License Renewal
- Change of Business & Trade Name
- Change of Physical Address
- Change of Mailing Address
- Change of Primary Contact

**Ancillary Businesses**
- Ancillary Agent Registration
- Ancillary Agent Renewal
- Ancillary Business Registration
- Ancillary Business Renewal
- Change of Business & Trade Name
- Change of Physical Address
- Change of Mailing Address
- Change of Primary Contact
- Lost Agent ID Application

# 5. Production Cutover Plan

The following information is a breakdown of how Enovational will be performing production cutover during the week of February 8th, 2021. This includes finalizing integrations, data migrations, and what can be expected the morning of Go-Live for OneStop Users.

## 5.1. Cutover

| Action Item | Description | Notes | Status |
|---|---|---|---|
| Salesforce Production User setup | Ensure all identified users have active credentials and reset password notifications prepared and ready for day 1 access | An email has been sent to Kayode and the team to provide a complete list of users | Done |
| Set up service accounts for Salesforce Sync and necessary integrations | These accounts will be used to manage functionality by service members | Salesforce Sync is done. Waiting on integrations | Done |
| Get updated API Keys from Metrc and NIC for Production | | | Done |
| Transfer RDS changes from Dev. Into Production | | | Done |
| Turn on Notifications for outbound messages in SF | | | Done |
| Add Physician and Nursing APIs into Production | | | Done |
| Data Migration:<br>- Turn off all triggers<br>- Turn off all automation<br>- Turn automation back on<br>- Finalize sync<br>- Sync Files | | | Done |
| Data - Turn off all automation and migrate everything | | | Done |

6

## 5.2. OneStop License Claiming

The following actions will occur before or at the point of Production Deployment informing migrated users to activate their new OneStop Accounts and view/claim their appropriate records.

- MMCC to send out initial notifications to all current users identifying the change from the current system into the new OneStop system
- Once data is live in Production, Salesforce will trigger an email notification identifying new OneStop data for users to claim
- Both the initial email from MMCC and the Salesforce generated email will indicate that each user will need to access OneStop and create an account with the same email address that the notification was sent to
- Once the account has been created the Patients and Caregivers will see the appropriate information in their dashboards
    - The initial notification to each user identifying the change into the new OneStop system should include step by step actions/directions that will need to be taken to view their information
- Provider, Clinical Director, and Business & Agent Licenses will need to be claimed by following the instructions previously sent to MMCC to host on the MMCC Website
    - The initial notification to each user identifying the change into the new OneStop system for these types of licenses should include a message prompting them to access these specific documents so they will know how to claim their licenses. It is recommended that these documents be included in the initial notification as an attachment.

## 6. Risk Matrix

Below is a list of possible risks that have been identified by the team. Included in this are the estimated severity of the risk, its likelihood of occurring, and an initial response that can be initiated to help mitigate or resolve the risk.

|   | Risk | Severity | Likelihood | Response |
|---|---|---|---|---|
| 1 | Customer Data Backup not ready for go-live | Severe | 50% | Salesforce does not backup customer data and we run the risk of losing data/applications/approvals from the day we go live to the first day we run the backup should something unforeseen happens. |
| 2 | Law Enforcement integration not ready by go-live | Severe | 100% | MMCC will need to mitigate this issue with State Police and prepare them for a limit in service until the integration is complete. |

Enovational001328

# 7. Training

Below is a list of available online training that has been shared with the team for their use. Also included is a proposed approach to instructor lead training courses that the team can structure based on their immediate needs.

## 7.1. Online Training

- Trailhead Basics
    - Get started with the fun way to learn
- Salesforce Platform Basics
    - Get introduced to the platform, navigate use cases, and build custom functionality
- Salesforce User Basics
    - Get started with Salesforce and learn how to make it work for your bottom line
- Lightning Experience Customization
    - Customize the Lightning Experience user interface without writing any code
- Accounts & Contacts for Lightning Experience
    - Discover how accounts and contacts work together in Salesforce
- Reports & Dashboards for Lightning Experience
    - Visualize key business metrics in real-time using Lightning Experience
- Custom Objects: Quick Look
    - Create custom objects that support the needs of your business.

## 7.2. Video Conference Training

- QA Application Processing Refresher Training (week of 2/10/21)
    - Work with QA before Go-Live to build an understanding of their application processes
- BEC Application Processing Refresher Training (week of 2/11/21)
    - Work with BEC before Go-Live to build an understanding of their application processes
- Understanding and Setting Up List Views (TBD)
    - Work with the MMCC Team to understand how they want to view applications and licenses as they become familiar with the new Salesforce workflow
- Setting up Dashboards
    - Use real case scenarios to create a Dashboard that can be used by the MMCC Team
- Creating Reports
    - Work with MMCC to create reports based on their specific needs

Enovational001329

# 8. Ongoing Services and Support

The following information is a guide on how issues/bugs can and should be raised to the Enovational Team for resolution. There is information pertaining to how bugs can be submitted, who is responsible for forwarding them to Enovational, and the process in which information will be communicated throughout the workflow.

- Please review this document for Support Plan information: https://docs.google.com/document/d/1KDoG7NfrfeHuOcsefVgupjXY4DjPgo-6kjnHRRDC8tw/edit?usp=sharing
- MMCC To designate one person who will be responsible for determining if a bug needs to be submitted to Enovational as well as the priority level of a bug
- Issues/Bugs that are identified by the MMCC Team will communicate with their point of contact to capture all necessary information for that bug and email it to the Enovational point of contact and CCing the Service Desk email address to each email
    - Subject line calling out the issue
    - A detailed description of the issue
    - The specific user who found the issue
    - The specific Application/License where this issue was found
    - The Internet browser that was being used when the issue was discovered
    - The expected results for when this issue is resolved
- All issues/bugs must be emailed to onestop.support@maryland.gov and copying matthew.dyer@enovational.com until further notice
- MMCC to designate a point of connect for all issues/bugs to be raised for verification and submitting to Enovational or returning to MMCC Team members for internal resolution

# 9. Points of Contact

## 9.1. Primary Contacts for Maryland State Support

- Kayode Onaolapo - kayodea.onaolapo@maryland.gov
- Ugochukwu (Ugo) Osoh - ugochukwu.osoh@maryland.gov
- Lori Dodson - lori.dodson1@maryland.gov

## 9.2. Primary Contact for OneStop Applicant Support

- Matthew Dyer - matthew.dyer@enovational.com
- OneStop Support - onestop.support@maryland.gov

The following recipients are signing to acknowledge that they have received, read, and foresee no immediate issues with the information outlined in this document.

_____ Deputy Director    4/12/21
Contact's Name, Title              Date

_____                    4/13/21
Eno PM, Project Manager            Date

Enovational001331