# ENOVATIONAL

# Maryland Medical Cannabis Commission Invoice Justification

Enovational

September 2022

Enovational001308

# ENOVATIONAL

September 2022　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1

**Purpose**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**3**

**Context**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**3**

**Work Performed**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**3**

**Cost Buildup**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**4**
　　　Labor　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　4
　　　Infrastructure　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　4

Enovational001309

# ENOVATIONAL

## 1. Purpose

The purpose of this document is to provide additional information relating to Enovational's efforts to provide support, solution enhancements, and data management for MMCC beyond the period of performance of WO #3 of Contract #F50B0600028. As Enovational is still awaiting payment for the work that was completed and delivered, this narrative elucidates the nature of the work performed.

## 2. Context

Under WO #3 of Contract #F50B0600028, Enovational developed a solution for MMCC that transitioned them from an antiquated system with significant manual processes, to a cloud based solution that modernized their interaction with patients, providers, and dispensaries. Upon launch of this solution on February 16, 2021, MMCC requested continuous support from Enovational beyond the 4-week maintenance period to assist with data cleanup, integration support, configuration changes that impacted the solution, and support of all tickets coming from users via OneStop. This ongoing support was initiated by the client by way of ongoing working sessions between MMCC and Enovational, and email communication requesting support.

## 3. Work Performed

Enovational was essential to the successful deployment and support of the Maryland Medical Cannabis Commission transition into OneStop. Beyond the development of the solution and launch into Production, Enovational provided key support after the solution was live, which includes:

- Daily support of incoming applications into Salesforce until the time in which MMCC staff became familiar and comfortable with their new solution and learned how to navigate Salesforce.
- Numerous data management and cleanup efforts as well as, and multiple data migrations. In one instance, MMCC provided information to conduct a data mapping exercise, which was completed and approved by MMCC personnel. Unfortunately, information contained in the mainframe was not entirely accurate with all necessary data and new information and locations were identified after production launch which caused significant issues with user data and required multiple data migration refreshes.

# ENOVATIONAL

- New features and/or reconfiguration of existing system design was also a big part of the ongoing support received by MMCC. These requests were tracked in the following documents:
    - [MMCC Salesforce Change Requests](#)
    - [Open Issue Items - MMCC](#)
    - [MMCC Analysis from Go-Live](#)

- OneStop support by Enovational was pivotal to the ongoing success of the production management for MMCC. On average, approximately 400 tickets were received per week by MMCC users requesting help. Tickets specific to patient information were sent to MMCC and tickets specific to OneStop were supported by Enovational.
    - [Supporting documentation](#)

## 4. Cost Buildup

To perform the above work, Enovational is billing Maryland Medical Cannabis Commission **$1,817,375.70**. This includes labor for Formability, Salesforce, and Enovational Support, as well as infrastructure costs.

### Labor

Enovational utilized a significant percentage of employees to support MMCC while in production. Overall labor costs total $1,777,574.79.

### Infrastructure

To stand up the MMCC portal, Enovational contracted digital infrastructure services that could provide the MMCC portal with the functionality to handle the web traffic and store data. Enovational incurred costs to support this effort in the amount of $39,800.91. These are being billed as pass-through costs.