## **EXHIBIT G**

*[Subject to a Motion to be Filed Under Seal]*