# MMCC Post-Launch Support Services

**CREATED BY:** William van der Veen
Matthew Dyer

**DELIVERED ON:**
June 27, 2022

ENOVATIONAL

Enovational001332

# MMCC Support Services

Enovational manages **over 2000 tickets** each month on behalf of MMCC. Tickets range from **questions about application status** to **requests for enhancements** to the system.

Each ticket received goes through a review process to understand the comment or request and determine the **best way towards a resolution**.



Enovational001333

2

# MMCC Post-Launch Support

## The Customer Support Team...

- Reviews all tickets received
- Distributes to the appropriate team* for investigation and/or resolution
- Responds to tickets posing general questions

*\* Tickets may have involvement from Quality Assurance, Developers, Product, and/or Project Team members.*



### Customer Support

Managing tickets, troubleshooting with users, & communicating with end users and internal team members to resolve issues.

---

In addition to "general questions", the most common type of ticket, support also handles tickets for:



### Defects (a.k.a. Bugs)

Deviations from the original requirements or a system error that prevents a user from completing their intended action.



### Enhancements

Functionality that, while beneficial, extends beyond the terms of the original work order.

Enovational001334

# Chart of CS Tickets per Month in 2021





## MMCC Tickets

Enovational received approximately 27,000 MMCC-related tickets in 2021 after production launch

4

# Chart of CS Tickets per Month in 2022



## MMCC largest share of tickets

In 2022, MMCC was 74.2% of all OneStop tickets received through Zendesk

Enovational001336

# MMCC Production-Related Bugs

Enovational has identified and resolved **42 bugs** since Go-Live



∕ Bugs are discovered and brought to Eno's attention by way of service tickets or direct communication.
∕ Bugs can be related to different underlying circumstances anywhere from System Release Updates, to changes in an integration setup.
∕ Custom software is developed in dynamic environments susceptible to changes, which means that bugs are necessarily anticipated as applications are iterated upon.



Enovational001337

6

# MMCC Staff Requests

Requests originating from MMCC have increased from 2021 to 2022 but still represent a fraction of total support tickets.

- Staff requests can pertain to general customer support, fixing or patching bugs, or developing application enhancements
- The spike in Feb/Mar of 2022 was due to an integration error internal to MDH
- Compared to overall number of customer support requests, however, MD staff requests represent a small proportion of tickets



Enovational001338

7

# Process of Managing Enhancement Requests

Developing an enhancement can be straightforward or complex, but no two are the same.



Request Intake → Review and Analyse the Request → Determine LOE & Team Assignment → Review the Solution with the Client → Client to decide on Production or Demo Environment Deployment → Development and/or Configuration → Testing → Delivery → Maintenance

Enovational001339

8

# What does an "enhancement" entail

## Real Example:

**Context:** In order to optimize efficiency for the MMCC QA Team, they requested a new automatic approval process for Patient and Caregiver applications. In order to achieve this Enovational team implemented the following:

- Rewording of Adult Patient and Caregiver forms with "No Address and No Name Change" questions and subsequent conditional logic for file uploads pertaining to requirement of Gov Issued ID and patient photos.
- Reworking of Application workflow to account for Yes/No or True/False statements to sync to Salesforce
- Salesforce automation built to automatically approve applications meeting the criteria for approval and the removal of Application Review validations to allow for License generation without QA staff actions.

## Automatic Approval affected the following needing resolution:

- Corresponding email notifications and email triggers

- Removal of "Update Health Insurance Form" as patients could retroactively submit the form bypassing payment step with an automatic approval

    - Generation of Denial and Approval emails and mass denial merge for pending insurance forms.

    - Launched reworking of new patient renewal forms to account for Medicaid and VA healthcare to replace Insurance forms.

Enovational implemented over twenty MMCC-requested enhancements since project Go-Live

Enovational001340

9