# ENOVATIONAL

**Enovational Corp**
1427 Rhode Island Ave NW, PH02
Washington, DC  20005
billing@enovational.com
www.enovational.com

## INVOICE

**BILL TO**
MD SDAT - OneStop

| | |
|---|---|
| INVOICE | 600 |
| DATE | 09/12/2022 |
| TERMS | Net 30 |
| DUE DATE | 10/12/2022 |

**WO NUMBER**
18

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 09/15/2022 | Services | Milestone 1: Task 9 | 1 | 205,000.00 | 205,000.00 |

For questions regarding this invoice please reach out to billing@enovational.com

**BALANCE DUE**    $205,000.00

Wire instructions
Beneficiary account name:   Enovational Corp
                            Debtor in Posession, Case 22-00055
Beneficiary Accountnumber:  ▇▇▇▇▇
Bank Routing Number:        ▇▇▇▇▇
Receiving Bank Name         Axos Bank
Receiving Bank Address:     4350 La Jolla Village Drive
                            San Diego, CA 92122