**Enovational MMCC Cost Sheet**

| Employee | Employer | Labor Category | Rate (Year 2) | Rate (Year 3) | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May (1st half) | Total Hours | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 2021 | | | | | | | 2022 | | | | | | |
| Matthew Dyer | Enovational | Program Manager (Senior) | $180.25 | $185.66 | 80 | 120 | 80 | 40 | 20 | 20 | 10 | 10 | 10 | 10 | 5 | 5 | 5 | 5 | 3 | 423 | $76,343.13 |
| Madelyn Raville | Enovational | Analyst, Computer Systems (Junior) | $123.60 | $127.31 | 80 | 120 | 100 | 60 | 40 | 40 | 20 | 20 | 60 | 70 | 70 | 80 | 80 | 80 | 40 | 960 | $119,694.80 |
| Matt Gross | Enovational | Administrator, Systems | $180.25 | $185.66 | 60 | 80 | 120 | 168 | 168 | 176 | 168 | 160 | 160 | 168 | 80 | 75 | 84 | 0 | 0 | 1668 | $301,522.60 |
| Marcus Orochena | Enovational | Engineer, Systems (Senior) | $180.25 | $185.66 | 80 | 96 | 48 | 16 | 0 | 4 | 0 | 12 | 28 | 10 | 0 | 6 | 4 | 0 | 0 | 304 | $54,850.10 |
| Trammy Hoang | Enovational | Architect, Application (Senior) | $180.25 | $185.66 | 80 | 80 | 80 | 40 | 40 | 40 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 360 | $64,890.00 |
| Himanshu Bhushan | Enovational | Administrator, Systems | $180.25 | $185.66 | 35 | 50 | 40 | 35 | 10 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 185 | $33,373.30 |
| Jack Fritz | Enovational | Architect, Systems (Senior) | $180.25 | $185.66 | 20 | 2 | 30 | 10 | 8 | 6 | 5 | 12 | 5 | 10 | 10 | 0 | 0 | 0 | 0 | 118 | $21,269.50 |
| Alex Henegar | Enovational | Engineer, Systems (Senior) | $180.25 | $185.66 | 29 | 4 | 49 | 0 | 0 | 15 | 14 | 4 | 4 | 19 | 19 | 0 | 4 | 4 | 8 | 165 | $31,269.81 |
| Nicholas Orochena | Enovational | Software Engineer | $144.20 | $148.53 | 4 | 0 | 0 | 4 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 12 | $1,730.40 |
| Lane Miller | Enovational | Software Engineer | $144.20 | $148.53 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | $576.80 |
| Jake Berman | Enovational | Engineer, Systems (Senior) | $180.25 | $185.66 | 0 | 0 | 4 | 10 | 18 | 10 | 30 | 4 | 19 | 0 | 10 | 0 | 4 | 0 | 0 | 109 | $19,668.89 |
| Kevin Jin | Enovational | Software Engineer | $144.20 | $148.53 | 0 | 0 | 15 | 15 | 0 | 4 | 0 | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 48 | $6,921.60 |
| Eli Raybon | Enovational | Software Engineer | $144.20 | $148.53 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4 | $576.80 |
| Mike Diez | Enovational | Quality Assurance Specialist | $123.60 | $127.31 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 14 | $1,752.66 |
| Allison Walker | Enovational | Quality Assurance Manager | $180.25 | $185.66 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 4 | $731.82 |
| Alina Popescu | Enovational | Quality Assurance Manager | $180.25 | $185.66 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | $360.50 |
| Roxy Kozhevnikova | Enovational | Quality Assurance Specialist | $123.60 | $127.31 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 8 | $988.80 |
| Ryan Schnepfe | Enovational | Quality Assurance Specialist | $123.60 | $127.31 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 8 | $988.80 |
| Tarik Yaylagul | Enovational | Quality Assurance Specialist | $123.60 | $127.31 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | $988.80 |
| Will Yarrington | Enovational | Quality Assurance Specialist | $123.60 | $127.31 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | $741.60 |
| Pierre Hawkins | Enovational | Quality Assurance Specialist | $123.60 | $127.31 | 51 | 12 | 24 | 22 | 6 | 18 | 12 | 6 | 28 | 10 | 2 | 0 | 12 | 2 | 4 | 203 | $25,899.18 |
| Akula | Enovational | Quality Assurance Specialist | $123.60 | $127.31 | 0 | 0 | 149 | 151 | 138 | 125 | 102 | 101 | 103 | 118 | 111 | 92 | 34 | 0 | 0 | 1224 | $151,753.86 |
| Tiffany Collins | Enovational | Quality Assurance Specialist | $123.60 | $127.31 | 27 | 47 | 139 | 139 | 141 | 148 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 641 | $79,227.60 |
| Ben Kawecki | Enovational | Quality Assurance Manager | $180.25 | $185.66 | 35 | 63 | 67 | 34 | 132 | 121 | 86 | 89 | 107 | 119 | 117 | 95 | 101 | 91 | 56 | 1166 | $238,523.88 |
| Tim Penaman | Enovational | Quality Assurance Specialist | $123.60 | $127.31 | 26 | 57 | 109 | 140 | 137 | 125 | 110 | 103 | 96 | 104 | 100 | 85 | 0 | 0 | 0 | 1192 | $147,646.55 |
| Hannah Read | Enovational | Quality Assurance Specialist | $123.60 | $127.31 | 57 | 88 | 135 | 144 | 134 | 138 | 104 | 99 | 110 | 115 | 118 | 93 | 20 | 123 | 60 | 1538 | $191,194.96 |
| Jasmine Slater | Enovational | Quality Assurance Manager | $180.25 | $185.66 | 41 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 41 | $7,390.25 |
| Elise Tonelson | Enovational | Quality Assurance Specialist | $123.60 | $127.31 | 50 | 82 | 126 | 131 | 131 | 113 | 101 | 110 | 118 | 123 | 115 | 104 | 109 | 110 | 57 | 1580 | $196,697.80 |
| *Subtotal* | | | | | | | | | | | | | | | | | | | | | **$1,777,574.79** |

| *Onsite Support* | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | 0 | $0.00 |
| *Subtotal* | | | | | | | | | | | | | | | | | | | | | **$0.00** |

| *Subcontractors* | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | 0 | |
| | | | | | | | | | | | | | | | | | | | | 0 | |
| *Subtotal* | | | | | | | | | | | | | | | | | | | | | 0 |

| **Labor Subtotal** | | | | | | | | | | | | | | | | | | | | | **$1,777,574.79** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Other Direct Costs**

*Infrastructure*

| | | | | | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AWS Scaling Cost | | | | | $1,697.00 | $1,697.00 | $1,697.00 | $1,697.00 | $1,697.00 | $1,697.00 | $1,697.00 | $1,697.00 | $1,697.00 | $1,697.00 | $1,697.00 | $1,697.00 | $1,697.00 | $1,697.00 | $849 | | $24,606.50 |
| MongoDB (Formability) | | | | | $740 | $740 | $740 | $740 | $740 | $740 | $740 | $740 | $740 | $740 | $740 | $740 | $740 | $740 | $370 | | $10,728.70 |
| Datadog | | | | | $308 | $308 | $308 | $308 | $308 | $308 | $308 | $308 | $308 | $308 | $308 | $308 | $308 | $308 | $154 | | $4,455.71 |
| *Subtotal* | | | | | | | | | | | | | | | | | | | | | **$39,800.91** |

*Expenses*

| | | | | | | | | | | | | | | | | | | | | | $0.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| **Total** | | | | | | | | | | | | | | | | | | | | | **$1,817,375.70** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Category | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Quality Assurance | 10.33% | 5.75% | 11.08% | 13.67% | 11.92% | 12.08% | 10.17% | 9.92% | 11.33% | 9.67% | 9.17% | 7.75% | 1.00% | 0.17% | 0.33% |
| Customer Support | 23.47% | 38.89% | 64.86% | 52.22% | 74.72% | 72.22% | 40.42% | 41.39% | 46.53% | 49.58% | 48.61% | 40.56% | 31.94% | 45.00% | 24.03% |
| Product Team | 6.67% | 6.67% | 6.67% | 3.33% | 3.33% | 3.33% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Developers | 14.27% | 10.63% | 15.21% | 6.15% | 2.71% | 4.06% | 5.10% | 5.21% | 5.83% | 4.06% | 4.06% | 0.63% | 1.25% | 0.42% | 0.83% |
| Salesforce Team | 7.92% | 10.83% | 13.33% | 16.92% | 14.83% | 15.50% | 14.00% | 13.33% | 13.33% | 14.00% | 6.67% | 6.33% | 7.00% | 0.42% | 0.00% |
| Project Team | 5.56% | 8.33% | 6.94% | 4.17% | 2.78% | 2.78% | 1.39% | 1.39% | 4.17% | 4.86% | 4.86% | 5.56% | 5.56% | 5.56% | 2.78% |
| Leadership | 11.11% | 16.67% | 11.11% | 5.56% | 2.78% | 2.78% | 1.39% | 1.39% | 1.39% | 1.39% | 0.69% | 0.69% | 0.69% | 0.69% | 0.42% |

| Month Year | Working Hours |
|---|---|
| February 2021 | 152 |
| March 2021 | 184 |
| April 2021 | 176 |
| May 2021 | 160 |
| June 2021 | 168 |
| July 2021 | 168 |
| August 2021 | 176 |
| September 2021 | 168 |
| October 2021 | 160 |
| November 2021 | 160 |
| December 2021 | 168 |
| January 2022 | 160 |
| February 2022 | 152 |
| March 2022 | 168 |
| April 2022 | 168 |