# ENOVATIONAL

**Enovational Corp**

1427 Rhode Island Ave NW, PH02
Washington, DC  20005
billing@enovational.com
www.enovational.com

## INVOICE

**BILL TO**
MD MMCC - PPCC

| | |
|---|---|
| INVOICE | 569 |
| DATE | 05/27/2022 |
| TERMS | Due on receipt |
| DUE DATE | 05/27/2022 |

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Services | Program Manager (Senior) - Mar 21/Jan 22 | 405 | 180.25 | 73,001.25 |
| Services | Analyst, Computer Systems (Junior) - Mar 21/Jan 22 | 680 | 123.60 | 84,048.00 |
| Services | Administrator, Systems - Mar 21/Jan 22 | 1,688 | 180.25 | 304,262.00 |
| Services | Engineer, Systems (Senior) - Mar 21/Jan 22 | 556 | 180.25 | 100,219.00 |
| Services | Architect, Application (Senior) - Mar 21/Jan 22 | 360 | 180.25 | 64,890.00 |
| Services | Architect, Systems (Senior) - Mar 21/Jan 22 | 118 | 180.25 | 21,269.50 |
| Services | Software Engineer - Mar 21/Jan 22 | 68 | 144.20 | 9,805.60 |
| Services | Quality Assurance Specialist - Mar 21/Jan 22 | 5,517 | 123.60 | 681,901.20 |
| Services | Quality Assurance Manager - Mar 21/Jan 22 | 1,015 | 180.25 | 182,953.75 |
| Services | Program Manager (Senior) - Feb 22/Apr 22 | 18 | 185.66 | 3,341.88 |
| Services | Analyst, Computer Systems (Junior) - Feb 22/15 May 22 | 280 | 127.31 | 35,646.80 |
| Services | Administrator, Systems - Feb 22/15 May 22 | 165 | 185.66 | 30,633.90 |
| Services | Engineer, Systems (Senior) - Feb 22/15 May 22 | 30 | 185.66 | 5,569.80 |
| Services | Architect, Application (Senior) - Feb 22/15 May 22 | 0 | 185.66 | 0.00 |
| Services | Architect, Systems (Senior) - Feb 22/15 May 22 | 0 | 185.66 | 0.00 |
| Services | Software Engineer - Feb 22/15 May 22 | 0 | 148.53 | 0.00 |
| Services | Quality Assurance Specialist - Feb 22/15 May 22 | 911 | 127.31 | 115,979.41 |
| Services | Quality Assurance Manager - Feb 22/15 May 22 | 345 | 185.66 | 64,052.70 |
| Sales | Infrastructure Costs | 1 | 39,800.91 | 39,800.91 |

Invoice concerning services provided between March 2021 and May 15th 2022

**BALANCE DUE** $1,817,375.70

For questions regarding this invoice please reach out to billing@enovational.com

Wire instructions
Beneficiary account name: Enovational Corp
Debtor in Posession, Case 22-00055
Beneficiary Accountnumber: [redacted]
Bank Routing Number: [redacted]
Receiving Bank Name: Axos Bank
Receiving Bank Address: 4350 La Jolla Village Drive
San Diego, CA 92122