

**Larry Hogan** | Governor
**Boyd K. Rutherford** | Lt. Governor
**Michael G. Leahy** | Secretary
**Lance Schine** | Deputy Secretary

**Maryland Department of Health (MDH)**
**Breast and Cervical Cancer Diagnosis and Treatment (BCCDT) Program**
**Workflow and Form Automation**
**RITM0133109**
**Statement of Work (SOW)**
**V2.0**

# Purpose

The purpose of this document is to re-baseline the requirements for the Maryland Department of Health (MDH) Breast and Cervical Cancer Diagnosis and Treatment (BCCDT) Program workflow and form automation Salesforce implementation project that has been previously outlined in Work Order 25 of CATS+ task order contract F50B8400014. Re-baselining of this project is required due to clarifications to the original scope and the urgency surrounding transitioning off of the current Electronic Claims Management System (eCMS). Additionally, the project implementation strategy is shifting towards delivering an initial Minimum Viable Product (MVP) in Phase 1, to enable BCCDT to go live with a new system. Phase 2 will be implemented afterwards, and deliver the additional functionality not included in the MVP. This project will be delivered in accordance with Health Insurance Portability and Accountability Act (HIPAA) and Personally identifiable information (PII) guidelines.

# Original Scope

The Maryland Department of Health (MDH) Breast and Cervical Cancer Diagnosis and Treatment (BCCDT) Program requires the following modules:

- Patient Enrollment Management
- Patient Case Management
- Recovery and Recoupment
- Provider Enrollment
- Claims Tracking
- Claims Management
- Online Provider Portal
- Online Patient Portal
- Reports and Dashboards
- Letters and Correspondence
- Integrations/ETL
- Data Migration

*NOTE: "Percentage Complete" and "Estimated LOE Left" given for scope items in this Statement of Work reflect a point in time, and may not reflect current actuals. Specifically, these benchmarks shown here align with the re-baselining SOW signed on March 15, 2021.*

## Patient Enrollment Management Scope

| Estimated LOE Left | Initial Scope | % Complete of Initial Scope | Outside of Scope Requests | % Complete Outside of Scope |
|---|---|---|---|---|



**Larry Hogan** | Governor
**Boyd K. Rutherford** | Lt. Governor
**Michael G. Leahy** | Secretary
**Lance Schine** | Deputy Secretary

| | | | | |
|---|---|---|---|---|
| N/A | Capture and store applicant information such as patient contact info, medical conditions, insurance information, Medicaid information, employment information, and family income. | 100% | Create a consolidated Application Intake process step that initiates Application and Application review workflows and searches for duplicates | 100% |
| N/A | Store all supporting documentations and files. Files must have version control, providing BCCDT staff with abilities to upload updated versions of existing files but still have access to archived versions. | 100% | Create workflows that enable many Users to concurrently complete various reviews on Application documents | 100% |
| N/A | Customized approval workflows based on eligibility criteria set by the BCCDT team. All approval histories must be tracked and available for reporting. | 100% | Automate enrollment and disenrollment based on eligibility criteria and approval histories | 100% |
| 10 Business Days | Generate approval and denial PDF letters with ability to send them to applicants electronically. | 100% | Automate generation and consolidation of letters, based on approval and denial determinations | 50% |
| N/A | Track current and historical applications and tie them to the same applicant. | 100% | Create workflows to generate and process Application Checklists related to each Application | 100% |
| N/A | Ability to merge duplicate applicants. | 100% | Generate unique IDs for Applicants, in-line with existing Program formatting and processes | 100% |

## Patient Case Management Scope

| Estimated LOE Left | Initial Scope | % Complete of Initial Scope | Outside of Scope Requests | % Complete Outside of Scope |
|---|---|---|---|---|
| N/A | Allow BCCDT staff to log calls received from applicants. | 100% | N/A | N/A |
| 5 Business Days | Allow BCCDT to create and track applicant cases. Cases can range from request for more information to claim follow ups. | 95% | Track specific data related to Applicants' biomarkers and Pathology results | 75% |
| N/A | Allow for BCCDT staff to generate prior authorization for services, add and update TPL information, and store documentation and files. | 100% | N/A | N/A |

## Recovery and Recoupment Scope

| Estimated LOE Left | Initial Scope | % Complete of Initial Scope | Outside of Scope Requests | % Complete Outside of Scope |
|---|---|---|---|---|

Exhibit L - Breast and Cervical Cancer Diagnosis and Treatment Statement of Wor Page 3 of 15

**Larry Hogan** | Governor
**Boyd K. Rutherford** | Lt. Governor
**Michael G. Leahy** | Secretary
**Lance Schine** | Deputy Secretary

| | | | | |
|---|---|---|---|---|
| N/A | Allow BCCDT staff to create recovery/recoupment cases for when a participant is covered by Medicaid or third party insurance. | 100% | Automate assignment of Recoupments to Users and calculation of received funds based on incoming funds | 100% |
| N/A | Produce reports of paid claims and allow BCCDT staff to auto-generate letters to be emailed to providers for fund recovery. | 100% | N/A | N/A |
| N/A | Provide regular reminders with both emails and PDF letter notification to CCUs. | 100% | N/A | N/A |

## Provider Enrollment Scope

| Estimated LOE Left | Initial Scope | % Complete of Initial Scope | Outside of Scope Requests | % Complete Outside of Scope |
|---|---|---|---|---|
| 1 Business Day | Capture and store provider information such as contact info, claims, Medicaid related information. | 100% | Capture detailed information for Provider Organizations, Locations, and Associate, as well as different data per type of Contact | 95% |
| N/A | Store all supporting documentations and files. Files must have version control, providing BCCDT staff with abilities to upload updated versions of existing files but still have access to archived versions. | 100% | Capture different information related to Provider Applications and Revalidations | 100% |
| N/A | Customized approval workflow for initial enrollment and subsequent revalidation. | 100% | Automate assignment of Provider Application and Revalidation records | 100% |
| N/A | Provide ability for BCCDT staff to quickly identify providers who are due for re-validation as well as generation of revalidation letters. | 100% | Automate Provider Eligibility Spans, Revalidation periods, and suspension workflows | 100% |
| 20 Business Days | Interface with various MDH boards to verify and update licensure. | 100% | Develop integration with Board of Pharmacy, Physical Therapy, and Occupational Therapy | 25% |

## Claims Tracking Scope

| Estimated LOE Left | Initial Scope | % Complete of Initial Scope | Outside of Scope Requests | % Complete Outside of Scope |
|---|---|---|---|---|
| 20 Business Days | The application shall integrate with the MDH claims billing system and be able to import all processed claims data to be viewable as part of patient and provider history within the Salesforce application. | 75% | Replace eCMS solution completely, instead of integrating with it | 75% |
| 15 Business Days | The claim tracking system must provide BCCDT staff with ability to modify/create new business rules for claim validation. | 75% | Train BCCDT technical staff to maintain and update developed | 0% |

100 Community Place, Crownsville, MD 21032 | 300-301 West Preston Street, Baltimore MD 21201
DOIT.MARYLAND.GOV - 410-697-9700

Page **3** of **13**
Enovational003434



Exhibit L - Breast and Cervical Cancer Diagnosis and Treatment Statement of Wor Page 4 of 15

**Larry Hogan** | Governor
**Boyd K. Rutherford** | Lt. Governor
**Michael G. Leahy** | Secretary
**Lance Schine** | Deputy Secretary

| | | | business rules | |
|---|---|---|---|---|

## Claims Management Scope

| Estimated LOE Left | Initial Scope | % Complete of Initial Scope | Outside of Scope Requests | % Complete Outside of Scope |
|---|---|---|---|---|
| 10 Business Days | Customized Salesforce objects to capture claim data points for multiple claim types | 100% | Incorporate logic that allows negative Claim amounts to be counted against positive ones to reduce overall payments | 25% |
| N/A | Customized workflows to calculate payments based on allowance | 100% | Enable both automatic claim payment calculations and manual processing workflows | 100% |
| N/A | Customized approval workflows | 100% | N/A | N/A |
| 25 Business Days | Export out claims data for payment (via batched files) | 50% | N/A | N/A |
| 10 Business Days | Claims Audit Tracking (history tracking for all changes made to claims) | 50% | N/A | N/A |

## Online Provider Portal Scope

| Estimated LOE Left | Initial Scope | % Complete of Initial Scope | Outside of Scope Requests | % Complete Outside of Scope |
|---|---|---|---|---|
| **N/A** | A custom online portal that allows providers to register, apply, and revalidate online. | Moved to Phase 2 | N/A | N/A |
| 10 Business Days | The portal should allow providers ability to track their application status from submission to completion. | 0% | Enable Providers to view /ParticipantApplicant Eligibility information | 0% |
| 10 Business Days | The portal should allow providers ability to upload any supporting documentations and have them be automatically stored in Salesforce as part of the provider record. | 0% | N/A | N/A |
| 10 Business Days | The portal should allow providers to view all historical processed claims information. | 0% | Allow Providers to view all claim payment information | 0% |

## Online Patient Portal Scope

| Estimated LOE Left | Initial Scope | % Complete of Initial Scope | Outside of Scope Requests | % Complete Outside of Scope |
|---|---|---|---|---|

100 Community Place, Crownsville, MD 21032 | 300-301 West Preston Street, Baltimore MD 21201
DOIT.MARYLAND.GOV - 410-697-9700

Page **4** of **13**
Enovational003435



Exhibit L - Breast and Cervical Cancer Diagnosis and Treatment Statement of Wor Page 5 of 15

Maryland
DEPARTMENT OF
INFORMATION TECHNOLOGY

**Larry Hogan** | Governor
**Boyd K. Rutherford** | Lt. Governor
**Michael G. Leahy** | Secretary
**Lance Schine** | Deputy Secretary

| | | | | |
|---|---|---|---|---|
| N/A | A custom online portal that allows patients/applications to register and apply online. | Moved to Phase 2 | N/A | N/A |
| N/A | The portal should allow patients/applicants with ability to upload supporting documentations in the format of PDF of images and view the status of their application from submission to completion. | Moved to Phase 2 | N/A | N/A |
| N/A | The portal should allow approved applicants to view all existing cases as logged as part of their profiles. | Moved to Phase 2 | N/A | N/A |
| N/A | The portal should allow approved applicants to view all history claims information. | Moved to Phase 2 | N/A | N/A |

## Reports and Dashboards Scope

| Estimated LOE Left | Initial Scope | % Complete of Initial Scope | Outside of Scope Requests | % Complete Outside of Scope |
|---|---|---|---|---|
| 20 Business Days | The Salesforce application must provide the ability to create dynamic reports and dashboards. | 100% | Create all reports required for program operations | 0% |
| N/A | BCCDT users must have the ability to export out report data as needed. | 100% | N/A | N/A |

## Integrations Scope

| Estimated LOE Left | Initial Scope | % Complete of Initial Scope | Outside of Scope Requests | % Complete Outside of Scope |
|---|---|---|---|---|
| 200 Hours | Real time on-demand two-ways integration with MMIS. | 50% | N/A | N/A |
| | Integrate with MDH claims management system via batch file upload/downloads. | 75% | N/A | N/A |
| | Integrate with MDH Board of Licensures for professional license verification. | 25% | N/A | N/A |

## Data Migration Scope

| Estimated LOE Left | Initial Scope | % Complete of Initial Scope | Outside of Scope Requests | % Complete Outside of Scope |
|---|---|---|---|---|
| 500 Hours | Migrate legacy BCCDT data from existing database into Salesforce. | 10% | N/A | N/A |

## Training/Go Live Support Scope

| Estimated LOE Left | Initial Scope | % Complete | Outside of Scope Requests | % Complete |
|---|---|---|---|---|

100 Community Place, Crownsville, MD 21032 | 300-301 West Preston Street, Baltimore MD 21201
DOIT.MARYLAND.GOV - 410-697-9700

Page **5** of **13**
Enovational003436



**Larry Hogan** | Governor
**Boyd K. Rutherford** | Lt. Governor
**Michael G. Leahy** | Secretary
**Lance Schine** | Deputy Secretary

| | | of Initial Scope | | Outside of Scope |
|---|---|---|---|---|
| 100 Hours | Provide up to 2 on-site training and up to 4 remote training sessions. | 50% | Provide User manuals and other related documentation to help Users navigate and leverage features | 25% |
| | Provide up to 4 weeks of post go-live support for each program launch. | 0% | Train technical resources to be functioning Salesforce Admins | 0% |

## Support and Maintenance Scope

| Estimated LOE Left | Initial Scope | % Complete of Initial Scope | Additional Requirements | % Complete of Additional Requirements |
|---|---|---|---|---|
| 1000 Hours | Provide support and maintenance for up to 3 years from the go live date. | 0% | N/A | N/A |

Support and maintenance will start once the MVP and Phase 2 releases have concluded and the 4 week post-go-live period has expired. Maintenance and support hours are described in the section below.

**Service Level Agreement (SLA):** The contractor shall provide support for four defect severity levels. Below is a baseline of clear and defined levels of defect severity in relation to the type of impact that defects can have on the system.

| Defect Severity Levels | Impact Level | Response Time | Resolution Time* |
|---|---|---|---|
| **Low** | Is cosmetic only and does not require a workaround | 3 business days | 20 business days |
| **Minor** | Impacts less than 2 users | 2 business days | 15 business days |
| **Major** | Has a significant impact on a system feature and prevents a user from completing an action (no workarounds) | Under 1 business day | 10 business days |
| **Critical** | Results in a server error or data loss creating a work stoppage | Under 4 business hours | 5 business days |

*Times may be longer or shorter based on resolution complexity and the client's project priorities. These timeframes are also based on the assumption that there are no external dependencies.

The following additional maintenance and support shall be provided during the maintenance period as well:

- **Tests & Corrective Maintenance:** The contractor shall run diagnostic tests and provide corrective maintenance to remove bugs from the system. The development team shall fix any bugs in the system and then deploy to the Quality Assurance (QA) environment. Business analysts shall then test in the QA environment to ensure all fixes to the bugs work properly in the system.
- **Deployments to Production:** Once fixes to bugs have been made, the development team shall deploy the updated code. The development team shall then conduct testing and code inspections in the production stage as well to ensure bugs are non-existent. The contractor shall work with the specified POC to schedule deployment time and dates that are not disruptive to the users.
- **Updates to Server Security:** The contractor shall provide preventative maintenance by making updates to server security to prevent malware and other threats. The contractor shall ensure that both pattern and rule updates are made.



Exhibit L - Breast and Cervical Cancer Diagnosis and Treatment Statement of Wor Page 7 of 15

Maryland
DEPARTMENT OF
INFORMATION TECHNOLOGY

**Larry Hogan** | Governor
**Boyd K. Rutherford** | Lt. Governor
**Michael G. Leahy** | Secretary
**Lance Schine** | Deputy Secretary

- **Framework Upgrades:** The contractor shall upgrade the system as upgrades become available for front end and back end.

## Additional Outside of Initial Scope Requirements

| Scope Item | % Complete |
|---|---|
| Field Audit Trail | 20% |
| Letters and Correspondence Configuration | 90% |
| Custom Notes Object | 100% |
| Levels of Access Permission by Role and Responsibility | 50% |
| Check and incoming payment processing | 100% |
| HMS Integration | 50% |
| Conduent Integration | 50% |
| Salesforce Shield Integration | 0% |

## Assumptions & Exclusions

- Assumptions: This SOW is based on the following assumptions:
  - **Minimum Viable Product (MVP).** The minimum viable product will be defined as the funcitionaly necessary for the state to transition off of eCMS.
  - **Phased-Delivery.** As part of the rebaseline effort, MDH and the contractor may decide to create a phased delivery schedule resulting in multiple Go Live milestones.
  - **Project Management.** The contractor will provide dedicated project management responsible for managing contractor resources. At the request of MDH, DoIT will provide state-side project management responsible for coordinating MDH project tasks and overseeing project communication and status reporting.
  - **Change Management Process**. A formal change management process will be agreed to between MDH and the contractor. This change management process will be followed if there are changes to project scope, schedule, and/or cost.
  - **Change Approval.** MDH and the contractor must mutually agree on additions or changes to the project scope, milestones, or deliverables in writing. Any documented additions or changes will not become effective and accepted until approved by the MDH CTO or designee.
  - **Contract Modifications.** Any modifications to the contract (Work Order 25 of CATS+ task order contract F50B8400014) will require approval by DoIT as the contract manager.

100 Community Place, Crownsville, MD 21032 | 300-301 West Preston Street, Baltimore MD 21201
DOIT.MARYLAND.GOV - 410-697-9700

Page **7** of **13**
Enovational003438



Exhibit L - Breast and Cervical Cancer Diagnosis and Treatment Statement of Wor Page 8 of 15

Maryland
DEPARTMENT OF
INFORMATION TECHNOLOGY

**Larry Hogan** | Governor
**Boyd K. Rutherford** | Lt. Governor
**Michael G. Leahy** | Secretary
**Lance Schine** | Deputy Secretary

- **Single Point of Contact.** MDH will provide a point of contact who is empowered to review and sign off on all deliverables. If the MDH assigned point of contact is not available, they will provide a proxy who can make decisions on behalf of the assigned point of contact.
- **MDH Participation.** MDH project team members will be available for all necessary, pre-scheduled, meetings and work sessions. MDH project team members will provide adequate participation in terms of subject matter expertise in providing system requirements and clarification on the requirements throughout the project lifecycle to support the schedule identified to meet the project Go Live.
- **Contractor Participation**. By signing this SOW, the contractor agrees to deliver the functionality outlined within this SOW unless there is a written modification which then supersedes this document.
- **Project Dependencies.** This project has a number of dependencies that are outside of the control of the contractor which could underpin successful execution. If project dependencies are not met within the project schedule, the overall project timeline could be impacted.
- **Sprint Acceptance.** As part of each sprint, MDH will accept delivered features or specify any requirements not fully addressed so that they can be returned to the backlog. This iterative acceptance cycle is critical to releasing the solution in the desired time frame.
- **Deliverable acceptance.** All deliverables tied to invoices must include a sign-off sheet prior to payment of the contractor. MDH will review, submit feedback, and provide sign-off on project deliverables in accordance with the agreed upon schedule. Delays in the deliverable acceptance process may result in a change in the re-baselined project schedule.
- **Completion Percentage Estimates.** Percent complete estimates listed above indicate completed development work and are independent of final User Acceptance Testing. Additionally, Many of the deliverables reference intertwined functionality (e.g., deliverables that reference reporting, integration, or document generation…) and the Percent complete estimates incorporate overlaps by capturing dependent delivery in the discrete deliverable aligned to the specific functionality (e.g., Reports and Dashboards, Integration, Letters and Correspondence Configuration…). Percent complete estimates do not account for final UAT, when all legacy data will be migrated into the new system.
- **Disagreement Resolution.** In the event that the contractor and MDH BCCDT disagree on technical functionality or approach, a neutral third party will be brought in to mitigate discussions, such as a representative from the DoIT or MDH OET..

100 Community Place, Crownsville, MD 21032 | 300-301 West Preston Street, Baltimore MD 21201
DOIT.MARYLAND.GOV - 410-697-9700

Page **8** of **13**
Enovational003439



**Larry Hogan** | Governor
**Boyd K. Rutherford** | Lt. Governor
**Michael G. Leahy** | Secretary
**Lance Schine** | Deputy Secretary

- **Staffing.** Development work will be done with a combination of offsite and onsite resources.
- **Team Size.** The contractor will provide resources to complete the documented scope within the specified period of performance. Team size may vary during the project lifecycle to accommodate the needs of the project.
- **Defects.** Any critical defects or errors reported during the scheduled sprints must be recorded and presented to the contractor by MDH BCCDT within one week of finding. The defects must be recorded in a written structure and the format will be provided by the contractor. The defects must also be recorded on screen capture and/or with screenshots. The critical defects will be fixed prior to the launch of the overall system. Any additional defects will be fixed as necessary for the project to progress. The contractor shall keep a running list of all defects.
- **Post Go Live Support.** The post go live support period will begin upon implementation of the final phase to production and last 4 weeks. After the 4 weeks have passed then the project will go into support and maintenance mode for 3 years.
- **Training.** All future training sessions included within this scope will be delivered virtually.
- **Future Enhancements.** Scope items not agreed to as part of this statement of work or as part of a subsequent change management process will be recorded in the backlog. MDH may elect to enter into a new work order to complete these scope items.
- **Licensing.** MDH is responsible for procuring all the necessary licenses, which include Salesforce licenses, 3rd party efax software, as well as Nintex's Drawloop software for document generation. MDH is responsible for ensuring that the development team has access to the necessary licenses to develop and maintain the applications moving forward.
- **Portal Development.** All estimates related to public-facing portal access development are aligned to Salesforce development.
- **Data Backup and Storage.** System backup and document storage solutions will be handled by standard Salesforce capabilities.
- **Rebaselined Schedule.** A rebaselined project schedule will be developed based on the acceptance of the project scope as confirmed by MDH sign-off on this document. Any material change in scope following scope acceptance will be required to follow a formal change management process. Changes in scope which are approved through change management may result in a modification to the rebaselined project schedule.



Exhibit L - Breast and Cervical Cancer Diagnosis and Treatment Statement of Wor Page 10 of 15

**Larry Hogan** | Governor
**Boyd K. Rutherford** | Lt. Governor
**Michael G. Leahy** | Secretary
**Lance Schine** | Deputy Secretary

- **Integrations.** MDH is responsible for providing all the necessary technical contacts for integration work. Tasks assigned to MDH technical teams will be completed per the approved rebaselined project schedule. Delays in task completion may result in changes to the schedule.
- **Feature Sharing.** Where possible, contractor will leverage features developed for other Programs to expedite development efforts elsewhere,
- **Dependencies.** Schedule dependencies will be identified in the rebaselined project schedule. Any delay in the completion of dependent tasks may result in a delay of the overall project schedule.
- **Testing.** All system testing required for the contractor developed system will be completed by the contractor. All system testing required due to integration work on state developed/managed systems will be completed by MDH. All User Acceptance Testing (UAT) will be completed by MDH.
- **Time and Materials Billing**. Per WO Work Order 25 of CATS+ task order contract F50B8400014 Integrations (MMIS and Claims Management), Data Migration, Training, and Maintenance work will be billed as time and materials. The contractor will produce timesheets for approval by MDH prior to invoicing. Maintenance and support hours will not be billed until full completion of the project (MVP and Phase 2).
- **Unused Support Hours**. Any support hours that are not billed for during the 3 years of maintenance support allocated by Work Order 25 will expire 3 years after the Phase 2 launch 4 week post go-live period. If additional maintenance and support is required above and beyond the 1000 allocated hours or the 3 year time frame, then an additional maintenance and support work order will be required.

- Exclusions: This SOW is based on the following exclusions:
  - The scope does not include data cleaning. BCCDT will be responsible for providing Enovational with clean data before or after loading.

# Cost Estimate

This SOW contains estimates for the firm fixed price and time and material costs associated with this project. Updates regarding the work will be provided in routine meetings to keep all parties appraised.

## Total Project Costs

The chart below displays the line item charges as initially agreed upon in Work Order 25. In addition, requests outside of the initial scope have been documented in the second chart.

| Initial Scope Line Items | Cost |
|---|---|
| Client Enrollment Workflow (Add-On Configuration) (Patient Enrollment Management) | $50,000 |

100 Community Place, Crownsville, MD 21032 | 300-301 West Preston Street, Baltimore MD 21201
DOIT.MARYLAND.GOV - 410-697-9700

Page **10** of **13**
Enovational003441



Exhibit L - Breast and Cervical Cancer Diagnosis and Treatment Statement of Wor Page 11 of 15

**Larry Hogan** | Governor
**Boyd K. Rutherford** | Lt. Governor
**Michael G. Leahy** | Secretary
**Lance Schine** | Deputy Secretary

| | |
|---|---|
| Client Case Oversight Workflow (Add-On Configuration) (Patient Enrollment Management) | $24,000 |
| Recoupment and Recovery Module | $36,000 |
| Provider Enrollment Module | $75,000 |
| Claims Tracking and Management Workflow (Add-On Configuration) | $50,000 |
| Online Client Web Portal (Add-On Configuration) | $50,000 |
| Online Provider Web Portal | $80,000 |
| Letters and Correspondence (Add-On Configuration) | $24,000 |
| Reports, Dashboards, Einstein Analytics | $36,000 |
| Integrations/ETL (200 Hours Maximum) | $30,000 |
| Data Migration (500 Hours Maximum) | $60,000 |
| Training and Go-Live Support (100 Hours Maximum) | $12,000 |
| 3 Years of Maintenance and Support from Go-Live (1000 Hours Maximum) | $120,000 |
| | |
| **TOTAL PROJECT COST IAW WORK ORDER 25** | **$647,000** |

| **Additional Outside of Initial Scope Requirements Line Items** | **Cost** |
|---|---|
| Patient Enrollment Management Additional Functionality<br>● Create a consolidated Application Intake process step that initiates Application and Application review workflows and searches for duplicates<br>● Create workflows that enable many Users to concurrently complete various reviews on Application documents<br>● Automate enrollment and disenrollment based on eligibility criteria and approval histories<br>● Automate generation and consolidation of letters, based on approval and denial determinations<br>● Create workflows to generate and process Application Checklists related to each Application<br>● Generate unique IDs for Applicants, in-line with existing Program formatting and processes | N/A<br>(Value - $216,000) |
| Levels of Access Permission by Role and Responsibility | N/A<br>(Value $24,000) |
| Recovery and Recoupment Additional Functionality<br>● Automate assignment of Recoupments to Users and calculation of received funds based on incoming funds | N/A<br>(Value $12,000) |
| Training Additional Requests (Not to Exceed 100 hours of combined training and documentation)<br>● Provide User manuals and other related documentation to help Users navigate and leverage features<br>● Train technical resources to be functioning Salesforce Admins | N/A<br>(Value $72,000) |
| Reports and Dashboards Additional Functionality (to be capped at 20 hours of report creation)<br>● Create customized reports required for program operations | N/A |
| Field Audit Trail | $24,000 |
| Custom Notes Object | $24,000 |
| Check and incoming payment processing | $72,000 |
| **Subtotal for Fixed Price Out of Scope Requests** | **$120,000** |

100 Community Place, Crownsville, MD 21032 | 300-301 West Preston Street, Baltimore MD 21201
DOIT.MARYLAND.GOV - 410-697-9700

Page **11** of **13**
Enovational003442



Larry Hogan | Governor
Boyd K. Rutherford | Lt. Governor
Michael G. Leahy | Secretary
Lance Schine | Deputy Secretary

| Time and Material-based with all hours listed as not to exceed (NTE) | Hours | Cost |
|---|---|---|
| HMS Integration | 640 | $96,000 |
| Salesforce Shield Integration | 100 | $15,000 |
| **Subtotal for Time And Materials out of scope requests** | **740** | **$111,000** |
| **TOTAL COST FOR OUTSIDE OF SCOPE REQUESTS** | | **$231,000** |

## Term & Billing

Unless earlier terminated, the period of performance extends from the date of the last signature below through completion of all tasks. This SOW may be amended, modified or extended upon the mutual agreement of the Parties. No amendment, modification or extension of this SOW will be binding unless it is in writing and executed by the Parties.

The targeted implementation date for this project is 8/19/2022. Enovational will invoice MDH directly for the completed work upon completion in Fiscal Year 2023.



Maryland
DEPARTMENT OF
INFORMATION TECHNOLOGY

**Larry Hogan** | Governor
**Boyd K. Rutherford** | Lt. Governor
**Michael G. Leahy** | Secretary
**Lance Schine** | Deputy Secretary

## Signatures

MDH PHPA Representative Signature/Date:

Patricia Harvey
Patricia Harvey (Apr 23, 2021 14:07 EDT) Apr 23, 2021

Print: Patricia Harvey, Program Manager, BCCDT

MDH OET Representative Signature/Date:

Apr 24, 2021

Print: Stephen Kolbe, Chief Technology Officer

DoIT Representative Signature/Date:

Lance Schine -DoIT- (Apr 25, 2021 20:15 EDT) Apr 25, 2021

Print: Lance Schine, Deputy Secretary

Contractor Signature/Date:

Chum Chancharadeth (Apr 24, 2021 12:16 EDT) Apr 24, 2021

Print: Chum Chancharadeth, Enovational

100 Community Place, Crownsville, MD 21032 | 300-301 West Preston Street, Baltimore MD 21201
DOIT.MARYLAND.GOV - 410-697-9700

Page **13** of **13**
Enovational003444

# FINAL_SOW_MDH_PRICING_BCCDT_RITM0133109_23 APRIL 2021.docx

Final Audit Report 2021-04-26

| | |
|---|---|
| Created: | 2021-04-23 |
| By: | Betsy Jackson (Betsy.Jackson@maryland.gov) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAUPSqub3L7QT36srVxAfQfQeBP8mPRGP1 |

## "FINAL_SOW_MDH_PRICING_BCCDT_RITM0133109_23 APRIL 2021.docx" History

Document created by Betsy Jackson (Betsy.Jackson@maryland.gov)
2021-04-23 - 6:00:43 PM GMT- IP address: 98.204.246.7

Document emailed to Patricia Harvey (patricia.harvey@maryland.gov) for signature
2021-04-23 - 6:03:27 PM GMT

Email viewed by Patricia Harvey (patricia.harvey@maryland.gov)
2021-04-23 - 6:05:34 PM GMT- IP address: 66.102.8.13

Document e-signed by Patricia Harvey (patricia.harvey@maryland.gov)
Signature Date: 2021-04-23 - 6:07:26 PM GMT - Time Source: server- IP address: 167.102.229.10

Document emailed to Stephen Kolbe -DoIT- (stephen.kolbe@maryland.gov) for signature
2021-04-23 - 6:07:28 PM GMT

Email viewed by Stephen Kolbe -DoIT- (stephen.kolbe@maryland.gov)
2021-04-24 - 3:11:00 PM GMT- IP address: 66.102.8.11

Document e-signed by Stephen Kolbe -DoIT- (stephen.kolbe@maryland.gov)
Signature Date: 2021-04-24 - 3:11:07 PM GMT - Time Source: server- IP address: 68.33.179.111

Document emailed to Chum Chancharadeth (chum@enovational.com) for signature
2021-04-24 - 3:11:08 PM GMT

Email viewed by Chum Chancharadeth (chum@enovational.com)
2021-04-24 - 4:16:06 PM GMT- IP address: 108.31.243.210

Document e-signed by Chum Chancharadeth (chum@enovational.com)
Signature Date: 2021-04-24 - 4:16:22 PM GMT - Time Source: server- IP address: 108.31.243.210

Document emailed to Lance Schine -DoIT- (lance.schine@maryland.gov) for signature

2021-04-24 - 4:16:23 PM GMT

Email viewed by Lance Schine -DoIT- (lance.schine@maryland.gov)

2021-04-24 - 4:16:27 PM GMT- IP address: 66.102.8.13

Document e-signed by Lance Schine -DoIT- (lance.schine@maryland.gov)

Signature Date: 2021-04-26 - 0:15:41 AM GMT - Time Source: server- IP address: 173.73.55.72

Agreement completed.

2021-04-26 - 0:15:41 AM GMT