| WORK ORDER | Work Order # | Contract # |
|---|---|---|
| Additional Scope for Maryland Department of Health (MDH) Breast and Cervical Cancer Diagnosis and Treatment (BCCDT), Kidney Disease Program (KDP), and Children's Medical Services (CMS) Programs Workflow and Form Automation Salesforce Implementation | 17 | F50B0600028 |

This Work Order is issued under the provisions of the Contract. The services authorized are within the scope of services set forth in the *Purpose* of the Work Order.

Purpose

The purpose of this document is to re-baseline the requirements for the Maryland Department of Health (MDH) Breast and Cervical Cancer Diagnosis and Treatment (BCCDT), Maryland Department of Health Kidney Disease Program (KDP), and Maryland Department of Health Children's Medical Services (CMS) Programs workflow and form automation Salesforce implementation project that has been previously outlined in Work Order 25 of CATS+ task order contract F50B8400014. Re-baselining of this project is required due to clarifications to the original scope and the urgency surrounding transitioning off of the current Electronic Claims Management System (eCMS).

Statement of Work

Requirements: The contractor shall provide a number of upgrades, enhancements, and additional development for the KDP, BCCDT, and CMS programs (referred to hereafter as *Program(s)*) in order to expedite a smooth transition away from the current eCMS. The project implementation strategy is shifting towards delivering an initial Minimum Viable Product (MVP) in Phase 1, to enable each Program to go live with a new system. Phase 2 will be implemented afterwards, and deliver the additional functionality not included in the MVP. This project will be delivered in accordance with Health Insurance Portability and Accountability Act (HIPAA) and Personally Identifiable Information (PII) guidelines.

The contractor will bill for each program separately and follow a project schedule that is agreed upon by MDH, the cognizant program office, and the contractor. Work is currently underway via Work Order 25 and will be completed no later than 9/19/2022. An additional 1 or 3 year period of maintenance under the SLA provided within this document will be made available 4 weeks post launch of each program.

Additional work for each program is detailed below:

**Maryland Department of Health (MDH) Breast and Cervical Cancer Diagnosis and Treatment (BCCDT)**

1. Patient Enrollment Management Additional Functionality
    - Create a consolidated Application Intake process step that initiates Application and Application review workflows and searches for duplicates
    - Create workflows that enable many Users to concurrently complete various reviews on Application documents
    - Automate enrollment and disenrollment based on eligibility criteria and approval histories
    - Automate generation and consolidation of letters, based on approval and denial determinations
    - Create workflows to generate and process Application Checklists related to each Application
    - Generate unique IDs for Applicants, in-line with existing Program formatting and processes
2. Recovery and Recoupment Additional Functionality
    - Automate assignment of Recoupments to Users and calculation of received funds based on incoming funds
3. Reports and Dashboards Additional Functionality (to be capped at 20 hours of report creation)
    - Create customized reports required for program operations
4. Training Additional Requests (Not to Exceed 100 hours of combined training and documentation)
    - Provide User manuals and other related documentation to help Users navigate and leverage features
    - Train technical resources to be functioning Salesforce Admins
5. Levels of Access Permission by Role and Responsibility

enovational003426

6. Check and incoming payment processing
7. Field Audit Trail
8. Custom Notes Object
9. HMS Integration
10. Salesforce Shield Integration
    - Integrate the system with the Salesforce Shield applications to provide event monitoring and data encryption.

**Maryland Department of Health Kidney Disease Program (KDP)**

1. Patient Enrollment Management Additional Functionality
    - Create a consolidated Application Intake process step that initiates Application and Application review workflows and searches for duplicates
    - Automate enrollment and disenrollment based on eligibility criteria and approval histories
    - Automate generation and consolidation of letters, based on approval and denial determinations
    - Generate unique IDs for Applicants, in-line with existing Program formatting and processes
2. Recovery and Recoupment Additional Functionality
    - Automate assignment of Recoupments to Users and calculation of received funds based on incoming funds
3. Claims Management Additional Functionality
    - Calculate and capture net payments amounts, factoring in money paid out and received back on each claim
    - Enable both automatic claim payment calculations and manual processing workflows
4. Reports and Dashboards Additional Functionality (to be capped at 20 hours of report creation)
    - Create customized reports required for program operations
5. Training Additional Requests (Not to Exceed 100 hours of combined training and documentation)
    - Provide User manuals and other related documentation to help Users navigate and leverage features
    - Train technical resources to be functioning Salesforce Admins
6. Levels of Access Permission by Role and Responsibility
7. Check and incoming payment processing
8. Field Audit Trail
9. Custom Notes Object
10. HMS Integration
11. Salesforce Shield Integration
    - Integrate the system with the Salesforce Shield applications to provide event monitoring and data encryption.

**Maryland Department of Health Children's Medical Services (CMS)**

1. Patient Enrollment Management Additional Functionality
    - Create a consolidated Application Intake process step that initiates Application and Application review workflows and searches for duplicates
    - Automate enrollment and disenrollment based on eligibility criteria and approval histories
    - Automate generation and consolidation of letters, based on approval and denial determinations
    - Generate unique IDs for Applicants, in-line with existing Program formatting and processes
2. Levels of Access Permission by Role and Responsibility
3. Training Additional Requests (Not to Exceed 100 hours of combined training and documentation)
    - Provide User manuals and other related documentation to help Users navigate and leverage features
    - Train technical resources to be functioning Salesforce Admins
4. Provider Portal
5. Field Audit Trail
6. Custom Notes Object
7. Salesforce Shield Integration
    - Integrate the system with the Salesforce Shield applications to provide event monitoring and data encryption.

**Maintenance and Support**

The contractor shall provide **1000 hours of support and maintenance for BCCDT and CMS** and **400 Hours of support and maintenance for KDP** as detailed in the SLA below.

Support and maintenance will start once the MVP and Phase 2 releases have concluded and the 4 week post-go-live period has expired. Maintenance hours will **expire 1 year after start for KDP** and **3 years after start for BCCDT and CMS**. All unused hours will expire at the end of the maintenance period. Maintenance and support hours are described in the section below.

**The following level of service shall be provided by the contractor:**

**Service Level Agreement (SLA):** The contractor shall provide support for four defect severity levels. Below is a baseline of clear and defined levels of defect severity in relation to the type of impact that defects can have on the system. In the event of simultaneously occurring trivial or minor defects and enhancements, the enhancements agreed upon by the customer will take priority over those defect levels. Similarly, major and critical defects will be prioritized over system enhancements.

| Defect Severity Levels | Impact Level | Response Time | Resolution Time* |
|---|---|---|---|
| **Low** | Is cosmetic only and does not require a workaround | 3 business days | 20 business days |
| **Minor** | Impacts less than 2 users | 2 business days | 15 business days |
| **Major** | Has a significant impact on a system feature and prevents a user from completing an action (no workarounds) | Under 1 business day | 10 business days |
| **Critical** | Results in a server error or data loss creating a work stoppage | Under 4 business hours | 5 business days |

*Times may be longer or shorter based on resolution complexity and DoIT project priorities. These timeframes are also based on the assumption that there are no external dependencies.*

**Tests & Corrective Maintenance:** The contractor shall run diagnostic tests and provide corrective maintenance to remove bugs from the system. The development team shall fix any bugs in the system and then deploy to the Quality Assurance (QA) environment. Business analysts shall then test in the QA environment to ensure all fixes to the bugs work properly in the system.

**Deployments to Production:** Once fixes to bugs have been made, the development team shall deploy the updated code. The development team shall then conduct testing and code inspections in the production stage as well to ensure bugs are non-existent. The contractor shall work with the specified POC to schedule deployment time and dates that are not disruptive to the users.

**Updates to Server Security:** The contractor shall provide preventative maintenance by making updates to server security to prevent malware and other threats. The contractor shall ensure that both pattern and rule updates are made.

**Framework Upgrades:** The contractor shall upgrade the system as upgrades become available for front end and back end.

**Updates to training documentation:** The contractor shall provide updated training documentation and applicable training videos.

| Start Date | 05/01/2021 | End Date | 10/01/2025 |
|---|---|---|---|
| Cost for each Program - all labor hours listed are not to exceed amounts. | | | |

| | BCCDT Additional Outside of Initial Scope Requirements Line Items | | | | |
|---|---|---|---|---|---|
| | Description for Task / Deliverables | Quantity (if applicable) | Labor Hours (Hrs.) | Labor Rate | Estimate Total |
| 1 | Patient Enrollment Management Additional Functionality | | N/A | N/A | N/A |
| 2 | Levels of Access Permission by Role and Responsibility | | N/A | N/A | N/A |
| 3 | Recovery and Recoupment Additional Functionality | | N/A | N/A | N/A |
| 4 | Training Additional Requests | | 100 | N/A | N/A |
| 5 | Reports and Dashboards Additional Functionality | | 20 | N/A | N/A |
| 6 | Field Audit Trail | | N/A | N/A | $24,000 |
| 7 | Custom Notes Object | | N/A | N/A | $24,000 |
| 8 | Check and incoming payment processing | | N/A | N/A | $72,000 |
| 9 | HMS Integration | | 640 | $150 | $96,000 |
| 10 | Salesforce Shield Integration | | 100 | $150 | $15,000 |
| | | | | **TOTAL FOR BCCDT** | **$231,000** |

| | KDP Additional Outside of Initial Scope Requirements Line Items | | | | |
|---|---|---|---|---|---|
| | Description for Task / Deliverables | Quantity (if applicable) | Labor Hours (Hrs.) | Labor Rate | Estimate Total |
| 1 | Patient Enrollment Management Additional Functionality | | N/A | N/A | N/A |
| 2 | Levels of Access Permission by Role and Responsibility | | N/A | N/A | N/A |
| 3 | Recovery and Recoupment Additional Functionality | | N/A | N/A | N/A |

| # | Description | Quantity | Labor Hours (Hrs.) | Labor Rate | Estimate Total |
|---|---|---|---|---|---|
| 4 | Claims Management Additional Functionality | | | | |
| 5 | Training Additional Requests | | 100 | N/A | N/A |
| 6 | Reports and Dashboards Additional Functionality | | 20 | N/A | N/A |
| 7 | Field Audit Trail | | N/A | N/A | $24,000 |
| 8 | Custom Notes Object | | N/A | N/A | $24,000 |
| 9 | Check and incoming payment processing | | N/A | N/A | $72,000 |
| 10 | HMS Integration | | 640 | $150 | $96,000 |
| 11 | Salesforce Shield Integration | | 100 | $150 | $15,000 |
| | | | | **TOTAL FOR KDP** | **$231,000** |

CMS Additional Outside of Initial Scope Requirements Line Items

| # | Description for Task / Deliverables | Quantity (if applicable) | Labor Hours (Hrs.) | Labor Rate | Estimate Total |
|---|---|---|---|---|---|
| 1 | Patient Enrollment Management Additional Functionality | | N/A | N/A | N/A |
| 2 | Levels of Access Permission by Role and Responsibility | | N/A | N/A | N/A |
| 3 | Training Additional Requests | | 100 | N/A | N/A |
| 4 | Field Audit Trail | | N/A | N/A | $24,000 |
| 5 | Custom Notes Object | | N/A | N/A | $24,000 |
| 6 | Provider Portal | | N/A | N/A | $96,000 |
| 7 | Salesforce Shield Integration | | 100 | $150 | $15,000 |
| | | | | **TOTAL FOR CMS** | **$159,000** |
| | | | | **TOTA FOR ALL PROGRAMS** | **$621,000** |

| Contractor | DoIT Approval |
|---|---|
| *[signature]*  Jun 7, 2021 | *Lance Schine -DoIT- (Jun 7, 2021 17:40 EDT)*  Jun 7, 2021 |
| (Signature)  Contractor Authorized Representative  (Date)  Chum Chancharadeth | (Signature) Agency Representative  (Date) |

enovational003430

| POC | (Print Name) See Above | | Name: | Lance Schine |
|---|---|---|---|---|
| Telephone No. | 301.538.2134 | | Telephone No. | 410.697.9407 |
| E-mail: | chum@enovational.com | | E-mail: | lance.schine@maryland.gov |

| MDH Approval | |
|---|---|
| *[signature]*                 Jun 7, 2021 | |
| (Signature) Agency Representative      (Date) | |
| Name: | Stephen Kolbe |
| Telephone No. | 443.591.6610 |
| E-mail: | stephen.kolbe@maryland.gov |

enovational003431