# DELIVERABLE ACCEPTANCE

This deliverable acceptance document establishes formal acceptance of all deliverables listed below for this project.

Project Name: Maryland Department of Health Children's Medical Services Workflow and Form Automation (CMS)
Work Order Information: Work Order 25 RITM0133109
Delivery Date: 08/06/21
Module Name: Insurance Premiums
Scope Items under Module Name: (as per SOW, including additional requirements as applicable)
- Not Applicable

Deliverables completed in accordance with the SoW:

| Functionality | Description of Scope |
|---|---|
| Requirement Documents | https://docs.google.com/document/d/1su9DoHBxiFk2Bjq01sZby8uhSeJcwdOyCNbD0nl8HRc/edit |
| Design Documents | https://drive.google.com/file/d/1QxAgudlNnraC6uDPa9VxxLAFRn7IY12l/view?usp=sharing |
| Training Documents | Not Applicable |
| Test Plan | Not Applicable |
| Test Cases | https://drive.google.com/file/d/1iSyn4_dDgit2jZX-qZcZ56ye5kQ5uGDi/view?usp=sharing https://drive.google.com/file/d/1S9ZlR6B5em1j5fdQCBza8Go_i7dRD7Z4/view?usp=sharing |
| Other Documents | https://drive.google.com/file/d/13ZoaWvKHpU2JG-HhTGii3A0HA0GPbD8k/view?usp=sharing https://docs.google.com/spreadsheets/d/1Uci5nPifYdP6a7LnWuinyZWWWl7zM_4rE60v6DZaWDQ/edit#gid=1579145783 |
| Outstanding Bug Information | 0 outstanding bugs |

**As the authorized strategic Product Owner, have the deliverable(s) above been completed and delivered as described herein by Enovational Corp? By indicating 'Yes' below, I accept these deliverables as complete. By indicating 'No' below, I reject these deliverables as complete and will record my specific rationale.**

☑ Yes ☐ No

**If No, please include rationale for this determination:**

1101 K St. NW Suite 1010 Washington, DC 20005 | 301.538.2134

Enovational003475

# ENOVATIONAL

### MDH Product Owner (or designee)

| Signature | *René Reyes* <br> René Reyes (Nov 30, 2021 16:34 EST) |
|---|---|
| Printed Name | **Rene F. Reyes** |
| Title | **CMS, Program Manager, MDH** |
| Date | Nov 30, 2021 |

### MDH OET POC (or designee)

| Signature | *Jason Cavey* <br> Jason Cavey (Dec 1, 2021 15:17 EST) |
|---|---|
| Printed Name | **Jason Cavey** |
| Title | **Deputy Chief Technology Officer** |
| Date | Dec 1, 2021 |

### Vendor Project Manager (or designee)

| Signature | *Stephen Gern* <br> Stephen Gern (Nov 30, 2021 11:45 EST) |
|---|---|
| Printed Name | **Steve Gern** |
| Title | **Program Manager** |
| Date | Nov 30, 2021 |

**Assumptions & Exclusions:**

- **Deliverable acceptance.** All deliverables tied to invoices must include a sign-off sheet prior to payment of the contractor. MDH will review, submit feedback, and provide sign-off on project deliverables in accordance with the agreed upon schedule. Delays in the deliverable acceptance process may result in a change in the re-baselined project schedule.
- **Defects.** Any critical defects or errors reported during the scheduled sprints must be recorded and presented to the contractor within one week of finding. The defects must be recorded in a written structure and the format will be provided by the contractor. The defects must also be recorded on screen capture and/or with

ENOVATIONAL

screenshots. The critical defects will be fixed prior to the launch of the overall system. Any additional defects will be fixed as necessary for the project to progress. The contractor shall keep a running list of all defects.
- **Dependencies**.  Schedule dependencies will be identified in the rebaselined project schedule.  Any delay in the completion of dependent tasks may result in a delay of the overall project schedule.