# Deliverable Acceptance - KDP

# 07/05/2020

Enovational003481

# Deliverable Acceptance

As of the date of this document, Dravida Consulting has delivered the following deliverables on the Salesforce platform, as part of Work Order #27 – KDP - Program Workflow and Form Automation:

- **Patient Enrollment Management** – A module that allows the KDP team to manage a patient's enrollment application. The module must have the following capabilities:
    - Capture and store applicant information such as patient contact info, medical conditions, insurance information, Medicaid information, employment information, and family income.
    - Store all supporting documentation and files. Files must have version control, providing KDP staff with the ability to upload updated versions of existing files but still have access to archived versions.
    - Customized approval workflows based on eligibility criteria set by the KDP team. All approval histories must be tracked and available for reporting.
    - Generate approval and denial PDF letters with the ability to send them to applicants electronically.
    - Track current and historical applications and tie them to the same applicant.
- **Patient Case Management** – A module that allows the KDP team to manage cases for approved applicants. The module must have the following capabilities:
    - Allow KDP staff to log calls received from applicants.
    - Allow KDP to create and track applicant cases. Cases can range from a request for more information to claim to follow-ups.
    - Allow for KDP staff to generate prior authorization for services, add and update TPL information, and store documentation and files.
- **Premium Management System** – A module that allows the KDP team to manage the assessment of premiums to patients based on their yearly family income and assets. The premium management system must have the following capabilities:
    - Capture and store family information related to income and assets.
    - Capture and manage billings and recovery of those premiums.
    - Capture and update the patient eligibility profile.
    - Store all supporting documentation and files. Files must have version control, providing KDP staff with the ability to upload updated versions of existing files but still have access to archived versions.
    - Customized workflow to determine the assessment based on calculating criteria provided by the KDP team.

_Carol Manning_  
**Signature**

_7/7/20_  
**Date**

_Carol Manning_  
**Printed Name**

_Chief, KDP_  
**Title**

Enovational003483