ENOVATIONAL

# DELIVERABLE ACCEPTANCE

This deliverable acceptance document establishes formal acceptance of all deliverables listed below for this project.

Project Name: Maryland Department of Health (MDH) Kidney Disease Program (KDP) Workflow and Form Automation
Work Order Information: Work Order RITM0133109
Delivery Date: 1/21/2022
Module Name: Online Provider Portal
Scope Items under Module Name: (as per SOW, including additional requirements as applicable)

- Not Applicable

Deliverables completed in accordance with the SoW:

| Functionality | Description of Scope |
|---|---|
| Requirement Documents | Requirements Folder |
| Design Documents | Design Folder |
| Training Documents | N/A |
| Test Plan | Teat Plan and Cases Folder |
| Test Cases | Teat Plan and Cases Folder |
| Other Documents | Other Documents Folder |
|  |  |

**As the authorized strategic Product Owner, have the deliverable(s) above been completed and delivered as described herein by Enovational Corp? By indicating 'Yes' below, I accept these deliverables as complete. By indicating 'No' or 'Partial Completion %" below, I reject these deliverables as complete and will record my specific rationale.**

**☐ Yes☐ No☐ Partial Completion %**

**If No or Partial Completion %, please include the rationale for this determination:**

[                                                                      ]

Case 22-10014-ELG    Doc 31-19    Filed 02/04/24    Entered 02/04/24 15:41:52    Desc
Exhibit 9 - Deliverable Acceptance    Page 2 of 2

ENOVATIONAL

**MDH Product Owner (or designee)**

| Signature | *Carol Manning*<br>Carol Manning (May 26, 2022 14:32 EDT) |
|---|---|
| Printed Name | **Carol Manning** |
| Title | **Chief, Kidney Disease Program** |
| Date | May 26, 2022 |

**MDH OET (or Designee)**

| Signature | *[signature]* |
|---|---|
| Printed Name | **Jason Cavey** |
| Title | **Deputy Chief Technology Officer** |
| Date | Jun 9, 2022 |

**Vendor Project Manager (or Designee)**

| Signature | *Stephen Gern*<br>Stephen Gern (Jun 9, 2022 11:24 EDT) |
|---|---|
| Printed Name | **Steve Gren** |
| Title | **Program Manager** |
| Date | Jun 9, 2022 |