ENOVATIONAL

# DELIVERABLE ACCEPTANCE

This deliverable acceptance document establishes formal acceptance of all deliverables listed below for this project.

Project Name: Maryland Department of Health Kidney Disease Program Workflow and Form Automation
Work Order Information:  Work Order 25 RITM0133109
Delivery Date:  05/14/21
Module Name: Field Audit Trail
Scope Items under Module Name: (as per SOW, including additional requirements as applicable)
- Not Applicable

Deliverables completed in accordance with the SoW:

| Functionality | Description of Scope |
|---|---|
| Requirement Documents | https://docs.google.com/spreadsheets/d/1BYqc4KEno0yVYrDwnlGvNaAKIo3Qac-LJrYKp58CFMs/edit#gid=0 |
| Design Documents | Not Applicable |
| Training Documents | Not Applicable |
| Test Plan | https://docs.google.com/spreadsheets/d/1BYqc4KEno0yVYrDwnlGvNaAKIo3Qac-LJrYKp58CFMs/edit#gid=0 |
| Test Cases | https://docs.google.com/document/d/1s1-heN8o9KsBeUxDdhslj0NPXemrAkLStxGKYAx7gVU/edit |
| Other Documents | Not Applicable |
| Outstanding Bug Information | 0 open bugs |

**As the authorized strategic Product Owner, have the deliverable(s) above been completed and delivered as described herein by Enovational Corp? By indicating 'Yes' below, I accept these deliverables as complete. By indicating 'No' below, I reject these deliverables as complete and will record my specific rationale.**

☑ Yes ☐ No

**If No, please include rationale for this determination:**

1101 K St. NW Suite 1010 Washington, DC 20005 | 301.538.2134

Enovational003490

**ENOVATIONAL**

### MDH Product Owner (or designee)

| Signature | *Carol Manning*<br>Carol Manning (Dec 1, 2021 08:40 EST) |
|---|---|
| Printed Name | Carol Manning |
| Title | Chief, Kidney Disease Program |
| Date | Dec 1, 2021 |

### MDH OET POC (or designee)

| Signature | *[signature]* |
|---|---|
| Printed Name | Jason Cavey |
| Title | Deputy Chief Technology Officer |
| Date | Dec 1, 2021 |

### Vendor Project Manager (or designee)

| Signature | *Stephen Gern*<br>Stephen Gern (Nov 30, 2021 16:30 EST) |
|---|---|
| Printed Name | Steve Gern |
| Title | Program Manager |
| Date | Nov 30, 2021 |

1101 K St. NW Suite 1010 Washington, DC 20005 | 301.538.2134

Enovational003491

**ENOVATIONAL**

**Assumptions & Exclusions:**

- **Deliverable acceptance.** All deliverables tied to invoices must include a sign-off sheet prior to payment of the contractor. MDH will review, submit feedback, and provide sign-off on project deliverables in accordance with the agreed upon schedule. Delays in the deliverable acceptance process may result in a change in the re-baselined project schedule.
- **Defects**. Any critical defects or errors reported during the scheduled sprints must be recorded and presented to the contractor within one week of finding. The defects must be recorded in a written structure and the format will be provided by the contractor. The defects must also be recorded on screen capture and/or with screenshots. The critical defects will be fixed prior to the launch of the overall system. Any additional defects will be fixed as necessary for the project to progress. The contractor shall keep a running list of all defects.
- **Dependencies**. Schedule dependencies will be identified in the rebaselined project schedule. Any delay in the completion of dependent tasks may result in a delay of the overall project schedule.
- **Maintenance.** Given the dependent nature of the Field Audit Trail functionality, MDH, DoIT, and Vendor project teammates acknowledge that this solution will require a degree of ongoing maintenance as the underlying system continues to be developed. Further Field Audit Trail updates pertaining to features developed after the initial development period (5/10/2021-5/14/2021) will be considered maintenance of the existing solution and documentation, and will not impact the cost of the project. Changes requested for accepted functionality that is specifically listed in the requirements documentation will be evaluated through Change Management processes.

# MDH_KDP_Field Audit Trail - Deliverable Acceptance_30_NOV_2021

Final Audit Report                                                                                           2021-12-01

| | |
|---|---|
| Created: | 2021-11-30 |
| By: | Charmaine Burrell (charmainel.burrell@maryland.gov) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAFZr2ZpkRHkn5z5ualSHg6Bp-sdXdP9ST |

## "MDH_KDP_Field Audit Trail - Deliverable Acceptance_30_NOV_2021" History

- Document created by Charmaine Burrell (charmainel.burrell@maryland.gov)
  2021-11-30 - 6:42:19 PM GMT- IP address: 167.102.244.1

- Document emailed to Stephen Gern (steve@enovational.com) for signature
  2021-11-30 - 6:45:06 PM GMT

- Email viewed by Stephen Gern (steve@enovational.com)
  2021-11-30 - 6:52:05 PM GMT- IP address: 66.102.8.9

- Document e-signed by Stephen Gern (steve@enovational.com)
  Signature Date: 2021-11-30 - 9:30:51 PM GMT - Time Source: server- IP address: 73.133.166.182

- Document emailed to Carol Manning (carol.manning@maryland.gov) for signature
  2021-11-30 - 9:30:53 PM GMT

- Email viewed by Carol Manning (carol.manning@maryland.gov)
  2021-12-01 - 1:35:42 PM GMT- IP address: 66.102.8.75

- Document e-signed by Carol Manning (carol.manning@maryland.gov)
  Signature Date: 2021-12-01 - 1:40:06 PM GMT - Time Source: server- IP address: 167.102.229.10

- Document emailed to Jason Cavey (jason.cavey@maryland.gov) for signature
  2021-12-01 - 1:40:10 PM GMT

- Email viewed by Jason Cavey (jason.cavey@maryland.gov)
  2021-12-01 - 2:28:55 PM GMT- IP address: 66.102.8.90

- Document e-signed by Jason Cavey (jason.cavey@maryland.gov)
  Signature Date: 2021-12-01 - 2:29:46 PM GMT - Time Source: server- IP address: 174.192.193.202


Adobe Sign

Enovational003493

✅ Agreement completed.
2021-12-01 - 2:29:46 PM GMT

Adobe Sign

Enovational003494