# ENOVATIONAL

# Maryland BCCDT, CMS, and KDP Invoice 587 Justification

Enovational

September 2022

Enovational003414

# ENOVATIONAL

| | |
|---|---:|
| September 2022 | 1 |
| **Purpose** | **3** |
| **Context** | **3** |
| **Accomplishments** | **3** |
| **Work Performed** | **4** |
|     KDP | 4 |
|         Component 1: Patient Enrollment Workflow | 4 |
|         Component 2: Premium Management System | 4 |
|         Component 3: Reports and Dashboards | 4 |
|         Component 4: Field Audit Trail | 4 |
|         Component 5: Custom Notes Object | 4 |
|         Component 6: Check and Incoming Payment Processing | 4 |
|     CMS | 5 |
|         Component 1: Patient Enrollment Workflow (Add-On Configuration) | 5 |
|         Component 2: Recoupment and Recovery Module | 5 |
|         Component 3: Reports, Dashboards, Einstein Analytics | 5 |
|         Component 4: Custom Notes Object | 5 |
|     BCCDT | 5 |
|         Component 1: Patient Enrollment Workflow (Add-On Configuration) | 5 |
|         Component 2: Recovery and Recoupment | 5 |
|         Component 3: Provider Enrollment Module | 6 |
|         Component 4: Reports, Dashboards, Einstein Analytics | 6 |
|         Component 5: Levels of Access Permission by Role and Responsibility | 6 |
|         Component 6: Custom Notes Object | 6 |
|         Component 7: Check and Incoming Payment Processing | 6 |
| **Cost Buildup** | **6** |
|     Labor | 7 |

enovational003415

# ENOVATIONAL

## 1. Purpose

The purpose of this document is to provide additional information relating to Enovational's efforts in developing and implementing Maryland Department of Health's (MDH) solutions for the Breast and Cervical Cancer Diagnosis and Treatment (BCCDT), Children's Medical Services, and Kidney Disease Programs. As Enovational is still awaiting payment for the work that was completed and delivered, this narrative elucidates the nature of the work performed.

## 2. Context

Enovational provided the development and software design team related to completing this work, as well as related business analysis, training, and project management support. Enovational was responsible for developing, overseeing, and managing the software solution which digitized business processes core to MDH and these Programs' ability to administer their benefits, pay claims, and generally manage their business.

## 3. Accomplishments

Enovational was central to MDH's effort to modernize and consolidate business processes. As part of this lift, Enovational:

- Development of each of the BCCDT, CMS, and KDP solutions was roughly 90% complete when the projects were stopped. Most functionality besides a couple integrations, data migration, and Phase 2 had been delivered.
- MDH Users had devoted significant time to UAT for delivered functionality, and worked with Enovational to revise and improve the solutions
- Enovational collaborated with MDH and DoIT to rebaseline each of these projects, resetting expectations on scope, schedule, and cost
- Enovational, MDH, and DoIT developed a Change Management process to enable scope management throughout the project lifecycle

# ENOVATIONAL

## 4. Work Performed

**KDP**

**Component 1:** Patient Enrollment Workflow

The Enovational team delivered and supported testing/training for the Patient Enrollment Management deliverable, with 100% of the initial scope listed as complete. Additional scope components were being developed when the project was stopped.

**Component 2:** Premium Management System

The Enovational team delivered and supported testing/training for the Premium Management System deliverable, with 100% of the initial scope listed as complete. No additional scope components were requested.

**Component 3:** Reports and Dashboards

The Enovational team delivered and supported testing/training for the Reports and Dashboards deliverable, with 100% of the initial scope listed as complete. Additional scope components were being developed when the project was stopped.

**Component 4:** Field Audit Trail

Field Audit Trail deliverable was identified as additional scope, and the Enovational team delivered and supported testing/training for this work, with 100% of the scope listed as complete according to the Deliverable Acceptance document.

**Component 5:** Custom Notes Object

Custom Notes Object deliverable was identified as additional scope, and the Enovational team delivered and supported testing/training for this work, with 100% of the scope listed as complete according to the Rebaseline SOW document.

**Component 6:** Check and Incoming Payment Processing

Check and Incoming Payment Processing deliverable was identified as additional scope, and the Enovational team delivered and supported testing/training for this work, with 100% of the scope listed as complete according to the Rebaseline SOW document.

Enovational003417

# ENOVATIONAL

## CMS

### Component 1: Patient Enrollment Workflow (Add-On Configuration)

The Enovational team delivered and supported testing/training for the Patient Enrollment Workflow deliverable, with 100% of the initial scope listed as complete. Additional scope components were being developed when the project was stopped.

### Component 2: Recoupment and Recovery Module

Recoupment and Recovery Module deliverable was identified as additional scope, and the Enovational team delivered and supported testing/training for this work, with 100% of the scope listed as complete according to the Rebaseline SOW document.

### Component 3: Reports, Dashboards, Einstein Analytics

The Enovational team delivered and supported testing/training for the Reports, Dashboards, Einstein Analytics deliverable, with 100% of the initial scope listed as complete. Additional scope components were being developed when the project was stopped.

### Component 4:  Custom Notes Object

Custom Notes Object deliverable was identified as additional scope, and the Enovational team delivered and supported testing/training for this work, with 100% of the scope listed as complete according to the Rebaseline SOW document.

## BCCDT

### Component 1: Patient Enrollment Workflow (Add-On Configuration)

The Enovational team delivered and supported testing/training for the Patient Enrollment Workflow deliverable, with 100% of the initial scope listed as complete. Additional scope components were being developed when the project was stopped.

### Component 2: Recovery and Recoupment

The Enovational team delivered and supported testing/training for the Recovery and Recoupment deliverable, with 100% of the initial scope and additional listed as complete.

# ENOVATIONAL

### Component 3: Provider Enrollment Module

The Enovational team delivered and supported testing/training for the Provider Enrollment Module deliverable, with 100% of the initial scope listed as complete. Additional scope components were being developed when the project was stopped.

### Component 4: Reports, Dashboards, Einstein Analytics

The Enovational team delivered and supported testing/training for the Reports, Dashboards, Einstein Analytics deliverable, with 100% of the initial scope listed as complete. Additional scope components were being developed when the project was stopped.

### Component 5: Levels of Access Permission by Role and Responsibility

The Enovational team delivered and supported testing/training for the Levels of Access Permission by Role and Responsibility deliverable; with 50% of the initial scope listed as complete and significant additional development completed and tested, this deliverable was most recently pending deliverable acceptance signature.

### Component 6: Custom Notes Object

Custom Notes Object deliverable was identified as additional scope, and the Enovational team delivered and supported testing/training for this work, with 100% of the scope listed as complete according to the Rebaseline SOW document.

### Component 7: Check and Incoming Payment Processing

Check and Incoming Payment Processing deliverable was identified as additional scope, and the Enovational team delivered and supported testing/training for this work, with 100% of the scope listed as complete according to the Rebaseline SOW document.

## 5. Cost Buildup

To perform the above work, Enovational is billing the State of Maryland through the Department of Health **$625,000.00**. This includes labor, both direct employees of Enovational, 1099s, and subcontractors.

# ENOVATIONAL

## Labor

Enovational utilized a significant percentage of employees to build out, deploy, maintain and support the BCCDT, CMS, and KDP solutions. Given that the underlying contracts are mostly firm-fixed price, Enovational is invoicing according to the overall price of these deliverables. Time and Materials deliverables are billed based on hours worked by Enovational staff towards these deliverables. The most accurate data pertaining to the completion of this work comes from the Rebaseline SOW documents (BCCDT, CMS, and KDP) from Q1-Q2 2021 as well as various Deliverable Acceptance documents. These documents were reviewed in great detail by MDH, DoIT, and Enovational over dozens of sessions, and formally signed by each group. The deliverables billed in this invoice were all agreed and signed off as 100% complete.