# E N O V A T I O N A L

**Enovational Corp**

1427 Rhode Island Ave NW, PH02
Washington, DC  20005
billing@enovational.com
www enovational com

## INVOICE

| BILL TO | | INVOICE | 587 |
|---|---|---|---|
| MD MDH - MBCK | | DATE | 07/13/2022 |
| | | TERMS | Due on receipt |
| | | DUE DATE | 07/13/2022 |

WO NUMBER
17

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 05/16/2022 | Services | KDP - Patient Enrollment Workflow | 1 | 30,000.00 | 30,000.00 |
| 05/16/2022 | Services | KDP - Premium Management System | 1 | 30,000.00 | 30,000.00 |
| 05/16/2022 | Services | KDP - Reports and Dashboards | 1 | 36,000.00 | 36,000.00 |
| 05/16/2022 | Services | KDP - Field Audit Trail | 1 | 24,000.00 | 24,000.00 |
| 05/16/2022 | Services | KDP - Custom Notes Object | 1 | 24,000.00 | 24,000.00 |
| 05/16/2022 | Services | KDP - Check and incoming payment processing | 1 | 72,000.00 | 72,000.00 |
| 05/16/2022 | Services | CMS - Patient Enrollment Workflow (Add-On Configuration) | 1 | 50,000.00 | 50,000.00 |
| 05/16/2022 | Services | CMS - Recoupment and Recovery Module | 1 | 24,000.00 | 24,000.00 |
| 05/16/2022 | Services | CMS - Reports, Dashboards, Einstein Analytics | 1 | 24,000.00 | 24,000.00 |
| 05/16/2022 | Services | CMS - Custom Notes Object | 1 | 24,000.00 | 24,000.00 |
| 05/16/2022 | Services | CMS - Salesforce Shield Integration | 0 | 150.00 | 0.00 |
| 05/16/2022 | Services | BCCDT - Patient Enrollment Workflow (Add-On Configuration) | 1 | 50,000.00 | 50,000.00 |
| 05/16/2022 | Services | BCCDT - Recovery and Recoupment | 1 | 36,000.00 | 36,000.00 |
| 05/16/2022 | Services | BCCDT - Provider Enrollment Module | 0.92 | 75,000.00 | 69,000.00 |
| 05/16/2022 | Services | BCCFT - Reports, Dashboards, Einstein Analytics | 1 | 36,000.00 | 36,000.00 |
| 05/16/2022 | Services | BCCDT - Levels of Access Permission by Role and Responsibility | 1 | 0.00 | 0.00 |
| 05/16/2022 | Services | BCCDT - Custom Notes Object | 1 | 24,000.00 | 24,000.00 |
| 05/16/2022 | Services | BCCDT - Check and incoming payment processing | 1 | 72,000.00 | 72,000.00 |

For questions regarding this invoice please reach out to
billing@enovational.com

**BALANCE DUE**     **$625,000.00**

Wire instructions

| | |
|---|---|
| Beneficiary account name | Enovational Corp |
| | Debtor in Posession, Case 22 00055 |
| Beneficiary Accountnumber | |
| Bank Routing Number | |
| Receiving Bank Name | Axos Bank |
| Receiving Bank Address | 4350 La Jolla Village Drive |
| | San Diego, CA 92122 |