| WORK ORDER | Work Order # | Contract # |
|---|---|---|
| Maryland State Department of Assessments & Taxation (SDAT) Cloud Revenue Integrated System (CRIS) Modernization on Maryland OneStop  (RITM0127172) | 18 | **F50B940035** |

This Work Order is issued under the provisions of the Contract. The services authorized are within the scope of services set forth in the *Purpose* of the Work Order.

## Purpose

The Maryland State Department of Assessments and Taxation (SDAT) requires the transformation of legacy mainframe applications and manual processes into a Cloud Platform, via Maryland OneStop, for the development of user-centric applications for internal and external customers. SDAT utilizes manual, paper-based business processes that shall be transferred into the Maryland OneStop to create more efficient business processes.

## Statement of Work

### Project Tasks

### Continued Work from Previous Phases

1. Ability to file multi-year applications
    1.1. HTC - More than 70-years-old user needs the ability to apply for the tax credit for the previous three years

*Included under Task 1 HTC replacement on Mainframe in Phase 5*

2. SDAT do their own Rollover
    2.1. Ability for SDAT to perform a manual "rollover" process without a contractor's support, to reflect the correct tax years on all forms and on all documents, and to update language in business letters
        2.1.1. This item is limited to: Training on configuration of forms, templates, and certificates, to be provided to SDAT employees prior to completion of the project.
    2.2. Ability to delete records older than 8 years

*Included under milestone 4 for the three forms.*

3. Homestead program
    3.1. Base form configuration, using AAVS system integration to validate property number
    3.2. Auto generation of PDF and send to Square9

*Included under Task 7 Homestead replacement on Mainframe in Phase 5*

Enovational004170

Phase 4 - RTC work to be performed and completed by May 3, 2022

The following represents work to be completed for RTC in order to meet Milestone 1, and begin UAT for the RTC functionality.

1. Creation of RTC user roles and permissions
    1.1. Custom Dashboard based upon individual role
    1.2. Assigning and reassigning of applications to process by agents
2. Viewing of RTC applications via conditional lists
    2.1. Active/Held/History
        2.1.1. Segmented and role-based access
    2.2. Filterable and sortable
3. Viewing individual RTC applications
    3.1. Editing information based upon user permissions
    3.2. Setting status based upon user permissions
    3.3. Setting and removing error codes based upon user permissions
    3.4. Setting and removing error codes based upon automated events
    3.5. Viewing of Applications of years prior by individual (RTC only)
4. Calculating the RTC Credit
    4.1. Calculator adjusts per year based upon legislation
    4.2. Calculator includes mobile home credit calculation
    4.3. Calculator can set audit decision by determining if the newly recalculated credit results in refund or increased payment
    4.4. Ability for admins to edit Calculation logic
    4.5. Ability to Admins to add new year poverty table
5. Accounts Payable and Receivable Tracking on RTC
    5.1. Payment Plan
    5.2. Automated triggers to send correspondence and route to MD Central Collections Unit
    5.3. Track individual account balance throughout history of account and apply credits or remove credit based upon balance
6. Enable Alerts and Notifications for Notes on RTC Records
    6.1. 'Tag' to an individual using standardized "@username" input which automatically triggers a notification
    6.2. Informs auditors of modifications to records
    6.3. Informs managers of staff modification of property record or application
    6.4. Allows processor to receive notifications from applicants or collaborative agency partners and save those conversations for later retrieval
7. RTC Auditing
    7.1. Front end audit check for 20% rent or income differential vs. prior year
    7.2. Enable logic for Federal Adjusted Gross Income Audit
    7.3. Random audit of 10% of records included in the recent RTC extraction
        7.3.1. 1st and 15th monthly
        7.3.2. Checks for accuracy of information in application and credit calculations
    7.4. Supervisory notification of favorable audit decision resulting in increased payment to citizen
8. RTC Data Migration

      8.1.      Migrating RTC Data from the CICS to OneStop Admin Portal
      8.2.      Including up to 7 years of legacy data stored on CICS (2014)
9.    RTC Reports
      9.1.      RTC Extraction
          9.1.1.      Montgomery County RTC Extraction
          9.1.2.      Prince George County RTC Extraction
      9.2.      Employee Analytics for use by supervisors and dashboards
10.    Client Communication on RTC
      10.1.      Automatic Extraction of correspondence, late, or denial letter to NearStar or other printing vendor
          10.1.1.      Automated Job to mark applications as denied upon late return or no return of correspondence request
      10.2.      In record citizen communications
          10.2.1.      Communicate directly with citizen: optionally replaces phone calls and emails
              10.2.1.1.      Allows for tracking of correspondence history in record
          10.2.2.      Citizen will have same ability to communicate with government through their record

Phase 4 - RTC work to be performed and completed by June 30, 2022
The following is work to be completed in order to meet Milestone 2 and launch RTC functionality into Production.

11.    RTC User Acceptance Testing (UAT)
      11.1.      Internal testing will be conducted by the contractor utilizing own staging environment.
          11.1.1.      SDAT will be able to review applicant workflow, prescreening qualifiers, and validate form questions.
      11.2.      Guided testing with SDAT stakeholders will be performed once the contractor's internal testing has been completed. The contractor will produce testing scripts to guide SDAT's stakeholders through testing.
12.    RTC Validation/Sign Off
      12.1.      At the conclusion of any UAT performed by SDAT, the SDAT team will validate and sign off on functionality tested within UAT
13.    RTC Training and Help Documentation
      13.1.      Virtual training sessions for SDAT stakeholders with updated user documentation

Phase 5 - HMST work to be performed and completed by August 30, 2022
The following represents work to be completed for HMST in order to meet Milestone 3, begin UAT for the HMST functionality, and launch HMST.

1.    Homestead replacement on Mainframe
      1.1.      HMST form (note: HMST is not aligned with a calendar year)
      1.2.      Clerk entry of HMST form
      1.3.      Pulling in data from Square 9 of Wells Fargo derived applications to prepopulate drafts for clerks to enter
2.    Creation of HMST user roles and permissions
      2.1.      Custom Dashboard based upon individual role

2.2. Assigning and reassigning of applications to process by agents
3. Viewing of HMST applications via conditional lists
    3.1. Active/Held/History
        3.1.1. Segmented and role-based access
        3.1.2. Filterable and sortable
4. Viewing individual applications (HMST)
    4.1. Editing information based upon user permissions
    4.2. Setting status based upon user permissions
    4.3. Setting error codes based upon user permissions
    4.4. Setting error codes based upon automated events
    4.5. View by Property Account Number for prior years
5. Notes on HMST
    5.1. Ability to take notes on an application
    5.2. Ability to "tag" an internal user to bring their attention to a note on a record or application
    5.3. Update improvement for HMST, filtering of notes by type and chronological sorting
6. Auditing HMST
    6.1. MVA Audit- (HMST)
    6.2. Military Audit -(HMST)
    6.3. HMST Audit - (HMST)
    6.4. Supervisory notification of favorable audit decision resulting in increased payment to citizen
7. Integrations HMST
    7.1. AAVS
        7.1.1. Pulling of data points for HMST processing
        7.1.2. Posting to AAVS upon approval or denial of HSMT to reflect on public record
    7.2. IRS Data (HMST)
        7.2.1. Storing IRS/ FTI data in a Siloed S3 bucket on AWS for IRS 1075 compliance
        7.2.2. Building a custom API comparison
        7.2.3. Building Validation interface
8. HMST Data Migration
    8.1. Migrating HMST from the CICS to OneStop Admin Portal
        8.1.1. Including all data for HMST
9. HMST Reports
    9.1. Calculation report per district per county
    9.2. Employee Analytics for use by supervisors and dashboards
    9.3. Redemption report
10. Client Communication HMST
    10.1. Sending of correspondence, late, or denial letter to NearStar or other printing vendor
        10.1.1. Automated Job to mark applications as denied upon late return or no return of correspondence request
    10.2. In record citizen communications
        10.2.1. Communicate directly with citizen: optionally replaces phone calls and emails
            10.2.1.1. Allows for tracking of correspondence history in record
        10.2.2. Citizen will have same ability to communicate with government through their record

11. HMST User Acceptance Testing (UAT)
    11.1. Internal testing will be conducted by the contractor utilizing own staging environment.
        11.1.1. SDAT will be able to review applicant workflow, prescreening qualifiers, and validate form questions.
    11.2. Guided testing with SDAT stakeholders will be performed once the contractor's internal testing has been completed. The contractor will produce testing scripts to guide SDAT's stakeholders through testing.
12. HMST Validation/Sign Off
    12.1. At the conclusion of any UAT performed by SDAT, the SDAT team will validate and sign off on functionality tested within UAT
13. HMST Training and Help Documentation
    13.1. Virtual training sessions for SDAT stakeholders with updated user documentation

Phase 6 - HTC work to be performed and completed by August 30, 2022

The following represents work to be completed for HTC in order to meet Milestone 3, and begin UAT for the HTC functionality.

1. HTC replacement on Mainframe
    1.1. HTC forms for 2022, 2021, 2020, 2019, with age constraints on prior years
    1.2. Clerk entry of HTC form
    1.3. Pulling in data from Square 9 of mailed in applications to prepopulate drafts for clerks to enter
2. Creation of HTC user roles and permissions
    2.1. Custom Dashboard based upon individual role
    2.2. Assigning and reassigning of applications to process by agents
3. Viewing of HTC applications via conditional lists
    3.1. Active/Held/History
        3.1.1. Segmented and role-based access
        3.1.2. Filterable and sortable
4. Viewing individual applications (HTC)
    4.1. Editing information based upon user permissions
    4.2. Setting status based upon user permissions
    4.3. Setting error codes based upon user permissions
    4.4. Setting error codes based upon automated events
    4.5. View by Property Account Number for prior years
5. HTC Calculating Credit
    5.1. Calculator adjusts per year based upon legislation per county, municipality, ad valorem, districts and supplemental credits for HTC
    5.2. Calculator can set audit decision by determining if the newly recalculated credit results in refund or increased payment for HTC
    5.3. History of calculations and recalculations in their own area on the record view for HTC
6. Accounts Payable and Receivable Tracking on HTC
    6.1. Payment Plan
    6.2. Automated triggers to send correspondence and route to MD Central Collections Unit

    6.3.    Track individual account balance throughout history of account and apply credits or remove credit based upon balance

7. Notes on HTC
    - 7.1. Ability to take notes on an application
    - 7.2. Ability to "tag" an internal user to bring their attention to a note on a record or application
    - 7.3. Update improvement for RTC & New for HTC, HMST, filtering of notes by type and chronological sorting
8. Auditing on HTC
    - 8.1. Front end audit check for 20% income differential vs. prior year (HTC)
    - 8.2. Enable logic for Federal Adjusted Gross Income Audit (HTC)
    - 8.3. Transfer audit (HTC) - viewable only by program managers & Supervisors
    - 8.4. Random audit of defined percentage of records (HTC)
        - 8.4.1. Checks for accuracy of information in application and credit calculations
    - 8.5. Supervisory notification of favorable audit decision resulting in increased payment to citizen
9. Integrations
    - 9.1. AAVS
        - 9.1.1. Pulling of data points for HTC processing
        - 9.1.2. Posting of data points to AAVS upon approval or denial of HTC to reflect on public record
10. HTC Data Migration
    - 10.1. Migrating HTC Data from the CICS to OneStop Admin Portal
        - 10.1.1. Including up to 7 years of legacy data stored on CICS for HTC
11. HTC Reports
    - 11.1. HTC Calculation report & Data file automatically extracted on 1st and 3rd Fridays Monthly
        - 11.1.1. Calculation report per district per county
    - 11.2. Employee Analytics for use by supervisors and dashboards
    - 11.3. Redemption report
12. Third Party Users
    - 12.1. Setting up accounts with no edit or action access for:
        - 12.1.1. Maryland Central Collections Unit
        - 12.1.2. PTABB (appeals board)
        - 12.1.3. Maryland Tax Court
    - 12.2. County representative ability to upload new tax rates
        - 12.2.1. Form to be filled by specific individuals which is reviewed by SDAT Admins to update the calculation rates for 2022, and for the following years at the correct time.
13. Client Communication on HTC
    - 13.1. Automatic Extraction of correspondence, late, or denial letter to NearStar or other printing vendor
        - 13.1.1. Automated Job to mark applications as denied upon late return or no return of correspondence request
    - 13.2. In record citizen communications
        - 13.2.1. Communicate directly with citizen: optionally replaces phone calls and emails
            - 13.2.1.1. Allows for tracking of correspondence history in record
        - 13.2.2. Citizen will have same ability to communicate with government through their record

Phase 6 - HTC work to be performed and completed by February 3, 2023

The following represents the work to be completed in order to meet Milestone 4 and launch HTC functionality into Production.

14. HTC User Acceptance Testing (UAT)
    14.1. Internal testing will be conducted by the contractor utilizing own staging environment.
        14.1.1. SDAT will be able to review applicant workflow, prescreening qualifiers, and validate form questions.
    14.2. Guided testing with SDAT stakeholders will be performed once the contractor's internal testing has been completed. The contractor will produce testing scripts to guide SDAT's stakeholders through testing.
15. HTC Validation/Sign Off
    15.1. At the conclusion of any UAT performed by SDAT, the SDAT team will validate and sign off on functionality tested within UAT
16. HTC Training and Help Documentation
    16.1. Virtual training sessions for SDAT stakeholders with updated user documentation

## Additional Documentation Deliverables

In accordance with State of Maryland System Development Life Cycle (SDLC) (https://doit.maryland.gov/SDLC/Pages/agile-sdlc.aspx), the contractor will work with SDAT and DoIT to iteratively deliver the documents outlined in the SDLC on a Sprint by Sprint basis (as applicable) prior to and no later than system go-live. The final version of all deliverables will be submitted to DoIT's Enterprise Program Management Office (EPMO) and the SDAT CIO. The final version will contain information pertaining to RTC, HTC, and HMST combined.

## Schedule Lag Risk & Mitigation

To mitigate the risk associated with lag between major activities exceeding 30 calendar days, the contractor will discretionarily reduce resource allocation and pause all scheduled meetings to include Sprint meetings and scheduled progress updates as necessary. Schedule lag is known and planned for the period after development is complete for HTC and before UAT is set to begin. If unplanned lag materializes, the contractor will notify SDAT ten (10) working days in advance with a duration of the pause.

## Key Personnel

To mitigate continuity risks associated with releasing contractor resources during periods of schedule lag, the contractor identifies Davina Phouthakoun as Key Personnel. While employed with the contractor, Ms. Phouthakoun will not be removed from the contract during the lag periods without prior notification of 10 working days to SDAT. This Key Personnel provision only applies to substitutions during the lag period and should be construed to mean the duration of the contract.

## Sprint Schedule

The RTC and HTC/HMST tasks outlined in the LOE tables represent interconnected and overlapping system features. In accordance with the DoIT Agile methodology, the tasks will be conducted iteratively where a percentage of the features will be delivered in three-week Sprint intervals. An initial sprint plan will be included in the Project Management Plan. Additionally, the contractor will provide SDAT milestone progress by presenting the following artifacts in alignment with the Sprint cycles:

- Start of each Sprint: Sprint backlog stating the activities planned for the Sprint.*
- End of each Sprint: Conduct Sprint Review demonstration of the work completed and stating the activities accomplished during the Sprint using the current report documentation in place. Additionally, the configuration output of the Sprint will be available to SDAT employees in a testing environment for ad-hoc, unstructured, "sandbox," testing.*
- A monthly report will be provided and is due by the 9th of each month to the SDAT Project Manager. In the event that the 9th day of the month falls on a holiday or weekend, the monthly report will be provided on the next business day.*
- A weekly report will be provided by the close of business every Friday.*

*Reporting will be provided during periods when the project is active, and not provided when there are schedule lags.*

## Operations & Support

The contractor team will simultaneously support issues resolution for systems that have been launched and new configuration and development. A 10% capacity per sprint will be reserved for issues resolution. If that capacity is exceeded, there may be an impact to the project schedule. The contractor will notify SDAT if schedule delays are foreseeable in order to negotiate a tradeoff. Additionally, the contractor will outline issue prioritization and service agreements in the Project Management Plan.

## Milestone Definition of Done

The table below is a high level definition of done for the purposes of achieving the four delivery milestones. A detailed definition of done for lower levels of work such as Epics or Stories, will be included in the Project Management Plan.

| Milestone | Definition of Done |
| --- | --- |
| Milestone 1 | 1. RTC Form, workflow and certificates, present in a test environment<br>2. A subset of data migrated from CSIS to OneStop Demo environment for testing purposes |
| Milestone 2 | 1. Virtual training sessions for RTC complete<br>2. UAT for RTC completed and signed off<br>3. No priority 1 or priority 2 bugs for RTC are present in the system<br>4. Enovational QA end to end testing completed for RTC |

|  |  |
|---|---|
|  | 5. RTC Form, workflow and certificates, present in OneStop production environment<br>6. 7 years of RTC data migrated to OneStop production environment |
| Milestone 3 | 1. All HMST/HTC forms, workflows and certificates, present in OneStop Demo (aka Test) environment<br>2. A subset of HTC/HMST data migrated to OneStop Demo (aka Test) environment for testing purposes<br>3. Virtual training sessions for HMST complete<br>4. UAT for HMST completed and signed off<br>5. After UAT is complete for HMST, HMST Form, workflow and certificates, present in production environment<br>6. No priority 1 or priority 2 bugs for HMST are present in the system<br>7. Enovational QA end to end testing completed for HMST |
| Milestone 4 | 1. UAT completed for HTC and signed off<br>2. HTC Forms, workflows and certificates, present in OneStop production environment<br>3. No priority 1 or priority 2 bugs are present in the system<br>4. All HMST data migrated from CSIS to OneStop production environment<br>5. 7 years HTC data migrated from CSIS to OneStop production environment<br>6. Enovational QA end to end testing completed<br>7. HMST/HTC Form, workflows and certificates, present in OneStop production environment |

## Terms, Billing & Payments

**Assumptions**
Assumptions:  This WO/SOW is based on the following assumptions:
1. All project timelines are based upon a signed and executed SOW by June 8, 2021. Any delays to this timeline will place the project timeline at risk.
2. A formal change management process will be agreed to between SDAT and the contractor. This change management process will be followed if there are changes to project scope, schedule, and/or cost.
3. SDAT and the contractor must mutually agree on additions or changes to the project scope, milestones, or deliverables in writing.  Any documented additions or changes will not become effective and accepted until approved by the SDAT CIO or designee, the contract manager (DoIT) and the contractor.

4. All deliverables tied to invoices must include a sign-off sheet prior to payment of the vendor. The sheet should include signatures from the Product Owner (Silma Raymond), the Executive Sponsor (Corbett Webb), and the agency CIO (Thor Gibbons).
5. By signing this WO/SOW, the contractor agrees to deliver the functionality outlined within this WO/SOW unless there is a written modification which then supersedes this document.
6. In the event that the contractor and SDAT disagree on technical functionality or approach, a good faith effort will be made toward resolution. SDAT may elect to engage the DoIT Contract Manager to assist in resolving the discussion.
7. The contractor will validate requirements in a timely manner and receive approval from SDAT stakeholders prior to performing development within the system to ensure development aligns with the needs of SDAT stakeholders.
8. Requirements validation and approval should be completed in a timely manner or may result in delays to the development timeline.
9. SDAT and the contractor project team members will be available for all necessary, pre-scheduled, meetings and work sessions. SDAT project team members will provide adequate participation in terms of subject matter expertise in providing system requirements and clarification on the requirements throughout the project lifecycle to support the schedule identified to meet the project go-live.
10. If SDAT fails to provide feedback or fulfil the contractor's requests within the agreed upon timeframe, SDAT understands that this will cause an extension of the timeline for the project. This includes requests for information, user acceptance testing feedback and stakeholder meetings, among others.
11. The contractor will provide a product roadmap with Sprints clearly outlined in the project management plan which will be updated throughout the life of the project.
12. SDAT will provide commitment of funding for contractor services for this WO/SOW.
13. If additional requirements or if significant added complexity are identified during the project, SDAT understands that this will cause an extension of the timeline for this phase.
14. SDAT will designate a representative to accept all delivered functionality within scope.
15. SDAT will designate their own Q/A resource to complete user acceptance testing.
16. Project will be built upon the existing OneStop architecture.
17. User Interface (UI) congruent with the current OneStop portal.
18. Maryland OneStop system is owned by the Maryland Department of Information Technology (DoIT). All customizations of Maryland OneStop under this WO/SOW are for the SDAT project.
19. The contractor will provide resources to complete the documented scope within the specified period of performance. Team size may vary during the project lifecycle to accommodate the needs of the project.
20. SDAT CIO meetings will be captured in the Project Management Plan.
21. The contractor will comply with the contractor facing requirements of the "State of Maryland Information Technology Security Manual" version 1.2, dated June 28, 2019.

Enovational004179

22. The contractor will comply with the contractor facing requirements of IRS Publication 1075, "Tax Information Security Guidelines For Federal, State and Local Agencies" updated September 30, 2016.

## Project Milestones

This WO/SOW contains firm fixed prices for Phases 4, 5 and 6 of SDAT's CRIS Modernization project on Maryland OneStop. In the event that SDAT's requirements change during the course of this project, Contractor will: 1) Request a meeting with SDAT to discuss the reason for the change(s) in relation to the needs of SDAT; 2) Explain if additional work will be required to meet those needs; and 3) Explain if any additional costs and/or time will be incurred as a result of the change(s). After the meeting has taken place and in the event that additional work outside the scope of this WO/SOW is required, then an amendment or subsequent WO/SOW(s) will be produced by Contractor and DoIT prior to work commencing and signed off on by SDAT and DoIT.

| Milestone | Standard Met | Milestone Date |
|---|---|---|
| Milestone 1 | ● RTC tasks 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 Completed* <br> ● 80% of the RTC cost invoiced on May 3, 2022 | May 3, 2022 |
| Milestone 2 | ● RTC Tasks 11, 12, 13 Completed* <br> ● 20% of the RTC cost invoiced on June 30, 2022 | June 30, 2022 |
| Milestone 3 | ● HMST Tasks 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13 Completed* <br> ● HTC Tasks 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13 Completed* <br> ● 80% of the HTC/HMST costs invoiced on August 30, 2022 | August 30, 2022 |
| Milestone 4 | ● HTC Tasks 14, 15, 16 Completed* <br> ● 20% of the HTC/HMST costs invoiced on February 3, 2023** | February 3, 2023 |

* "Complete" will be memorialized through sign-off by SDAT on the project acceptance form.

## Breakdown of Cost by Milestones

| Continued Work from Previous Phases of Contract F50B0600028 (FFP) | Cost | Estimated Completion Date | Milestone |
|---|---|---|---|
| Ability to file multi-year applications (HTC) | $0 | 8/30/2022 | Milestone 3 |
| SDAT do their own Rollover | $0 | 8/30/2022 | Milestone 4 |
| Homestead program base form | $0 | 8/30/2022 | Milestone 3 |
| **Continued Work from Previous Phases TOTAL** | **$0** | | |

| Phase 4 of Work Order 12 of Contract F50B0600028 (FFP) | Cost | Estimated Completion Date | Milestone |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Creation of RTC user roles and permissions, Viewing of RTC applications via conditional lists, Viewing individual RTC applications | $370,900 | 5/3/2022 | Milestone 1 |
| Calculating the RTC Credit and Accounts Payable, Receivable Tracking on RTC, Enable Alerts and Notifications for Notes on Records, Client Communication on RTC | $350,000 | 5/3/2022 | Milestone 1 |
| RTC Reports | $205,000 | 5/3/2022 | Milestone 1 |
| RTC Auditing | $205,000 | 5/3/2022 | Milestone 1 |
| RTC User Acceptance Testing (UAT) | $75,096 | 6/30/2022 | Milestone 2 |
| RTC Training and Help Documentation | $25,000 | 6/30/2022 | Milestone 2 |
| RTC Data Migration (July 2022) | $189,000 | 5/3/2022 | Milestone 1 |
| **PHASE 4 TOTAL** | **$1,419,996** | | |

| Phase 5 and 6 of Work Order 12 of Contract F50B0600028 (FFP) | Cost | Estimated Completion Date | Milestone |
|---|---|---|---|
| Client Communication on HTC and HMST | $215,072 | 8/30/2022 | Milestone 3 |
| Creation of user roles and permissions, Third Party Users, Reports, Accounts Payable and Receivable Tracking on HTC and HMST, Notes on HTC and HMST | $326,250 | 8/30/2022 | Milestone 3 |
| HTC & HMST Conditional Lists for application viewing | $270,632 | 8/30/2022 | Milestone 3 |
| HTC Calculating Credit | $245,200 | 8/30/2022 | Milestone 3 |
| Integrations and Auditing on HTC and HMST | $750,000 | 8/30/2022 | Milestone 3 |
| Viewing individual applications (HTC and HMST) | $295,000 | 8/30/2022 | Milestone 3 |
| HTC & HMST User Acceptance Testing (UAT) | $75,096 | 2/3/2023 | Milestone 4 |
| HTC and HMST replacement on Mainframe, Data Migration | $629,250 | 8/30/2022 | Milestone 3 |
| HTC and HMST Data Migration | $209,750 | 8/30/2022 | Milestone 3 |
| HTC and HMST Reports | $108,750 | 8/30/2022 | Milestone 3 |
| HTC & HMST Training and Help Documentation | $25,000 | 2/3/2023 | Milestone 4 |
| **PHASES 5 and 6 TOTAL** | **$3,150,000** | | |

| | |
|---|---|
| **TOTAL ESTIMATED PROJECT COST (PHASE 4, 5 & 6)** | **$4,569,996** |

## Billing

Phase 4, 5 and 6 will be performed concurrently and therefore billed as percentage milestones when completed as outlined in the table below. Unless earlier terminated, the period of performance extends from the date of the last signature below through completion of all tasks. This WO/SOW may be amended, modified

or extended upon the mutual agreement of the Parties. No amendment, modification or extension of this WO/SOW will be binding unless it is in writing and executed by the Parties.

|  | May 3, 2022 | June 30, 2022 | August 30, 2022 | February 3, 2023 |  |
|---|---|---|---|---|---|
|  | **Milestone 1** | **Milestone 2** | **Milestone 3** | **Milestone 4** | **Total** |
| RTC | $1,121,915 | $298,081 | $0 | $0 | **$1,419,996** |
| HTC/HMST | $0 | $0 | $2,531,420 | $618,580 | **$3,150,000** |
| Total | **$1,121,915** | **$298,081** | **$2,531,420** | **$618,580** | **$4,569,996** |

This WO/SOW is between two Agencies of the State of Maryland and the contractor. DoIT will leverage its existing contract with the contractor to facilitate the work outlined within this WO/SOW. Contractor will invoice SDAT as otherwise provided under the Contract by delivering invoices to: SDAT designee. Payment for the services provided within this WO/SOW will be made by SDAT directly to the contractor as otherwise provided under the Contract. Contractor waives any rights it may have against DoIT under the Contract in connection with the performance of this WO/SOW and SDAT and Contractor agree that any disputes regarding the performance of this WO/SOW shall be disputes solely between them. DoIT will not be responsible for the creation of a purchase order, review of invoices, or payment processing. Any disputes regarding deliverables or remittance will need to be resolved between SDAT and the contractor.

| Start Date: | June 17, 2021 | End Date: | February 3, 2023 |
|---|---|---|---|

Cost Total: $4,569,996

|  | Description for Task / Deliverables | Quantity (if applicable) | Labor Hours (Hrs.) | Labor Rate | Estimate Total |
|---|---|---|---|---|---|
| 1. | RTC tasks 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 Completed*  80% of the RTC cost invoiced on May 3, 2022 | N/A | N/A | N/A | $1,121,915 |
| 2. | RTC Tasks 11, 12, 13 Completed* | N/A | N/A | N/A | $298,081 |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   | 20% of the RTC cost invoiced on June 30, 2022 |   |   |   |   |
| 3. | HMST Tasks 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13 Completed*  HTC Tasks 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13 Completed*  80% of the HTC/HMST costs invoiced on August 30, 2022 | N/A | N/A | N/A | $2,531,420 |
| 4. | HTC Tasks 14, 15, 16 Completed*  20% of the HTC/HMST costs invoiced on February 3, 2023** | N/A | N/A | N/A | $618,580 |
|   | Total |   |   |   | $4,569,996 |

* "Complete" will be memorialized through sign-off by SDAT on the project acceptance form.

| Contractor | Agency Approval |
|---|---|
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯   Jun 16, 2021 | *Lance Schine -DoIT- (Jun 16, 2021 12:50 CDT)*   Jun 16, 2021 |
| (Signature)   Contractor Authorized Representative     (Date) | (Signature)   Contract Manager (Date) |

| POC | Chum Chancharadeth | Contract Manager | Lance Schine |
|---|---|---|---|
| Telephone No. | *301.538.2134* | Telephone No. | *443-970-7743* |
| E-mail: | *chum@enovational.com* | E-mail: | *lance.schine@maryland.gov* |

| Agency Approval | |
|---|---|
| *Thor Gibbons* | Jun 16, 2021 |
| (Signature)   MD Department of Assessments & Taxation | (Date) |
| Chief Information Officer | Thor Gibbons |
| Telephone No. | *410-767-1134* |
| E-mail: | *thor.gibbons@maryland.gov* |

# SDAT CRIS Modernization Project Work Order 18_Phase 4-5-6_v.2_June 16 2021

Final Audit Report 2021-06-16

| | |
|---|---|
| Created: | 2021-06-16 |
| By: | Betsy Jackson (Betsy.Jackson@maryland.gov) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA4aBA65Cw0k3knF4VDQ1nU5qqdJp4byg3 |

## "SDAT CRIS Modernization Project Work Order 18_Phase 4-5-6_v.2_June 16 2021" History

- Document created by Betsy Jackson (Betsy.Jackson@maryland.gov)
  2021-06-16 - 4:10:55 PM GMT- IP address: 100.16.96.212

- Document emailed to Thor Gibbons (thor.gibbons@maryland.gov) for signature
  2021-06-16 - 4:12:49 PM GMT

- Email viewed by Thor Gibbons (thor.gibbons@maryland.gov)
  2021-06-16 - 4:14:01 PM GMT- IP address: 66.102.8.1

- Document e-signed by Thor Gibbons (thor.gibbons@maryland.gov)
  Signature Date: 2021-06-16 - 4:15:10 PM GMT - Time Source: server- IP address: 167.102.9.82

- Document emailed to Chum Chancharadeth (chum@enovational.com) for signature
  2021-06-16 - 4:15:12 PM GMT

- Email viewed by Chum Chancharadeth (chum@enovational.com)
  2021-06-16 - 4:44:30 PM GMT- IP address: 173.73.68.224

- Document e-signed by Chum Chancharadeth (chum@enovational.com)
  Signature Date: 2021-06-16 - 4:45:18 PM GMT - Time Source: server- IP address: 173.73.68.224

- Document emailed to Lance Schine -DoIT- (lance.schine@maryland.gov) for signature
  2021-06-16 - 4:45:20 PM GMT

- Email viewed by Lance Schine -DoIT- (lance.schine@maryland.gov)
  2021-06-16 - 4:45:24 PM GMT- IP address: 74.125.212.9

- Document e-signed by Lance Schine -DoIT- (lance.schine@maryland.gov)
  Signature Date: 2021-06-16 - 5:50:48 PM GMT - Time Source: server- IP address: 209.240.237.162



Enovational004185

✅ Agreement completed.
2021-06-16 - 5:50:48 PM GMT

Adobe Sign

Enovational004186