

**Maryland**
DEPARTMENT OF
ASSESSMENTS AND TAXATION

- **Implementation of role-based access for RTC: Role-based access will be developed for all internal users as well as third-party users** who will need to access records within the system. Each role will be assigned by the administrator, with permission to view/modify/delete/approve records based upon the level of the role. Additionally, **custom dashboards** will be made available based upon an assigned role and records can be assigned to individual users based upon role to allow for changes in an individual's workload or need.

| Task | Silma Raymond | Thor Gibbons | Corbett Webb |
|---|---|---|---|
| Role-based access: by internal users | ✓ | ✓ | ✓ |
| Role-based access: by third party users | ✓ | ✓ | ✓ |
| Roles assigned by administrator with permissions to view records | ✓ | ✓ | ✓ |
| Roles assigned by administrator with permissions to modify records | ✓ | ✓ | ✓ |
| Roles assigned by administrator with permissions to delete records | ✓ | ✓ | ✓ |
| Custom dashboards by assigned role | ✓ | ✓ | ✓ |
|    Administrator | ✓ | ✓ | ✓ |
|    Internal Users | ✓ | ✓ | ✓ |
|    3rd Party Users | ✓ | ✓ | ✓ |
| Records assignment – based on role | ✓ | ✓ | ✓ |
| Notes - internal | ✓ | ✓ | ✓ |

Enovational004193



- **Updates to views of current and previous applications for RTC:** The ability to **view historic applications by an individual and within a conditional list** based upon the application's status of **Active, Held, or Historic** will be developed. These views will be **role-based, sortable, and filterable**.
The ability to **edit, set status, and set error codes** based upon user permissions as well as **automatically generate an error code when triggered by a predefined event** will be implemented.

| Task | Silma Raymond | Thor Gibbons | Corbett Webb |
|---|---|---|---|
| Application Lists: | ✓ | ✓ | ✓ |
|    Active | ✓ | ✓ | ✓ |
|    Held | ✓ | ✓ | ✓ |
|    Archived | ✓ | ✓ | ✓ |
|    Role-based | ✓ | ✓ | ✓ |
|    Sortable | ✓ | ✓ | ✓ |
|    Filterable | ✓ | ✓ | ✓ |
| By User Roles: | ✓ | ✓ | ✓ |
|    Edit | ✓ | ✓ | ✓ |
|    Set Status | ✓ | ✓ | ✓ |
|    Set Error Codes | ✓ | ✓ | ✓ |
| By System: | ✓ | ✓ | ✓ |
|    Auto-generate error code by predefined event | ✓ | ✓ | ✓ |

Enovational004194



- **Calculator for RTC:** The **calculator will include the ability for administrators to edit the calculation logic, add new poverty tables based upon year, and adjust the calculations for newly enacted legislation.** Additionally, the **mobile home credit calculation** will be included. The calculator will also have the ability to **determine if an audit is necessary based upon newly recalculated credits** resulting in a **refund or increased payment** to an individual.

| Task | Silma Raymond | Thor Gibbons | Corbett Webb |
|---|---|---|---|
| Calculator. Administrators can: | ✓ | ✓ | ✓ |
|    Edit the calculation logic | ✓ | ✓ | ✓ |
|    Add Poverty Tables by year | ✓ | ✓ | ✓ |
|    Adjust calculations for newly enacted legislation | ✓ | ✓ | ✓ |
| Mobile Home Credit Calculations | ✓ | ✓ | ✓ |
| Determine if an audit is necessary for: Refund | ✓ | ✓ | ✓ |
| Determine if an audit is necessary for: Increased Payment | ✓ | ✓ | ✓ |

Enovational004195



- **Accounts payable/accounts receivable tracking for RTC:** The ability for a **citizen** to set up a **payment plan for moneys owed**. The functionality will include **automatic notifications** which can be triggered by configurable criteria. In the event of sustained delinquency, applicant records can **alert 3rd-party users** such as the Maryland Central Collections Unit. Users will also be able to view and track the account balance of a record or individual throughout the history of the account and make modifications, such as the addition or removal of credit based upon balance.

| Task | Silma Raymond | Thor Gibbons | Corbett Webb |
|---|---|---|---|
| Accounts Payable/Receivable Tracking | ✓ | ✓ | ✓ |
| Citizen can set up a payment plan | ✓ | ✓ | ✓ |
| Automatic Notifications with triggers | ✓ | ✓ | ✓ |
| Alert 3rd Party Users (i.e., Maryland Central Collections Unit) | ✓ | ✓ | ✓ |
| Account Balance Tracking by Record | ✓ | ✓ | ✓ |
| w/ modifications possible | ✓ | ✓ | ✓ |
| Addition of credit | ✓ | ✓ | ✓ |
| Removal of credit | ✓ | ✓ | ✓ |
| Account Balance Tracking by Individual | ✓ | ✓ | ✓ |
| w/ modifications possible | ✓ | ✓ | ✓ |
| Addition of credit | ✓ | ✓ | ✓ |
| Removal of credit | ✓ | ✓ | ✓ |

Enovational004196



**Maryland**
DEPARTMENT OF
ASSESSMENTS AND TAXATION

- **Auditing introduction for RTC:** Enabling of **front-end audit checks** based upon a **20% difference in rent or income from a prior filing year, setting up the logic to run Federal Adjusted Gross Income Audits, and automating a random audit of 10% of records pulled from the most recent RTC data extraction that occurs monthly on the 1st and 15th. Supervisory notification** of audit decisions that result in an increased or decreased payment will be enabled.

| Task | Silma Raymond | Thor Gibbons | Corbett Webb |
|---|---|---|---|
| Audit | ☑ | ☑ | ☑ |
| Front-end checks | ☑ | ☑ | ☑ |
|    20% difference in rent from prior filing year | ☑ | ☑ | ☑ |
|    20% difference in income from prior filing year | ☑ | ☑ | ☑ |
| Logic for Federal AGI Audit | ☑ | ☑ | ☑ |
| Random audit of 10% records pulled monthly 1st and 15th | ☑ | ☑ | ☑ |
| Supervisory notification of audit decisions by | ☑ | ☑ | ☑ |
|    increased payment | ☑ | ☑ | ☑ |
|    decreased payment | ☑ | ☑ | ☑ |

Enovational004197



- ~~**Reporting for RTC:** Reporting for RTC will be an **extraction of data, on the 1st and 15th** of each month, with further granularity based on the **Montgomery and Prince George County** RTC Extractions. An employee **analytics reporting feature and related dashboards** will be made available which can be used by supervisors to **generate metrics for individual employees and groups**.~~

| ~~Task~~ | ~~Silma Raymond~~ | ~~Thor Gibbons~~ | ~~Corbett Webb~~ |
|---|---|---|---|
| ~~Reporting~~ | ☐ | ☐ | ☐ |
| ~~Ability to extract data:~~ | ☐ | ☐ | ☐ |
| ~~Monthly on the 1st~~ | ☐ | ☐ | ☐ |
| ~~Monthly on the 15th~~ | ☐ | ☐ | ☐ |
| ~~Specialty Reports for:~~ | ☐ | ☐ | ☐ |
| ~~Montgomery County~~ | ☐ | ☐ | ☐ |
| ~~Prince George's County~~ | ☐ | ☐ | ☐ |
| ~~Analytics~~ | ☐ | ☐ | ☐ |
| ~~Dashboards~~ | ☐ | ☐ | ☐ |
| ~~Metrics generation by:~~ | ☐ | ☐ | ☐ |
| ~~Employees~~ | ☐ | ☐ | ☐ |
| ~~Groups~~ | ☐ | ☐ | ☐ |

Enovational004198



- **Notation for RTC:** Alerts and notifications will trigger when a **record** is modified with a **note**, allowing auditors, applicants, and processors to store information and receive **notice of changes or next steps** on relevant records. Individual users will be able to be "**tagged**" in a particular note to bring this modification to their attention.

| Task | Silma Raymond | Thor Gibbons | Corbett Webb |
|---|---|---|---|
| Record Notation(s) | ☑ | ☑ | ☑ |
| Alerts/Notifications | ☑ | ☑ | ☑ |
| Auditors | ☑ | ☑ | ☑ |
| Applicants | ☑ | ☑ | ☑ |
| Processors | ☑ | ☑ | ☑ |
| Supervisors | ☑ | ☑ | ☑ |
| Administrators | ☑ | ☑ | ☑ |
| Notice of Changes/Next Steps – on relevant records | ☑ | ☑ | ☑ |
| Tagging | ☑ | ☑ | ☑ |

Enovational004199

**Maryland**
DEPARTMENT OF ASSESSMENTS AND TAXATION

- ~~Client Communications Capabilities for RTC: Improved digital customer experience~~ will be enabled with a ~~single portal for communication between the government and the applicant. Applicants will be able to find information and ask questions~~ related to their application. ~~Auditors and processors will be able to reach out~~ to an applicant for clarifying information ~~without the need of email or phone calls~~. This will allow for ease of case hand-off and will expedite processing times. The ~~data files representing RFI letters, late response letters, or denial letters will be extracted and sent to NearStar or another printing vendor~~. Applications can be ~~automatically denied~~ based upon late or incomplete return of correspondence requests.

| ~~Task~~ | ~~Silma Raymond~~ | ~~Thor Gibbons~~ | ~~Corbett Webb~~ |
|---|---|---|---|
| ~~Improved Digital Customer Experience~~ | ☐ | ☐ | ☐ |
| ~~Communication Portal~~ | ☐ | ☐ | ☐ |
| ~~Single Portal for Communication for SDAT and Applicant~~ | ☐ | ☐ | ☐ |
| ~~Applicant Search Features (to find information)~~ | ☐ | ☐ | ☐ |
| ~~Applicant can ask questions related to their application~~ | ☐ | ☐ | ☐ |
| ~~Auditor outreach can be conducted~~ | ☐ | ☐ | ☐ |
| ~~Processor outreach can be conducted~~ | ☐ | ☐ | ☐ |
| ~~Data File Extraction of Letters/Correspondence:~~ | ☐ | ☐ | ☐ |
| ~~RFI~~ | ☐ | ☐ | ☐ |
| ~~Late Response~~ | ☐ | ☐ | ☐ |
| ~~Denial~~ | ☐ | ☐ | ☐ |
| ~~Automatic Denial~~ | ☐ | ☐ | ☐ |
| ~~Transmittal~~ | ☐ | ☐ | ☐ |
| ~~Can send to NearStar~~ | ☐ | ☐ | ☐ |
| ~~Can send to Other Printing Vendor (if previously identified)~~ | ☐ | ☐ | ☐ |

Enovational004200



- **Data migration from the CICS Mainframe for RTC:** **Data** from the CICS Mainframe will be **migrated to the OneStop Administration Portal**. This will include data, from the time of transfer, the previous 7 years. All data will be secured in the OneStop Admin Portal, which is hosted on the Amazon Web Services cloud.

~~Per the definition of done in the June 2021 Executed SOW, only a subset of data up to 7 years is~~ due by the end of Milestone 1 (dated updated per the Change Request - June 30, 2022).

Data Migrated as of Milestone 1:

| Task | Silma Raymond | Thor Gibbons | Corbett Webb |
|---|---|---|---|
| Subset up to 7 years | ☑ | ☑ | ☑ |
| All data | ☑ | ☑ | ☑ |
| Date data dates back to 1999 | ☑ | ☑ | ☑ |
| Has all data for RTC been cleansed | ☑ | ☑ | ☑ |
| Yes | ☑ | ☑ | ☑ |
| No | ☑ | ☑ | ☑ |

Enovational004201



Signature asserts that the scope is accepted as delivered.

| Thor Gibbons | *Thor Gibbons* | June 28, 2022 |
|---|---|---|
| Name | Signature | Date Signed |

SDAT Technical Representative

| Silma Raymond | *Silma Raymond* (Jun 29, 2022 10:34 EDT) | Jun 29, 2022 |
|---|---|---|
| Name | Signature | Date Signed |

SDAT Business Representative

| Corbett Webb | *corbett webb* | Jun 29, 2022 |
|---|---|---|
| Name | Signature | Date Signed |

SDAT Executive Representative

Enovational004202

# Milestone 1 SIgn-Off (partial)

Final Audit Report                                                                                           2022-06-29

| | |
|---|---|
| Created: | 2022-06-28 |
| By: | Thor Gibbons (thor.gibbons@maryland.gov) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAGS_Fnb7rNBj39NCm26imlw24dUxH8TMj |

## "Milestone 1 SIgn-Off (partial)" History

- Document created by Thor Gibbons (thor.gibbons@maryland.gov)
  2022-06-28 - 4:40:52 PM GMT- IP address: 167.102.9.82

- Document emailed to corbett webb (corbett.webb@maryland.gov) for signature
  2022-06-28 - 4:42:19 PM GMT

- Email viewed by corbett webb (corbett.webb@maryland.gov)
  2022-06-28 - 4:42:24 PM GMT- IP address: 66.102.8.226

- Document e-signed by corbett webb (corbett.webb@maryland.gov)
  Signature Date: 2022-06-29 - 2:19:37 PM GMT - Time Source: server- IP address: 167.102.9.82

- Document emailed to Silma Raymond (silma.raymond@maryland.gov) for signature
  2022-06-29 - 2:19:40 PM GMT

- Email viewed by Silma Raymond (silma.raymond@maryland.gov)
  2022-06-29 - 2:34:28 PM GMT- IP address: 66.102.8.239

- Document e-signed by Silma Raymond (silma.raymond@maryland.gov)
  Signature Date: 2022-06-29 - 2:34:57 PM GMT - Time Source: server- IP address: 167.102.9.82

- Agreement completed.
  2022-06-29 - 2:34:57 PM GMT

Maryland DEPARTMENT OF ASSESSMENTS AND TAXATION    Powered by Adobe Acrobat Sign                                                              Enovational004203