| WORK ORDER | Work Order # | Contract # |
|---|---|---|
| Maryland Department of Agriculture (MDA) Modernization | MDA-E29-2 | F50B0600028 |

This Work Order is issued under the provisions of the Contract. The services authorized are within the scope of services set forth in the *Purpose* of the Work Order.

## Purpose

This Work Order is for continued phasing of the Maryland Department of Agriculture's modernization project. The project is currently in year three of development and implementation for Maryland's Department of Agriculture's licensing and permitting applications using the Maryland OneStop and Salesforce platforms.

## Statement of Work

Requirements:

# 1. Scope

This Work Order includes all of the activities which Enovational performed between February 1, 2022 through June 30, 2022 across the MDA programs listed in Sections 1.1 and 1.2.

## 1.1 Project Development & Go-Live

Enovational will provide onboarding, project development, implementation, and go-live services for the below listed projects for the period between February 1, 2022 - June 30, 2022. The specific services are dependent upon where within the project implementation cycle each program is.

Programs
1. Turf and Seed
2. Nutrient Management Program
3. Farmer's Market Programs
4. Plant Protection & Weed Management
5. Farm to Institution

## 1.2 Maintenance & Support

The programs are already in use by the public or MDA staff. To ensure continued operation, Enovational will provide the maintenance and support services for programs and program components listed below:

Programs
a. Nutrient Management Air AFAR 2020 Cycle Forms and 2021 Cycle Forms -
b. Wine and Grape Commission

c. Specialty Crop Block Grant Program
d. Maryland's Best and Maryland's Best Seafood
e. Agriculture Fair Board
f. Spay & Neuter Grant Program
g. State Chemist Tonnage forms & Salesforce
h. Turf & Seed: Hemp, Sod, Small Grain, Soybean and Seedsman systems, Company database
i. Farmer's Market Nutritional Program
j. Farm to Institution Program

Deliverable(s), Acceptance Criteria and Due Date(s):

## 2. Deliverables

Enovational will produce the below list of deliverables to MDA during the period of performance associated with this work order.



**Program 1: Turf & Seed Program**
For the Turf and Seed Program, Enovational will deliver the following:

1. **Seedsman data migration into Production**
   Load the in-scope Seedman data into the Production environment

2. **UAT of all items in scope for the Hemp Research launch with MDA sign-off**
   a. Hemp Research Form - Application for a hemp research permit
   b. Hemp Production & Research Database 2.0 - Data model that stores and updates record information through mappings, triggers, and other automation
   c. Hemp Research Permit - Generated certificate for end-users to access and download.

    d.   Hemp Research Renewal Application - Form to renew Hemp research permit
    e.   Hemp Research Change of Information - Form for end-users to submit any change of information

3. **Hemp Research Launch**
    a. Hemp Research Form - Application for a hemp research permit
    b. Hemp Production & Research Database 2.0 - Data model that stores and updates record information through mappings, triggers, and other automation
    c. Hemp Research Permit - Generated certificate for end-users to access and download.
    d. Hemp Research Renewal Application - Form to renew Hemp research permit
    e. Hemp Research Change of Information - Form for end-users to submit any change of information.

14 Farm Bill ("14FB") Research Application is no longer in use per the Hemp research launch.

4. **Seed Sampling data migration - Initial Steps**
    a. Produce an Entity Relationship Diagram (ERD) for Seed Sampling
    b. Create data mappings for Seed Sampling in OneStop

**Program 2: Nutrient Management Program**
For the Nutrient Management Program, Enovational will deliver the following:

1. **Data Conversion Plan for Urban**
   To include:
    a. Use cases against which data conversion testing will occur
    b. Assessment of the quality of data for those primary use cases based on data available to Enovational
    c. Data mappings
    d. Recommendations for data cleaning based on data available to Enovational
    e. ETL - Extract, Transform and Load tasks and sequence
    f. Dependencies for Ag data will be identified in this plan

The following is a list of all data migration in scope for the Nutrient Management project. The scope of the data migration plan in this work order is limited to Urban Data.
1. Annual Fertilizer Applicator Report
    a. Scope limited to the Access Database
    b. Professional Fertilizer Applicator Certification
    c. Fertilizer Business License
    d. Registered Trained Employee

2. **Integration plan for the SDAT Personal Account Number (PAN) and Watershed Codes**
    a. Integration methodology and data flow diagrams for each integration
    b. Dependencies and sequencing for each integration

3. **Demo Watershed Code Integration**
   The demonstration will use mock data.

4. **Urban Salesforce build-out UAT**
    a. Develop required objects and automations for the Fertilizer Business License and Renewal
    b. Develop required objects and automations for the Professional Fertilizer Applicator and Renewal
    c. Develop required objects and automations for the Registered Trained Employee
    d. Develop required objects and automations for Annual Fertilizer Application Report (AFAR)
    e. Develop required objects and automations for Urban Inspection Forms

**Program 3: Farmer's Market Nutritional Program - launched March 29th**
For the Farmer's Market Nutritional Program, Enovational will deliver the following:

1. **Workflow Digitization (4 forms with workflows and Database 2.0)**
    a. Farmer Application Package - Initial form for new applicants or expired farmers to the program
    b. FMNP Farmer Agreement - Form that serves as the agreement between farmers and the program
    c. Annual Farmer Information Update - Form for end-users to submit yearly once certified.
    d. Farmer Market Directory Update - Form for markets to submit any change of information.
    e. Data models that store and update record information through mappings, triggers, and other automation

2. **Migrate historical data:**
    a. Grant management historical data
    b. Registrations historical data
    c. Directory historical data

3. **Admin training guides**
    A PDF with step by step instructions for administrators to support their training and regular use of their live solution.

4. **Launch the ecosystem, i.e., public facing elements such as forms and a database for records management in Production**

5. **20 days post-go-live support**
    As described in Section 8 of *Annex 3: Project Implementation Phases*

**Program 4: Plant Protection & Weed Management Program**
For the Plant Protection & Weed Management Program, Enovational will deliver the following:

1. **Discovery and Analysis**
    a. **Nursery Program**
        i. Requirements documentation and signed-off Business Requirements Document
        ii. Business Model Canvas
        iii. High-level workflows

    b. **Ginseng program**
        i. Requirements documentation

      ii. Business Model Canvas
      iii. High-level workflow

  c. **Apiary Program**
      i. Business Model Canvas

2. **Workflow digitization (4 forms with workflows and Database 2.0)**
   a. Nursery Inspection Certificate (NIC) Application - Form to apply for a NIC license
   b. Inspection Report and Regulatory Checklist - Form for new and annual inspections completed by inspectors
   c. Condemnation Seizure - Form for inspectors to notify sites of condemnation or seizure of product
   d. Stop Sale Notice form - Form for inspectors to notify sites a requirement to stop sale
   e. Data models that store and update record information through mappings, triggers, and other automation

3. **Nursery Program Data Migration**
   a. Data analysis of the current data, what it consists of, and what may be needed to perform the data migration
   b. Data mapping into OneStop
   c. Use case tests identification
   d. Data migration into Staging
   e. UAT - use case data testing with MDA sign-off

4. **UAT of items in scope for the Plant Protection & Weed Management Nursery Program**
   a. Nursery Inspection Certificate (NIC) Application - Form to apply for a NIC license
   b. Inspection Report and Regulatory Checklist - Form for new and annual inspections completed by inspectors
   c. Condemnation Seizure - Form for inspectors to notify sites of condemnation or seizure of product
   d. Stop Sale Notice form - Form for inspectors to notify sites a requirement to stop sale
   e. Data models that store and update record information through mappings, triggers, and other automation

5. **Nursery Program Admin Dashboard**
   Custom dashboard for the following roles:
   - Program Administrator
   - Nursery Inspection Program Supervisor
   - Office Administrator
   - Inspector

   Dashboards provide quick access to My Actions, as well as the following list views:
   - Nursery Account Overview
   - NIC Application Submissions
   - Inspection Status
   - Stop Sale
   - Condemnation/Seizure

6. **Nursery Program Admin training guides**
   A PDF with step by step instructions for administrators to support their training and regular use of their live solution.

**Program 5: Farm to Institution**
For the Farm to Institution Program, Enovational will deliver the following:

1. **Workflow Digitization (2 forms with workflows and Database 2.0)**
   a. Certified Local Farm Enterprise Program Application - Initial form to capture new applicants to the program
   b. Certified Local Farm Enterprise Program Renewal Application - Renewal form user to capture updates to existing farms
   c. Certified Local Farm Enterprise Database 2.0 - Data model that stores and updates record information through mappings, triggers, and other automation

2. **Migrate historical data related to:**
   a. All historical data for Certified Local Farm Enterprise applications

3. **UAT of items in scope for Farm to Institution workflow digitization with MDA sign-off**

4. **Admin training guides**
   A PDF with step by step instructions for administrators to support their training and regular use of their live solution.

5. **Launch the ecosystem in Production**

6. **20 days post-go-live support**
   As described in Section 8 of *Annex 3: Project Implementation Phases*.

# 3. Project Timeline

### 3.1 Project Development & Go-Live Support
Enovational will provide the deliverables listed in Section 2 by June 30, 2022.

### 3.2 Project Maintenance
Enovational will provide program maintenance through February 1, 2022 through June 30, 2022 on an as requested basis for the programs listed in Section 1.2 *Maintenance & Support*.

# 4. Acceptance Criteria

### 4.1 Go-Live

- All formally documented requirements have been developed for the application, and/or feature gaps have been formally accepted in the backlog by the MDA Product Owner.

- All user acceptance tests have passed with formal documentation of test status.
- If applicable, data has been migrated and validated for the formally agreed upon data mappings in the agreed upon testing environment.
- If applicable, data integrations have been proven capable of functioning using the agreed upon testing methods and environments.

**4.2 User Acceptance Testing**

- All formally documented requirements have been developed for the application, and/or feature gaps have been formally accepted in the backlog by the Product Owner.
- All user acceptance tests with mock or real data have passed with formal documentation of test status.

**4.3 Standards for Proof of Acceptance**

For key stages within the project implementation cycle, the MDA Product Owner or appropriate MDA employee will provide Enovational with documentation which will serve as proof of acceptance of product for the corresponding milestone achieved. Acceptable standards of proof are delineated in Annex 2 - *Standards for Milestone Proof of Acceptance*.

By providing the proof of acceptance, MDA is acknowledging acceptability of the product up to that point in the project implementation cycle.

# 5. Assumptions

This Work Order is based on the following assumptions:

- Any approval for contract extension must be approved by DoIT.
- If the MDA Product Owner fails to provide feedback or fulfill Enovational's requests within the agreed upon timeframes, MDA understands that this may cause an extension of the timeline. This includes requests for information, providing required access, sign-offs, feedback, meeting attendance, among others.
- Solutions will be built upon the existing MD OneStop architecture and, where specified, the existing Salesforce and syncforce architecture.
- The MDA Product Owner will function as a day-to-day project manager that facilitates communication, makes program-level decisions and resolves issues within their MDA program.
- User Interface (UI) will be congruent with the current MD OneStop portal.
- The Maryland OneStop system is owned by the Maryland Department of Information Technology.
- Go-live dates are set with the Product Owner.
- The Product Owner will provide deliverable sign off or provide concrete reasons to withhold product sign off within two weeks of receiving request for deliverable acceptance.

# 6. Exclusions

- This work order does not include data cleaning. MDA is responsible for providing Enovational with clean data before and/or after loading.

- This work order does not include forms, workflows, licenses, certifications, data models, reports or dashboards, migrations or integrations not identified in the work order. Additional scope will be handled through a formal change control process, or in a future work order.
- Enovational uses built-in security features for OneStop and Salesforce environments. Enovational is not responsible for security outside of these environments.

## 7. Cost Breakdown

Pricing is on a per-deliverable basis for each of the Deliverables listed in Section 2 *Deliverables* as well as a flat fee of $75,000 for maintenance of the programs listed in Section 1.2 *Maintenance & Support* through the period of performance for this work order.

| Start Date | February 1, 2022 | End Date | June 30, 2022 |
|---|---|---|---|
| Cost | | | |

| | Description for Task / Deliverables | Quantity (if applicable) | Labor Hours (Hrs.) | Labor Rate | Total |
|---|---|---|---|---|---|
| 1.1 | Turf & Seed: Seedman migration to production | N/A | N/A | N/A | $10,741.86 |
| 1.2 | Turf & Seed: UAT for Hemp Research | N/A | N/A | N/A | $75,004.02 |
| 1.3 | Turf & Seed: Hemp Research Launch | N/A | N/A | N/A | $10,714.86 |
| 1.4 | Turf & Seed: Seed Sampling ERD and Data Mapping | N/A | N/A | N/A | $10,714.86 |
| 2.1 | Nutrient Management: Data Conversion Plan draft for Urban data | N/A | N/A | N/A | $40,199.20 |
| 2.2 | Nutrient Management: Integration Plan for SDAT PAN and Watershed Codes | N/A | N/A | N/A | $40,199.20 |
| 2.3 | Nutrient Management: Watershed Code Integration Demo | N/A | N/A | N/A | $160,796.79 |
| 2.4 | Nutrient Management: Salesforce Urban Data Development & UAT | N/A | N/A | N/A | $0 |

| | | | | | |
|---|---|---|---|---|---|
| 3.1 | Farmer's Market: Workflow Digitization (4 forms and Database 2.0) | N/A | N/A | N/A | $75,521.29 |
| 3.2 | Farmer's Market: Migrate Historical Data | N/A | N/A | N/A | $16,183.13 |
| 3.3 | Farmer's Market: Admin Training Guides | N/A | N/A | N/A | $5,394.38 |
| 3.4 | Farmer's Market: Launch the Ecosystem in Production | N/A | N/A | N/A | $5,394.38 |
| 3.5 | Farmer's Market: 20 days post-Go-Live support | N/A | N/A | N/A | $5,394.38 |
| 4.1 | Plant Protection & Weed Management: Discovery & Analysis (for 3 programs) | N/A | N/A | N/A | $36,016.71 |
| 4.2 | Plant Protection & Weed Management: Nursery Program workflow digitization (4 forms and Database 2.0) | N/A | N/A | N/A | $90,041.77 |
| 4.3 | Plant Protection & Weed Management: Nursery Program Data Migration | N/A | N/A | N/A | $27,012.53 |
| 4.4 | Plant Protection & Weed Management: In-Scope Nursery Program UAT | N/A | N/A | N/A | $9,004.18 |
| 4.5 | Plant Protection & Weed Management: Nursery Program Admin Dashboard | N/A | N/A | N/A | $9,004.18 |
| 4.6 | Plant Protection & Weed Management: Nursery Program Admin Training Guides | N/A | N/A | N/A | $9,004.18 |
| 5.1 | Farm to Institution: Workflow digitization (2 forms and Database 2.0) | N/A | N/A | N/A | $26,057.43 |
| 5.2 | Farm to Institution: Migrate Historical Data | N/A | N/A | N/A | $6,013.25 |
| 5.3 | Farm to Institution: In-Scope Farm to Institution UAT | N/A | N/A | N/A | $2,004.42 |
| 5.4 | Farm to Institution: Admin Training Guides | N/A | N/A | N/A | $2,004.42 |

| 5.5 | Farm to Institution: Ecosystem Launch in Production | N/A | N/A | N/A | $2,004.42 |
|---|---|---|---|---|---|
| 5.6 | Farm to Institution: 20 days post-Go-Live Support | N/A | N/A | N/A | $2,004.42 |
| 6 | Maintenance | N/A | N/A | N/A | $75,000 |
| | Total | | | | **$751,403.21** |

| Contractor | | Agency Approval | |
|---|---|---|---|
| (Signature)   Contractor Authorized Representative   (Date) | | (Signature)   Contract Manager   (Date) | |
| POC | Vlad Enache | Contract Manager | Lance Schine |
| Telephone No. | | Telephone No. | |
| E-mail: | | E-mail: | |

# Annex 1 - Support Service Levels

MDA is agreeing to the following service level agreement terms for products within the production environment for the service hours of 9 a.m. - 5 p.m., Monday - Friday.

**Priority** – the result of an issue's urgency and impact as defined by the incident matrix

**Response/Acknowledgement** – the time between an issue reported and the acknowledgement of work beginning

**Resolution** – the time between an issue reported and the successful completion of work to resolve the reported issue

A 10% capacity will be reserved for issue resolution as needed. If that capacity is exceeded, there may be an impact to the project schedule. The Product Owner will be notified if schedule delays are foreseeable.

The proposed service level agreements are based on industry standards and Enovational resources and are listed below.

| Tier | Resources | Response Time *business hours* |
|---|---|---|
| Tier 0 | Knowledge base | n/a |
| Tier 1: Service Requests | Support Team | 1 hour |
| Tier 1: Incidents | Support Team | P1: 2 hours<br>P2: 4 hours<br>P3: 6 hours<br>P4: 8 hours |
| Tier 2: Escalated Incidents & Problems | Project Team/ Development Team | P1: 2 hours<br>P2: 4 hours<br>P3: 6 hours |

*\*This excludes problems and incidents for which Enovational's service providers, Amazon Web Services and Salesforce, are responsible. Resolution ranges take into account Enovational's 9-week product development cycle for the MD OneStop Platform. Timely notification will be provided to MDA if an issue's resolution is dependent on the MD OneStop product development cycle. This excludes end-user issues arising from personal or business hardware or operating system issues that Enovational cannot resolve.*

Incident Management Prioritization

**Severity:** A measure of how long it will be until an Incident has a significant impact on the business. For example, a high Impact Incident may have low urgency, if the impact will not affect the business until the end of the financial year. Impact and urgency are used to assign priority.

When determining prioritization, it is best practice to create an incident matrix that will serve as the foundation for this practice. The incident matrix is built on two measures: urgency and impact.

**Impact:** A measure of the effect of an incident or problem on business processes. Impact is often based on how Service Levels will be affected. Impact and urgency are used to assign priority. More simply put, Impact = number of users affected.

**Urgency:** work stoppage + damage level to daily operations/business + sensitivity/stability of system

**IMPACT**

|  |  | High | Medium | Low |
|---|---|---|---|---|
| **URGENCY** | High | Priority 1 | Priority 2 | Priority 3 |
|  | Medium | Priority 2 | Priority 3 | Priority 4 |
|  | Low | Priority 3 | Priority 4 | Priority 4 |

- **Critical (1)** *Work stoppage & No alternative available — Not contained → Potential of spreading*
  Examples: Total Salesforce Outage, Total OneStop Outage, Data Loss/Corruption Stopping All Work

- **High (2)** *Work stoppage & Alternative available — contained → No potential of spreading*
  Examples: data export errors, pre-population errors, certificates not generating, data loss or corruption stopping some work (over 50% affected), no email notifications being sent, partial Salesforce or OneStop outage, form issues preventing submission, validation errors not functioning

- **Medium (P3)** *No work stoppage & No alternative available — Contained → No potential of spreading*
  Examples: exporting form error, image sizes are incorrect, administrative data entry issues

- **Low (P4)** *No work stoppage & Alternative available — Contained → No potential of spreading*
  Examples: Form or button text typo, Email content typo, Button misalignment, formatting issue, tooltips issue

*\*New scope requests will follow the formally agreed upon change request process and will not be treated as support service requests.*

Uptime
OneStop will deliver a 98% or better uptime for live MDA applications serviced in this document on a twelve (12) month basis. Live is defined as a fully delivered application in use by end-users. Uptime is defined as access to applications excluding scheduled downtime for maintenance.

OneStop servers are maintained by DoIT and in the event of an outage affecting uptime for 1 hour or greater, Enovational will provide MDA with an incident report and will work with Product Owners and DoIT to make decisions on best options for remediation.

## Annex 2 - Standards for Milestone Proof of Acceptance

The below table delineates acceptable standards for proof of acceptance of work for key milestones within the project delivery lifecycle.

| Milestone | Standard of Proof |
|---|---|
| User Acceptance Testing | Client sign off of UAT |
| Go-Live | Proof of production and published or proof of in production and ready to publish |

Enovational004464

## Annex 3 - Project Implementation Phases

Enovational conducts projects across in eight (8) phases, running concurrently across projects and repeating as required for requirements analysis and agreement.

Enovational will use a sprint-based development methodology, iteratively developing for all documented requirements, to be demonstrated and tested with MDA Product Owners during Phases 3-6 as indicated below.

1. **Discovery Phase**

The Enovational team will conduct 2 (two) updated discovery sessions per project to discuss current processes, elicit requirements and understand the business goals for the application that is to be built. Additional follow up information may be needed to clarify scope and requirements, which will take place via email or with a phone call.

The following is a standard list of artifacts that will be requested from MDA programs to assist the Enovational team with their analysis:

- Existing Forms
- Process Diagrams for Current Workflow and exceptions handling process (if separate)
- Organizational documentation or visuals (e.g., organizational charts)
- Data Privacy Plan (if applicable)
- Entity Relationship Diagram (if available)
- Strategic plan or business objectives document
- Data & Technology Systems documentation (if applicable)
- End user insights
- Other documents requested during business model canvas review and development

2. **Analysis**

The Enovational team will review the findings from Discovery to finalize the deliverables developed in that phase. Requirement prioritization and iteration sequencing will be produced.

At the conclusion, the following artifacts will be delivered to the MDA Product Owner with written approval requested.

**Artifacts that address the solution to be developed**
- Requirements documentation
- Business model canvas (BMC)
- High-level business workflow(s)

**Artifacts to kickoff the project**
- A discovery slide presentation containing information about the OneStop platform, our agile methodology, and process steps required of the Enovational team and Product Owners throughout

    the project. Additionally, the MDA modernization project schedule will be made available to Product Owners.

Failure to provide written approval of the requirements will delay the initiation of subsequent phases.

For projects in which data migration is in scope, the MDA Product Owner will ensure Enovational receives all related data and structures, a data dictionary, and integration files for the solution no more than 30 calendar days out from the start date of the Discovery and Analysis Phase.

The Product Owner will provide or require from their business technical lead answers in full to Enovational's standard technical questions.

Failure to provide technical information will delay the initiation of subsequent phases.

3. **Prototyping Phase**
- **Form Prototypes**
  The current forms used by the program listed in the **Scope** section will be digitized into OneStop and demoed during this phase.

- **Workflow Prototypes**
  The identified workflow will be diagrammed and developed in OneStop in conjunction with the form prototypes. This will provide stakeholders the opportunity to review the workflow prototypes and request changes or identify bugs or incompatibility as the project proceeds.

- **Database 2.0 Interface Prototypes**
  The records management back end will be developed in OneStop in conjunction with the form and workflow prototypes. This will provide stakeholders the opportunity to review the list view, a customized report of data, and detail view, a customized account profile, prototypes and request changes or identify bugs as the project proceeds.

- **Business Process and Rules Prototypes**
  Business logic and data validation requirements identified for each process will be added to the form and workflow, and validated with stakeholders within the workflow diagram. This will ensure the correct information is captured in the forms and that the workflow approval steps are kept in sync throughout additional development.

4. **Finalizing Phase**
- **Final Forms**
  The forms will be finalized in OneStop during this phase. The Enovational team will solicit final feedback and incorporate reasonable changes or add them to a blacklog or a change request form for future iteration considerations. A **maximum of two rounds** of form feedback are in scope for the project.

- **Final Workflow Processes and Interfaces**

Form workflows will be finalized at this time, building on the prototypes developed in the earlier stages of the project. A **maximum of two rounds** of workflow processes feedback are in scope for the project.

- **Final Database Interface 2.0**
Database 2.0, or our records management back end, will be finalized at this time, building on the prototypes developed in the earlier stages of the projects. A **maximum of two rounds** of Database 2.0 feedback are in scope for the project.

- **Final Business Process and Rules**
Business logic and data validation rules will be finalized, using feedback from the form and workflow development process since the prototyping phase.

### 5. Data Migrations Phase

Once development is completed and Enovational has received formal sign off on application development, data will be migrated as needed from the legacy system to OneStop.

The Enovational team will map the required records and their respective data fields from the legacy system into OneStop and migrate/convert the data with Enovational's chosen products to perform this service.

Enovational will review data migration results with the Product Owner and applicable stakeholders to ensure the data was successfully converted and that any required reports or data exports yield the expected results based on the converted data. It is anticipated that the confirmation of successful data conversion/migration will occur during the user acceptance testing (UAT) phase (described below) of the project.

Enovational requires an assigned technical resource from any 3rd party systems or external stakeholders involved with data migrations into OneStop, and within the MDA program to assist with questions regarding data structures, data mappings, and data use for reporting during the planned timeline for data migration. Delays in responses or insufficient information from 3rd parties or external stakeholders may cause project delays.

Extracting data
1. Identify source data - leveraging knowledge from the legacy system technical resource and product owner to ascertain the size and complexity of source data, and the security and access requirements to the data.
2. Review source data structure
3. Identify sample dataset - working with the product owner we identify the data migration acceptance criteria, defining the test scenarios / use cases, and identifying test data
4. Create temporary storage platform for test data, implementing the required security requirements

5. Update temporary storage with sample dataset
6. Validate sample dataset, which will be used to confirm the data migration process.

Transform Data
1. Create the destination data structure as we build out the new service platform
2. Working with the product owner and legacy system technical resources to compare source ("as is") data structure to destination ("to be") data structure, to ensure data consistency, and integrity
3. Write transformation scripts
4. Create the destination (demo/uat) storage platform for test data, implementing security requirements, ensuring appropriate storage and structure.
5. Update destination with sample dataset
6. User acceptance test with sample dataset - using the defined scenarios to evaluate transformation strategy and performance estimations

Load planning
1. Review user acceptance testing results
2. Schedule production migration, with estimates for extraction, transformation and loading
3. Create Load sequence / responsibilities checklist
4. Production migration plan approval

Load production data
1. Prepare production destination system
2. Export latest source data from legacy system
3. Transform and load production data
4. Load approval

### 6. Self-Guided User Acceptance Testing Phase

Once application development and data migration is completed, the Enovational team will provide testing instructions and other applicable collateral to enable MDA programs to conduct asynchronous testing, also referred to as self-guided UAT. During this phase, formal acceptance occurs. Passing of each testing item is the authoritative acceptance criteria for each application.

A **maximum of two rounds** of UAT per each test item are in scope for the project.

After any required form and workflow remediation occurs from feedback provided in either round of UAT, the Product Owner is required to provide written acceptance of the application developed on the work that has been completed within the OneStop system for their board. Failure to sign off on the completed work within 1 (one) week of UAT completion will delay subsequent phases.

### 7. Training and Training Documentation Phase

The Enovational team will provide two virtual training sessions for the Program, to include a complete list of test items. The training agenda to be approved by the Product Owner in advance. Enovational will provide training documentation in standard electronic formats used by Enovational.

### 8. Support

**Post-Go-Live Support**

Enovational will provide post-launch support for each program for 20 business days following the go-live date. This will include identifying and mitigating any defects that occur, making critical updates, and

providing technical support for issues that applicants or administrators encounter when using the application.

**Maintenance**
After the 20 business day period of post-go-live support and after four (4) concurrent weeks in which there are no reported defects, Enovation will provide maintenance services to the launched program. Specifically, this comprises:
- Maintenance of the solution in Production to resolve any occurring defects
- Maintenance communication with product owner to continue intake of new requirements for the backlog
- Maintenance communication with product owners regarding new releases, provide solution testing prior to releases

Enovational004469