# ENOVATIONAL

**Enovational Corp**

1427 Rhode Island Ave NW, PH02
Washington, DC  20005
billing@enovational.com
www.enovational.com

## INVOICE

**BILL TO**
MD MDA - Board Modernization

| | | INVOICE | 601 |
| | | DATE | 09/12/2022 |
| | | TERMS | Net 30 |
| | | DUE DATE | 10/12/2022 |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 06/30/2022 | Services | 1.1 Turf & Seed: Seedman migration to production | 1 | 10,741.86 | 10,741.86 |
| 06/30/2022 | Services | 1.2 Turf & Seed: UAT for Hemp Research | 1 | 75,004.02 | 75,004.02 |
| 06/30/2022 | Services | 1.3 Turf & Seed: Hemp Research Launch | 1 | 10,714.86 | 10,714.86 |
| 06/30/2022 | Services | 1.4 Turf & Seed: Seed Sampling ERD and Data Mapping | 1 | 10,714.86 | 10,714.86 |
| 06/30/2022 | Services | 2.1 Nutrient Management: Data Conversion Plan draft for Urban data | 1 | 40,199.20 | 40,199.20 |
| 06/30/2022 | Services | 2.2 Nutrient Management: Integration Plan for SDAT PAN and Watershed Codes | 1 | 40,199.20 | 40,199.20 |
| 06/30/2022 | Services | 2.3 Nutrient Management: Watershed Code Integration Demo | 1 | 160,796.79 | 160,796.79 |
| 06/30/2022 | Services | 2.4 Nutrient Management: Salesforce Urban Data Development & UAT | 1 | 160,796.79 | 160,796.79 |
| 06/30/2022 | Services | 3.1 Farmer's Market: Workflow Digitization (4 forms and Database 2.0) | 1 | 75,521.29 | 75,521.29 |
| 06/30/2022 | Services | 3.2 Farmer's Market: Migrate Historical Data | 1 | 16,183.13 | 16,183.13 |
| 06/30/2022 | Services | 3.3 Farmer's Market: Admin Training Guides | 1 | 5,394.38 | 5,394.38 |
| 06/30/2022 | Services | 3.4 Farmer's Market: Launch the Ecosystem in Production | 1 | 5,394.38 | 5,394.38 |
| 06/30/2022 | Services | 3.5 Farmer's Market: 20 days post-Go-Live support | 1 | 5,394.38 | 5,394.38 |
| 06/30/2022 | Services | 4.1 Plant Protection & Weed Management: Discovery & Analysis (for 3 programs) | 1 | 36,016.71 | 36,016.71 |
| 06/30/2022 | Services | 4.2 Plant Protection & Weed Management: Nursery Program workflow digitization (4 forms and Database 2.0) | 1 | 90,041.77 | 90,041.77 |

enovational004450

| Date | Type | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 06/30/2022 | Services | 4.3 Plant Protection & Weed Management: Nursery Program Data Migration | 1 | 27,012.53 | 27,012.53 |
| 06/30/2022 | Services | 4.4 Plant Protection & Weed Management: In-Scope Nursery Program UAT | 1 | 9,004.18 | 9,004.18 |
| 06/30/2022 | Services | 4.5 Plant Protection & Weed Management: Nursery Program Admin Dashboard | 1 | 9,004.18 | 9,004.18 |
| 06/30/2022 | Services | 4.6 Plant Protection & Weed Management: Nursery Program Admin Training Guides | 1 | 9,004.18 | 9,004.18 |
| 06/30/2022 | Services | 5.1 Farm to Institution: Workflow digitization (2 forms and Database 2.0) | 1 | 26,057.43 | 26,057.43 |
| 06/30/2022 | Services | 5.2 Farm to Institution: Migrate Historical Data | 1 | 6,013.25 | 6,013.25 |
| 06/30/2022 | Services | 5.3 Farm to Institution: In-Scope Farm to Institution UAT | 1 | 2,004.42 | 2,004.42 |
| 06/30/2022 | Services | 5.4 Farm to Institution: Admin Training Guides | 1 | 2,004.42 | 2,004.42 |
| 06/30/2022 | Services | 5.5 Farm to Institution: Ecosystem Launch in Production | 1 | 2,004.42 | 2,004.42 |
| 06/30/2022 | Services | 5.6 Farm to Institution: 20 days post-Go-Live Support | 1 | 2,004.42 | 2,004.42 |
| 06/30/2022 | Services | 6 Maintenance | 1 | 75,000.00 | 75,000.00 |

For questions regarding this invoice please reach out to billing@enovational.com

**BALANCE DUE** $912,227.05

Wire instructions
Beneficiary account name:    Enovational Corp
                             Debtor in Posession, Case 22-00055
Beneficiary Accountnumber:   ▮▮▮▮
Bank Routing Number:         1▮▮▮▮
Receiving Bank Name          Axos Bank
Receiving Bank Address:      4350 La Jolla Village Drive
                             San Diego, CA 92122