Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for Enovational Corp.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 22-55-ELG |
| ENOVATIONAL CORP. | (Chapter 11) |
|     Debtor. | |
| _____/ | Adversary Proceeding No. 22-10014-ELG |
| ENOVATIONAL CORP. | |
|     Plaintiff, | |
| v. | |
| THE STATE OF MARYLAND | |
|     Defendant. | |

**NOTICE OF DEADLINE TO FILE AND SERVE
<u>OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

NOTICE IS HEREBY GIVEN that Enovational Corp. ("Enovational") has filed a motion (the "Motion") seeking partial summary judgment on Counts VIII and XV-XIX (though only as to part of the relief sought in Counts XV-XIX) of Enovational's Complaint (the "Complaint," as found at DE #1).

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Motion or if you would like the Court to consider your views, then ON OR BEFORE FEBRUARY 19, 2024, you must file and serve a written opposition to the motion. The opposition must be filed with

1

the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The opposition must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your opposition.

NOTICE OF HEARING. A hearing on the application has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for February 21, 2024 at 10:00 AM. The hearing will be held in a hybrid format, both in Courtroom 1 at the above-referenced courthouse and via Zoom video conferencing. For meeting code, contact Courtroom Deputy Aimee Mathewes at Aimee_Mathewes@dcb.uscourts.gov.

Respectfully submitted,

Dated: February 4, 2024    By:    /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for Enovational Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of February, 2024, a copy of the foregoing was served electronically, upon all parties hereto, via this Honorable Court's CM/ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig