David S. Musgrave, Esquire
Bar No. 382428
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202
Phone/Fax No.: (410) 576-4194
dmusgrave@gfrlaw.com
*Attorney for State of Maryland*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | * | |
| ENOVATIONAL CORP., | * | Case No. 22-00055-ELG |
| Debtor. | * | (Chapter 11) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| ENOVATIONAL CORP., | * | Adv. Pro. 22-10014-ELG |
| Plaintiff, | * | |
| v. | * | |
| THE STATE OF MARYLAND, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION FOR ADDITIONAL TIME TO RESPOND TO
MOTION FOR PARTIAL SUMMARY JUDGMENT, TO CONTINUE HEARING
AND REQUEST FOR EXPEDITED DECISION**

Defendant the State of Maryland (the "State"), pursuant to Federal Rule of Civil Procedure 6(b)(1) and Bankruptcy Rule of Civil Procedure 9006(b)(1), files this Consent Motion for Additional Time to Respond to Motion for Partial Summary Judgment, to Continue Hearing and Request for Expedited Decision, and in support thereof states as follows:

1.  On February 4, 2024, Debtor/Plaintiff, Enovational Corp. ("Enovational") filed a Motion for Partial Summary Judgment (the "Motion") against the State.  Pursuant to this Court's

1

Local Rule of Civil Procedure 9013-1(d)(A), the State's response to the Motion is due by February 20, 2024, the day before the hearing set on the Motion for February 21, 2024, at 11:00 a.m.

2. The parties are currently engaged in an extensive exchange of discovery and are scheduling the depositions of multiple parties. Moreover, the Motion consists of 325 pages and raises numerous issues with respect to four separate invoices and four separate projects.

3. To accommodate the parties' discovery schedule and because the State simply needs more time to respond to Enovational's voluminous Motion, the State has requested, and Enovational has consented to, additional time to file its response. Specifically, the State seeks, and Enovational has consented to, an additional 14 days to file its response.

WHEREFORE, by consent of the parties, the State requests that this Court extend the deadline for the State to file a response to the Motion from February 20, 2024 to March 5, 2024, and continue the hearing to a date to be set by the Court, and further requests that the Court rule on this Motion on an expedited basis, given the upcoming deadline of February 20, 2024.

| | |
|---|---|
| Dated: February 14, 2024 | /s/ *David S. Musgrave*<br>David S. Musgrave (D.C. Bar No. 382428)<br>Gordon Feinblatt LLC<br>1001 Fleet Street, Suite 700<br>Baltimore, Maryland 21202<br>Telephone/Fax No. (410) 576-4194<br>E-mail: dmusgrave@gfrlaw.com<br><br>*Counsel for the State of Maryland* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of February, 2024, a copy of the foregoing Motion was served on all counsel of record through the court's electronic filing system.

/s/ *David S. Musgrave*
David S. Musgrave