Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for Enovational Corp.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 22-55-ELG |
| ENOVATIONAL CORP. | (Chapter 11) |
| Debtor. | |
| _____/ | |
| ENOVATIONAL CORP. | Adversary Proceeding No. 22-10014-ELG |
| Plaintiff, | |
| v. | |
| THE STATE OF MARYLAND | |
| Defendant. | |

### NOTICE OF DEPOSITION OF CHUM CHANCHARADETH

Comes now Enovational Corp. ("Enovational"), by and through undersigned counsel, pursuant Federal Rule of Bankruptcy Procedure 7030 and Federal Rule of Civil Procedure 30, and hereby gives notice that the deposition of Chum Chancharadeth will be taken on March 8, 2024, at 10:00 am prevailing eastern time, and continuing thereafter through such recesses and adjournments as may be had, via Zoom, using the Meeting ID 263 665 9258 and the Password VLF, with said deposition to be recorded by stenographic, digital, or other audio means, and with

1

said deposition to be taken before a person authorized to administer oaths in the District of Columbia or one of the fifty constituent states of the union.

Pursuant to the attached subpoena, said deposition will, instead, be conducted in person, at 1050 Connecticut Avenue, NW, Suite 500, Washington, DC 20036, at the same time and through the same means, should the deponent so request, via e-mail, on or before March 1, 2024.

Respectfully submitted,

Dated: February 16, 2024        By:    /s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for Enovational Corp.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of February, 2024, a copy of the foregoing was served electronically, upon all parties hereto, via this Honorable Court's CM/ECF system.

/s/ Maurice B. VerStandig
Maurice B. VerStandig