The order below is hereby signed.

Signed: February 20 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| ENOVATIONAL CORP., | * | Case No. 22-00055-ELG |
| Debtor. | * | (Chapter 11) |

\* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| ENOVATIONAL CORP., | * | Adv. Pro. 22-10014-ELG |
| Plaintiff, | * | |
| v. | * | |
| THE STATE OF MARYLAND, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING CONSENT MOTION FOR ADDITIONAL TIME TO
RESPOND TO MOTION FOR PARTIAL SUMMARY JUDGMENT,
<u>AND TO CONTINUE HEARING</u>**

Upon consideration of Defendant the State of Maryland's Consent Motion for Additional Time to Respond to Motion for Partial Summary Judgment, and to Continue Hearing, and with the consent of Debtor/Plaintiff Enovational Corp., it is hereby

GFRDOCS\59387\148679\10687894.v2-2/20/24

ORDERED, that the deadline for the State of Maryland to respond to the Motion for Partial Summary Judgment is hereby extended to **March 5, 2024**; and it is further

ORDERED, that the hearing on the Motion for Partial Summary Judgment is continued to March 14, 2024, at 10:30 a.m. before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, to be held in a hybrid format, both in Courtroom 1 at the U.S. Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001 and via Zoom video conferencing.

WE ASK FOR THIS:

/s/  David S. Musgrave
David S. Musgrave (Bar No. 382428)
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202
Phone/Fax No.: (410) 576-4194
Email:  dmusgrave@gfrlaw.com
*Attorney for State of Maryland*


SEEN AND AGREED:

/s/ Maurice B. VerStandig
Maurice B. VerStandig (Bar No. MD18071)
The Belmont Firm.
1050 Connecticut Avenue, NW, Suite 500
Washington, D.C. 20036
Phone:  (202) 991-1101
Email:  mac@dcbankruptcy.com
*Attorney for Enovational Corp.*