The order below is hereby signed.

Signed: October 19 2023



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| In re:<br><br>Enovational Corp.,<br>Debtor. | Case No. 22-00055-ELG<br><br>Chapter 11 |
|---|---|
| Enovational Corp.,<br>Plaintiff,<br><br>v.<br><br>State of Maryland,<br>Defendant. | Adv. Pro. 22-10014-ELG |

## SCHEDULING ORDER

This Scheduling Order sets forth the following critical pre-trial deadlines and hearing dates in this Adversary Proceeding established at the scheduling hearing held October 18, 2023:

1. **Discovery.** Unless modified by order of this Court, the deadline for the parties to complete discovery is **March 15, 2024**. All written discovery requests (including interrogatories, requests for production, and depositions based upon written questions) shall be made at a sufficiently early date to assure that the time for response expires before the discovery completion

deadline. Expert disclosures under Civil Rule[1] 26(a)(2) are to be disclosed by January 15, 2024. Rebuttal expert disclosures are due by February 15, 2024.

2.      **Settlement Conference**. Counsel and/or unrepresented parties shall hold at least one settlement conference after the discovery deadline and before the final pre-trial conference to try to settle this matter.

3.      **Summary Judgment or Other Dispositive Motions.** All motions for summary judgment (and/or amendments thereto) or other dispositive motions shall be filed on or before **April 15, 2024**. Responses shall be filed within 21 days of the dispositive motion, and replies, if any, shall be filed within 14 days of the filing of the response. The last day for hearing on motions for summary judgment or other dispositive motions shall be **June 5, 2024 at 10:00 a.m.** Parties may schedule a hearing prior to this date pursuant to Local Bankruptcy Rule 9013-1.

4.      **Final Pretrial Conference.** A final pretrial conference will be held on **June 5, 2024 at 10:00 a.m.**, at which a trial date will be scheduled, and deadlines set for filing and exchanging lists of trial witnesses and exhibits and pre-trial statements. The final pretrial conference will take place both in Courtroom 1 of the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001 and remotely by videoconference using Zoom for Government. Parties should contact the Court's courtroom deputy prior to the hearing for Zoom instructions.

5.      **Availability of Mediation**. The Court encourages the parties to meet and consult with each other to achieve settlement. The use of mediation as an alternative dispute resolution process in all adversary proceedings, contested, and other matters is authorized. A motion for Court

---

[1] Unless specified otherwise, all chapter, code, and rule references are to the Bankruptcy Code, 11 U.S.C. §§ 101-1532, and the Federal Rules of Bankruptcy Procedure, Rules 1001-9037. The Federal Rules of Civil Procedure are referred to as "Civil Rules."

2

approval of non-judicial or neutral mediation is not required. However, such mediation shall not alter any deadlines in an applicable scheduling order absent further order of the Court. The parties should refer to Local Bankruptcy Rule 9019-2 as to alternative dispute resolution options and procedures for participating in the Circuit Court of Appeals' Mediation Program or by judicial mediation.

6. **Settlement**. If the parties reach a settlement, they shall promptly file a motion pursuant to Bankruptcy Rule 9019 and Local Bankruptcy Rule 9019-1 requesting approval of the settlement.

7. **Jurisdiction**. Any party not consenting to the entry of a final order by the Bankruptcy Court shall file a motion to withdraw the reference or for other appropriate relief within 30 days of the entry of this Scheduling Order and promptly set the motion for a hearing. The failure to comply with the terms of this paragraph shall be deemed to constitute consent to the entry of final orders by the Bankruptcy Court.

[Signed and dated above.]

Copies to: All counsel of record; the Defendant/Debtor.