# Paige, Amanda R.

| | |
|---|---|
| **From:** | Mac VerStandig <mac@dcbankruptcy.com> |
| **Sent:** | Friday, February 16, 2024 11:58 AM |
| **To:** | Musgrave, David S. |
| **Cc:** | Paige, Amanda R. |
| **Subject:** | [EXTERNAL] Re: Enovational/State of Maryland |

*Attention: This email was sent from someone outside of Gordon Feinblatt LLC. Always use caution when opening attachments or clicking links from unknown senders or when receiving unexpected emails.*

David,

I appreciate your position and will certainly respond to whatever may be filed.

Will you still be letting me know about witness availability for depositions? If not, please let me know if you have a conflict on any of the proposed dates and I will ensure that they are noticed for dates when you are available.

Thanks,

Maurice "Mac" VerStandig, Esq.
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (855) 987-DEBT
Local: (202) 991-1101
mac@dcbankruptcy.com
http://www.dcbankruptcy.com

PRIVILEGED COMMUNICATION/PRIVACY NOTICE
Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

TAX ADVICE NOTICE
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities.  This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.


> On Feb 16, 2024, at 8:37 AM, Musgrave, David S. <dmusgrave@gfrlaw.com> wrote:
>
> Mac,
>
> As much as I like to be agreeable with respect to discovery, I must retract my statement to you that I am available for depositions on March 7 and 8, 2024.  As will be reflected in our motion to amend

1

the scheduling order and motion to compel discovery, there are simply too many open issues with discovery to date to proceed with depositions. Based on our previous conversations, it is clear that we will have to bring this to the attention of Judge Gunn, and that is fine. We all have clients.

You have noticed the deposition of Chum (last name) and we will address that as well as any other depositions in our motion that we will send to you today to satisfy the formality of doing so even though we know you do not consent to it.

DAVID S. MUSGRAVE
**Gordon Feinblatt LLC**
1001 Fleet Street, 7th Floor
Baltimore, MD 21202
410-576-4000 | 410-576-4194 (direct)
410-218-6340 (Cell)
dmusgrave@gfrlaw.com | www.gfrlaw.com
LinkedIn | Twitter | Bio

<image001.png>

The information supplied in this message may be legally privileged. If you are the intended recipient of this message, the sender does not intend delivery to you to waive any privilege or right pertaining to this message. If you have received this message in error, please immediately notify the sender by return e-mail, and delete the errant message. Thank you.