Maurice "Mac" VerStandig    11/25/23

David —

Here are my client's first 6,024 pages of documents. A lot more will follow.

Thanks,
Mac

Attorney at Law