**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | * | |
| ENOVATIONAL CORP., | * | Case No. 22-00055-ELG |
| Debtor. | * | (Chapter 11) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| ENOVATIONAL CORP., | * | Adv. Pro. 22-10014-ELG |
| Plaintiff, | * | |
| v. | * | |
| THE STATE OF MARYLAND, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER**

UPON CONSIDERATION of Defendant the State of Maryland's Motion to Modify Scheduling Order and any opposition thereto, it is on this _____ day of _____, 2024 hereby

ORDERED that the Motion is here by GRANTED; and it is further

ORDERED that the Scheduling Order in this case is modified as follows:

1

| Event | Original Deadline | New Deadline |
|---|---|---|
| Defendant's Expert Report | February 15, 2024 | May 15, 2024 |
| Close of Discovery | March 15, 2024 | June 15, 2023 |
| Settlement Conference | After Close of Discovery | After Close of Discovery |
| Dispositive Motions Filed | April 15, 2024 | July 14, 2024 |
| Hearing on Dispositive Motions | June 5, 2024 | September 5, 2024 |
| Pretrial Conference | June 5, 2024 | September 5, 2024 |

GFRDOCS\59387\148679\10680673.v3-2/20/24