David S. Musgrave, Esquire
Bar No. 382428
GORDON FEINBLATT LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202
Phone/Fax No.: (410) 576-4194
Email: dmusgrave@gfrlaw.com
*Attorney for State of Maryland*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | * | |
| ENOVATIONAL CORP., | * | Case No. 22-00055-ELG |
| Debtor. | * | (Chapter 11) |
| * * * * * * | * * * * * | |
| ENOVATIONAL CORP., | * | Adv. Pro. 22-10014-ELG |
| Plaintiff, | * | |
| v. | * | |
| THE STATE OF MARYLAND, | * | |
| Defendant. | * | |
| * * * * * * * * * * * * | | |

**STATE OF MARYLAND'S DISCLOSURE OF EXPERT WITNESS**

The State of Maryland ("Maryland"), pursuant to Federal Rule of Bankruptcy Procedure 7026 and Federal Rule of Civil Procedure 26, discloses the identity of the following witness who may be called to offer expert testimony at trial:

> **William A. Seymour**
> **SB & Company, LLC**
> 10200 Grand Central Avenue, Suite 250
> Owings Mills, Maryland 21117
> (410) 584-0060

The State designates Mr. Seymour as an expert to testify in the above-captioned matter. Mr. Seymour is a Certified Public Accountant and an expert in the areas of auditing and forensic accounting. Mr. Seymour will review outstanding invoices from the Debtor, material submitted by the Debtor in support of the invoices, and documents and materials relevant to work performed by the Debtor, and give an opinion as to what amount, if any, the State should pay on account of the particular invoices, taking into account numerous mitigating factors, including but not limited to the lack of time and material support, the failure to comply with the applicable work order, the lack of agreement by the State to pay for certain charges, deficiencies in the work performed by the Debtor and any other factors Mr. Seymour deems relevant. A report is forthcoming.

Dated: February 15, 2024

/s/ *David S. Musgrave*
David S. Musgrave (D.C. Bar No. 382428)
GORDON FEINBLATT LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202
Phone/Fax No.: (410) 576-4194
E-mail: dmusgrave@gfrlaw.com
*Attorney for State of Maryland*

## CERTIFICATE OF SERVICE

I certify that on this 15th day of February, 2024, a copy of the foregoing was sent by the Court's electronic filing system and e-mail to Maurice VerStandig, Esquire at mac@dcbankruptcy.com.

/s/ *David S. Musgrave*
David S. Musgrave (D.C. Bar No. 382428)

2