Exhibit 1

**Information Classification Policy**

This section provides general requirements for data classification. The classification level definitions emphasize common sense steps to be taken to protect confidential information.

This policy pertains to all information within the State of Maryland systems that is processed, stored, or transmitted via any means. This includes: electronic information, information on paper, and information shared orally or visually. Data and record custodians must adhere to this policy and educate users that may have access to confidential information for which they are responsible.

All Maryland State information is categorized into two main classifications with regard to disclosure:

- Public
- Confidential

Public information is information that has been declared publicly available by Maryland State officials with the explicit authority to do so and can freely be given to anyone without concern for potential impact to the State of Maryland, its employees or citizens.

Confidential information is non-public information that has been deemed to constitute Personally Identifiable Information **(PII), Federal Tax Information (FTI), Protected Health Information (PHI), Payment Card Industry (PCI), Privileged or Sensitive, as defined below**.

…

**Sensitive**

Sensitive is used to define information that, if divulged, could compromise or endanger the citizens or assets of the State.

If an employee is uncertain of the classification of a particular piece of information, the employee should contact their manager for clarification.

All sensitive information should be clearly identified as "Sensitive" and will be subject to the following handling guidelines.

**Guidelines for Marking and Handling State-Owned Information**

It is necessary to classify information so that every individual that comes in contact with it knows how to properly handle and/or protect such information. The following marking and handling requirements are applicable to public and confidential information:

Public Information:

- Marking: No marking requirements.

- Access: Unrestricted

- Distribution within Maryland state systems: No restrictions.

- Distribution outside of Maryland state systems: No restrictions.

- Storage: Standard operating procedures based on the highest security category of the information recorded on the media. (Refer to the System Security Categorization Policy in the following section).

- Disposal/Destruction: Refer to Physical Security section of this document.

- Penalty for deliberate or inadvertent disclosure: Not applicable.

Confidential Information:

- Marking: Confidential information is to be clearly identified as "Confidential".

- Access: Only those Maryland state employees or contractors with explicit need-to-know and other individuals for whom an authorized Maryland state official has determined there is a need-to-know and an appropriate non-disclosure agreement has been obtained.

- Distribution within State of Maryland systems; Delivered direct - signature required, envelopes stamped Confidential, or an approved, electronic email or electronic file transmission method.

- Distribution outside of State of Maryland systems: Delivered direct; signature required; approved private carriers; or approved encrypted electronic email or encrypted electronic file transmission method.

- Storage: Physically control access to system media (paper and digital) and protect confidential data using encryption technologies and/or other substantial mitigating controls (such as Data Loss Prevention, Network Security Event Monitoring, and strict database change monitoring). Storage is prohibited on portable devices and publicly accessible systems unless prior written approval from agency Secretary (or delegated authority) has been granted. Approved storage on portable devices or publicly accessible systems must be encrypted. Keep from view by unauthorized individuals; protect against viewing while in use and when unattended, store in locked desks, cabinets, or offices within a physically secured building.

- Disposal/Destruction: Dispose of paper information in specially marked disposal bins on Maryland state premises or shred; electronic storage media is sanitized or destroyed using an approved method. *Refer to Physical Security section of this document.*

Confidential information should be protected with administrative, technical, and physical safeguards designed to ensure its confidentiality and integrity and to prevent unauthorized or

inappropriate access, use, or disclosure. Confidential information is prohibited on portable and non-state owned devices unless prior written approval from agency Secretary (or delegated authority) has been granted. Exceptions to this may include contracted managed (outsourced) services where security of confidential information is documented, reviewed and approved by data custodians (or delegated authority).

Approved storage on any portable device must be protected with encryption technology. When cryptography is employed within information systems, the system must perform all cryptographic operations using FIPS 140-2 validated cryptographic modules with approved modes of operation. ***The penalty for deliberate or inadvertent disclosure of confidential information can range from administrative actions to adverse personnel actions up to termination of employment. <u>Deliberate, unauthorized disclosure of confidential information may result in civil and/or criminal penalties.</u>***

(DoIT Security Manual at 15-18) (emphasis added in last paragraph).