22NTCHRG AP

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>    **Enovational Corp.,**<br>                **Debtor.** | Case No. 22-00055-ELG<br><br>**Chapter 11** |
| **Enovational Corp.,**<br>                **Plaintiff,**<br><br>        v.<br><br>**State of Maryland,**<br>                **Defendants.** | Adv. Pro. No. 22-10014 |

**NOTICE OF HEARING**

NOTICE IS HEREBY GIVEN that a hearing will be held on:

Motion for Leave to File Under Seal Filed by Enovational Corp. (Docket Entry No. 32)

on 3/14/2024 at 10:30 AM

at Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001. The parties may attend in person or via Zoom (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)

before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge for the District of Columbia.

                                              For the Court:
                                              Angela D. Caesar
                                              BY: AM
                                              Dated: 2/22/2024

Copies to: Recipients of electronic notifications; Debtor; appointed trustee; all creditors.