# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| ENOVATIONAL CORP., | * | Case No. 22-00055-ELG |
| Debtor. | * | (Chapter 11) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| ENOVATIONAL CORP., | * | Adv. Pro. 22-10014-ELG |
| Plaintiff, | * | |
| v. | * | |
| THE STATE OF MARYLAND, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED NOTICE OF DEADLINE TO FILE AND SERVE OPPOSITION TO MOTION TO MODIFY SCHEDULING ORDER

NOTICE IS HEREBY GIVEN that the State of Maryland (the "State") has filed a motion (the "Motion") seeking a modification of the scheduling order to provide additional time to complete discovery.

NOTICE OF DEADLINE TO OBJECT. If you do not want to Court to grant the Motion or if you would like the Court to consider your views, then ON OR BEFORE MARCH 5, 2024, you must file and serve a written opposition to the Motion. The opposition must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington DC 20001 and served (by delivery or mailing a copy) upon the undersigned. The opposition must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your opposition.

gfrdocs\59387\148679\10697406.v1-2/22/24

NOTICE OF HEARING. A hearing on the application has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for March 14, 2024 at <u>10:30 AM</u>. <u>This filing amends and supersedes the Notice filed on February 20, 2024 noting the hearing for the same date at 10:00 AM</u>. The hearing will be held in a hybrid format, both in Courtroom 1 at the above-referenced courthouse and via Zoom video conferencing. For meeting code, contact Courtroom Deputy Aimee Mathewes at <u>Aimee_Mathewes@dcb.uscourts.gov</u>.

Dated: February 22, 2024

/s/ *David S. Musgrave*
David S. Musgrave (D.C. Bar No. 382428)
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202
Telephone/Fax No. (410) 576-4194
E-mail:  dmusgrave@gfrlaw.com

*Counsel for the State of Maryland*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of February, 2024, a copy of the foregoing Motion was served on all counsel of record through the Court's electronic filing system.

/s/ *David S. Musgrave*
David S. Musgrave