Case 22-10014-ELG    Doc 50-2    Filed 03/01/24    Entered 03/01/24 15:55:26    Desc
Exhibit Ex. B - States February 5    2024 Follow-up Letter    Page 1 of 1

EXHIBIT B



# GORDON·FEINBLATT LLC
## ATTORNEYS AT LAW

DAVID S. MUSGRAVE
PHONE/FAX 410.576.4194
dmusgrave@gfrlaw.com

1001 FLEET STREET
SUITE 700
BALTIMORE, MD 21202-4346
410.576.4000
www.gfrlaw.com

February 5, 2024

**VIA FIRST CLASS MAIL AND EMAIL**

Maurice VerStandig, Esq.
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
mac@dcbankruptcy.com

    Re: Enovational Corp., Case No. 22-00055-ELG
      *Enovational Corp. v. State of Maryland*, Adversary No. 22-10014-ELG
      **Deficiencies in Responses to Discovery Requests**
      *This is an attempt to resolve a discovery dispute.*

Dear Mac:

  I write to follow up on the requests I made in my letter to you dated January 18, 2024, regarding deficiencies in the discovery responses that Enovational Corp. ("Enovational") has thus far provided to the State of Maryland (the "State"), and the subsequent telephone conversations we had on January 26, 2024, and the conference we had on January 23, 2024, regarding those deficiencies. Although you indicated in our discussions that you would timely address the deficiencies identified through supplemental written discovery (and responses to the document requests), I have not yet received anything from you on Enovational's behalf. By this letter, I am requesting that Enovational provide the State with supplemental discovery responses (and responses to the document requests) by **February 9, 2024** so as to avoid the filing of a motion requesting that the Court compel Enovational to do so. Thank you for your prompt attention to this matter.

            Sincerely yours,

            David S. Musgrave

cc: Amanda Paige, Esq. (by e-mail)