Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for Enovational Corp.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 22-55-ELG |
| ENOVATIONAL CORP. | (Chapter 11) |
| Debtor. | |
| _____/ | |
| ENOVATIONAL CORP. | Adversary Proceeding No. 22-10014-ELG |
| Plaintiff, | |
| v. | |
| THE STATE OF MARYLAND | |
| Defendant. | |

**ENOVATIONAL CORP'S DISCLOSURE OF EXPERT WITNESSES**

Comes now Enovational Corp. ("Enovational"), by and through undersigned counsel, by and through undersigned counsel, pursuant Federal Rule of Bankruptcy Procedure 7026 and Federal Rule of Civil Procedure 26(a)(2), and discloses the identities of the following witnesses who may be called upon to offer expert testimony at trial:

    **1.**    Vlad Enache. Mr. Enache is a hybrid fact/expert witness who has not been retained or specially employed to provide expert testimony and whose job duties do not regularly involve giving expert testimony. Mr. Enache will testify as to the reasonableness of the rates charged to

the State of Maryland by Enovational, with knowledge of standard and prevailing industry rates in the information technology government contracting space. Mr. Enache will also testify as to the nature of the work undertaken by Enovational, inclusive of the technological function of such work, offering expert insight into how various efforts translate into the creation of products accessible by end users. Mr. Enache is expected to testify that the rates, fees, and charges assessed by Enovational are reasonable in nature, within prevailing industry norms, and in accord with the relevant market. Mr. Enache is also expected to testify as to the manner in which the work undertaken by Enovational advanced the goals and objectives of the State of Maryland in an efficient and industry-appropriate manner.

**2.** Jack Fritz. Mr. Fritz is a hybrid fact/expert witness who has not been retained or specially employed to provide expert testimony and whose job duties do not regularly involve giving expert testimony. Mr. Fritz will testify as to the reasonableness of the rates charged to the State of Maryland by Enovational, with knowledge of standard and prevailing industry rates in the information technology government contracting space. Mr. Fritz will also testify as to the nature of the work undertaken by Enovational, inclusive of the technological function of such work, offering expert insight into how various efforts translate into the creation of products accessible by end users. Mr. Fritz is expected to testify that the rates, fees, and charges assessed by Enovational are reasonable in nature, within prevailing industry norms, and in accord with the relevant market. Mr. Fritz is also expected to testify as to the manner in which the work undertaken by Enovational advanced the goals and objectives of the State of Maryland in an efficient and industry-appropriate manner.

**3.** Enovational additionally discloses that any of its former employees may be called upon to furnish expert testimony for the sole and limited purpose of translating the nature and

purpose of certain projects and efforts into lay terminology. Enovational does *not* believe such falls within the realm of expert testimony and, to the contrary, asserts such is the proper role of a fact witness. This disclosure is made out of an abundance of caution, and in the interests of avoiding surprise, however.

                                          Respectfully submitted,

Dated: January 15, 2024        By:    /s/ Maurice B. VerStandig
                                                       Maurice B. VerStandig, Esq.
                                                       Bar No. MD18071
                                                     The Belmont Firm
                                                     1050 Connecticut Avenue, NW, Suite 500
                                                     Washington, DC 20036
                                                     Phone: (202) 991-1101
                                                     mac@dcbankruptcy.com
                                                     *Counsel for Enovational Corp.*