IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| ENOVATIONAL CORP., | * | Case No. 22-00055-ELG |
| Debtor. | * | (Chapter 11) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| ENOVATIONAL CORP., | * | Adv. Pro. 22-10014-ELG |
| Plaintiff, | * | |
| v. | * | |
| THE STATE OF MARYLAND, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER DENYING DEBTOR'S
### MOTION TO STRIKE EXPERT DESIGNATION

UPON CONSIDERATION OF Plaintiff/Debtor Enovational Corp.'s Motion to Strike the State of Maryland's Designation of William A. Seymour as Expert Witness and the State of Maryland's Opposition thereto, it is, this ____ day of _____, 2024,

ORDERED, that the Motion is hereby DENIED.

GFRDOCS\59387\148679\10702672.v3-3/1/24