David S. Musgrave, Esquire
Bar No. 382428
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202
Phone/Fax No.: (410) 576-4194
dmusgrave@gfrlaw.com
*Attorney for State of Maryland*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | * | |
| ENOVATIONAL CORP., | * | Case No. 22-00055-ELG |
| Debtor. | * | (Chapter 11) |
| * * * * * * * * * * * * * | | |
| ENOVATIONAL CORP., | * | Adv. Pro. 22-10014-ELG |
| Plaintiff, | * | |
| v. | * | |
| THE STATE OF MARYLAND, | * | |
| Defendant. | * | |
| * * * * * * * * * * * * * | | |

**THE STATE OF MARYLAND'S EMERGENCY MOTION TO CONTINUE HEARING
ON MOTION TO STRIKE EXPERT DESIGNATION**

Defendant the State of Maryland (the "State") submits this Emergency Motion to Continue Hearing on Plaintiff/Debtor Enovational Corp.'s Motion to Strike Expert Designation and in support thereof states as follows:

The following motions in this adversary proceeding await Court resolution:

- Debtor's Motion for Partial Summary Judgment (Dkt. No. 31);

- Debtor's Motion to Seal Records (Dkt. No. 32);

1

- The State's Motion to Modify the Scheduling Order (Dkt. No. 39); and

- Debtor's Motion to Strike the State's Expert Witness Designation (Dkt. No. 41).

The Motions for Partial Summary Judgment, to Seal, and to Modify the Scheduling Order are scheduled to be heard together on March 14, 2024 at 10:30 a.m. The Motion to Strike the State's Expert Witness Designation is scheduled to be heard on March 6, 2024, at 10:00 a.m.

The arguments the State makes in its Motion to Modify the Scheduling Order are substantially the same as those it makes in its Opposition to Debtor's Motion to Strike the State's Expert Witness Designation (Dkt. No. 50). In both filings, the State described how Debtor has consistently refused to produce documents that it (1) acknowledges are in its possession; (2) acknowledges may be harmful to its case; and/or (3) has always had a contractual duty to produce separate and apart from its legal duty pursuant to this lawsuit. As the State explains in these filings, in its written disclosures and discovery communications thus far Debtor has acknowledged that "a lot" of additional documents are forthcoming (Exh. F to Mot. to Modify Scheduling Order), and that it has thus far only produced those documents which support Debtor's case and that Debtor intends to rely upon at trial, and not those documents in its possession that may favor the State's defense. (Exh. E. to Opp. to Mot. to Strike Expert Designation). Debtor's production has also omitted all internal communications between representatives of Debtor, as well as payroll and timekeeping records required by contract and critical to determining with accuracy the amount of time Debtor's employees worked on State projects.

Debtor's unjustified delay has both stymied the State's ability to conclude discovery within the deadline set forth in the Scheduling Order (as addressed in the Motion to Modify Scheduling Order) and has prevented the State's expert witness from being able to complete his expert report (as addressed in the Opposition to the Motion to Strike Expert Witness Designation). In its Motion

to Modify the Scheduling Order, the State seeks an extension of time for its expert to complete his report. Indeed, the State's arguments in the two filings are so similar that the State references and incorporates the Motion to Modify the Scheduling Order into its Opposition to the Motion to Strike Expert Designation.

Considering that the two motions raise substantially the same issues to be decided before this Court, the motions should be heard together to permit this Court to render a wholistic and cohesive ruling on these issues. Accordingly, the State requested Debtor's consent to a continuance of the March 6th hearing on the Motion to Strike Expert Witness Designation so as to be heard concurrently with the other outstanding motions. Counsel for Debtor refused to grant such consent, necessitating this motion. *See* March 1, 2024 Email thread between counsel for the State and counsel for Debtor, attached as Exh. A; March 1, 2024 email thread between counsel for State, counsel for Debtor, and Aimee Mathewes of the Court, attached as Exh. B.

The State now moves this Court to continue the hearing on the Motion to Strike Expert Witness Designation from March 6, 2024 until March 14, 2024 at 10:30 a.m. Debtor will suffer no prejudice if required to wait an additional eight days before this Court hears its Motion.

WHEREFORE, premises considered, Defendant the State of Maryland respectfully requests that this Court grant its Emergency Motion to Continue Hearing on Motion to Strike Expert Witness Designation.

Dated: March 4, 2024     /s/ *David S. Musgrave*
                         David S. Musgrave (D.C. Bar No. 382428)
                         Gordon Feinblatt LLC
                         1001 Fleet Street, Suite 700
                         Baltimore, Maryland 21202
                         Telephone/Fax No. (410) 576-4194
                         E-mail: dmusgrave@gfrlaw.com

                         *Counsel for the State of Maryland*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of March, 2024, a copy of the foregoing Motion was served on all counsel of record through the Court's electronic filing system.

/s/ *David S. Musgrave*
David S. Musgrave