Case 22-10014-ELG    Doc 51-1    Filed 03/04/24    Entered 03/04/24 15:51:47    Desc Exhibit Ex. A - March 1    2024 Email between Counsel for State and Debtors    Page 1 of 2

Ex A

**Paige, Amanda R.**

| | |
|---|---|
| **From:** | Mac VerStandig <mac@dcbankruptcy.com> |
| **Sent:** | Friday, March 1, 2024 11:45 AM |
| **To:** | Paige, Amanda R. |
| **Cc:** | Musgrave, David S. |
| **Subject:** | [EXTERNAL] RE: Enovational v. Maryland - Consolidation of Hearings |

==Attention: This email was sent from someone outside of Gordon Feinblatt LLC. Always use caution when opening attachments or clicking links from unknown senders or when receiving unexpected emails.==

Amanda,

Thank you for the e-mail. We would not be agreeable to moving the March 6 hearing, especially insofar as there is a synergy in securing a ruling thereupon before addressing the proposed scheduling order amendments.

Equally, however, if Maryland wishes to seek a continuance, we would not object to Maryland doing so through informal channels (ie, an e-mail to chambers, copying myself), and we will not stand upon the requisite ceremony of an expedited motion needing to be docketed.

Thanks,

Maurice "Mac" VerStandig, Esq.
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (855) 987-DEBT
Local: (202) 991-1101
mac@dcbankruptcy.com
http://www.dcbankruptcy.com

PRIVILEGED COMMUNICATION/PRIVACY NOTICE
Information contained in this transmission is attorney-client privileged and confidential.  It is solely intended for use by the individual or entity named above.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us by telephone and delete this communication.

TAX ADVICE NOTICE
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities.  This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

**From:** Paige, Amanda R. <apaige@gfrlaw.com>
**Sent:** Friday, March 1, 2024 10:42 AM
**To:** Mac VerStandig <mac@dcbankruptcy.com>

1

**Cc:** Musgrave, David S. <dmusgrave@gfrlaw.com>
**Subject:** Enovational v. Maryland - Consolidation of Hearings

Mr. VerStandig,

As you are aware, hearings on multiple outstanding motions in this case are scheduled for hearing in the coming two weeks. While the majority are set to be heard on March 14, the hearing on your Motion to Strike Expert Designation is set for March 6. I'm writing on behalf of David Musgrave to request your consent to consolidate the hearing dates and have the hearing on the Expert Designation motion moved to March 14. Please let us know whether you consent.

Best,
Amanda



**AMANDA R. PAIGE** she/her
*Counsel*

1001 Fleet Street, Suite 700
Baltimore, MD 21202
410-576-4000
410-576-4145 (direct)
410-940-9720 (cell, preferred)
www.gfrlaw.com

The information supplied in this message may be legally privileged. If you are the intended recipient of this message, the sender does not intend delivery to you to waive any privilege or right pertaining to this message. If you have received this message in error, please immediately notify the sender by return e-mail, and delete the errant message. Thank you.