**Paige, Amanda R.**

| | |
|---|---|
| From: | Aimee Mathewes <Aimee_Mathewes@dcb.uscourts.gov> |
| Sent: | Friday, March 1, 2024 2:32 PM |
| To: | Paige, Amanda R.; Mac VerStandig |
| Cc: | Musgrave, David S. |
| Subject: | [EXTERNAL] RE: Enovational v. Maryland, Case No. 22-10014 - Motion to Seal |

*Attention: This email was sent from someone outside of Gordon Feinblatt LLC. Always use caution when opening attachments or clicking links from unknown senders or when receiving unexpected emails.*

Good afternoon,

Thank you for reaching out regarding this motion. If the parties are not in agreement to continue, then that request will need to be done by motion, either by filing in ECF or the attorney can make an oral motion at the time of the hearing.

Please let me know if I can help you with anything else.

Thank you,

Aimee Mathewes Lee
Courtroom Deputy
United States Bankruptcy Court
for the District of Columbia
(202) 354-3178
aimee_mathewes@dcb.uscourts.gov

**From:** Paige, Amanda R. <apaige@gfrlaw.com>
**Sent:** Friday, March 1, 2024 1:39 PM
**To:** Mac VerStandig <mac@dcbankruptcy.com>; Aimee Mathewes <Aimee_Mathewes@dcb.uscourts.gov>
**Cc:** Musgrave, David S. <dmusgrave@gfrlaw.com>
**Subject:** Re: Enovational v. Maryland, Case No. 22-10014 - Motion to Seal

**CAUTION - EXTERNAL:**

Thank you for the clarification. It was a true misunderstanding and not at all my intention to misrepresent what you had communicated.

Ms. Mathewes, we reiterate our request.

**AMANDA R. PAIGE** she/her
**Gordon Feinblatt LLC**
*Counsel*
410-576-4000
410-576-4145 (direct)
410-940-9720 (cell, preferred)

1

**From:** Mac VerStandig <mac@dcbankruptcy.com>
**Sent:** Friday, March 1, 2024 1:32:04 PM
**To:** Paige, Amanda R. <apaige@gfrlaw.com>; Aimee Mathewes <Aimee_Mathewes@dcb.uscourts.gov>
**Cc:** Musgrave, David S. <dmusgrave@gfrlaw.com>
**Subject:** [EXTERNAL] RE: Enovational v. Maryland, Case No. 22-10014 - Motion to Seal

*Attention: This email was sent from someone outside of Gordon Feinblatt LLC. Always use caution when opening attachments or clicking links from unknown senders or when receiving unexpected emails.*

Aimee,

For want of ambiguity, my client opposes a continuance of the hearing. Our consent was to Maryland reaching out to you and not going through full-on motions practice to seek a continuance; we did not – and do not – consent to the continuance.

Thanks,

Maurice "Mac" VerStandig, Esq.
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (855) 987-DEBT
Local: (202) 991-1101
mac@dcbankruptcy.com
http://www.dcbankruptcy.com

PRIVILEGED COMMUNICATION/PRIVACY NOTICE
Information contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

TAX ADVICE NOTICE
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities. This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

**From:** Paige, Amanda R. <apaige@gfrlaw.com>
**Sent:** Friday, March 1, 2024 1:28 PM
**To:** Aimee Mathewes <Aimee_Mathewes@dcb.uscourts.gov>
**Cc:** Mac VerStandig <mac@dcbankruptcy.com>; Musgrave, David S. <dmusgrave@gfrlaw.com>
**Subject:** Re: Enovational v. Maryland, Case No. 22-10014 - Motion to Seal

Ms. Mathewes,

To follow up with our approved request below, Mr. VerStandig had previously noted a hearing on March 6th for his client's Motion to Strike Expert Designation. We reached out him today to request that the hearing be consolidated with

the other Motions to be heard on the 14th and Mr. VerStandig authorized us to send this email requesting a continuance until that date.

Please let us know if that is amenable to the Court, and have a great Friday.

Amanda

**AMANDA R. PAIGE** she/her

**Gordon Feinblatt LLC**

*Counsel*

410-576-4000

410-576-4145 (direct)

410-940-9720 (cell, preferred)

---

**From:** Aimee Mathewes <Aimee_Mathewes@dcb.uscourts.gov>
**Sent:** Thursday, February 22, 2024 11:52:40 AM
**To:** Paige, Amanda R. <apaige@gfrlaw.com>
**Cc:** Mac VerStandig <mac@dcbankruptcy.com>; Musgrave, David S. <dmusgrave@gfrlaw.com>
**Subject:** [EXTERNAL] RE: Enovational v. Maryland, Case No. 22-10014 - Motion to Seal

*Attention: This email was sent from someone outside of Gordon Feinblatt LLC. Always use caution when opening attachments or clicking links from unknown senders or when receiving unexpected emails.*

Ms. Paige,

Good morning, thank you for checking in. March 14 is fine for the motion to modify scheduling order so we can leave it as scheduled. Please let me know if I can help you with anything else.

Thanks!

Aimee Mathewes Lee
Courtroom Deputy
United States Bankruptcy Court
for the District of Columbia
(202) 354-3178
aimee_mathewes@dcb.uscourts.gov

---

**From:** Paige, Amanda R. <apaige@gfrlaw.com>
**Sent:** Thursday, February 22, 2024 11:39 AM
**To:** Aimee Mathewes <Aimee_Mathewes@dcb.uscourts.gov>
**Cc:** Mac VerStandig <mac@dcbankruptcy.com>; Musgrave, David S. <dmusgrave@gfrlaw.com>
**Subject:** RE: Enovational v. Maryland, Case No. 22-10014 - Motion to Seal

**CAUTION - EXTERNAL:**

Ms. Mathewes,

I am a colleague of David Musgrave's and write on his behalf. Earlier this week we filed the attached Opposed Motion to Modify Scheduling Order in the above-referenced case. Considering the discussion below regarding consolidation of

hearing dates to March 14th, 2024 at 10:30 am, I noted that date on the Notice of Deadline for this Motion to be heard as well. Please let us know if that is amenable to the Court. If not, I can file an amended Notice of Deadline retaining the deadline to respond for March 5, but requesting a hearing on this Motion for March 13th at 10 am.

Thank you,
Amanda R. Paige



**AMANDA R. PAIGE** she/her
*Counsel*
410-576-4000
410-576-4145 (direct)
410-940-9720 (cell, preferred)

**From:** Musgrave, David S. <dmusgrave@gfrlaw.com>
**Sent:** Tuesday, February 20, 2024 2:05 PM
**To:** Aimee Mathewes <Aimee_Mathewes@dcb.uscourts.gov>
**Cc:** Mac VerStandig <mac@dcbankruptcy.com>; Paige, Amanda R. <apaige@gfrlaw.com>
**Subject:** Enovational v. Maryland, Case No. 22-10014 - Motion to Seal

Aimee,

I missed the below e-mail.  Could the hearing on the motion to seal be set at the same time as the hearing on the motion for partial summary judgment, that is, on March 14, 2024, at 10:30 a.m.?  I believe that would be acceptable to Mr. VerStandig.  If so, I can submit a consent motion to continue the hearing.  Also, the State of Maryland will file a response to the motion to seal.

DAVID S. MUSGRAVE
**Gordon Feinblatt LLC**
1001 Fleet Street, 7th Floor
Baltimore, MD 21202
410-576-4000 | 410-576-4194 (direct)
410-218-6340 (Cell)
dmusgrave@gfrlaw.com | www.gfrlaw.com
LinkedIn | Twitter | Bio



**From:** Aimee Mathewes <Aimee_Mathewes@dcb.uscourts.gov>
**Sent:** Wednesday, February 14, 2024 10:54 AM
**To:** Mac VerStandig <mac@dcbankruptcy.com>
**Cc:** Musgrave, David S. <dmusgrave@gfrlaw.com>
**Subject:** [EXTERNAL] RE: Enovational v. Maryland, Case No. 22-10014 - Motion to Seal

*Attention: This email was sent from someone outside of Gordon Feinblatt LLC. Always use caution when opening attachments or clicking links from unknown senders or when receiving unexpected emails.*

Good morning,

4

Thank you for the update. A continuance is fine with the Court, but the Judge is not available on March 7 or March 8. We don't have anything scheduled for the afternoon of March 6, so we could put this at 1:00 and reserve the rest of the day for this case. We also have some availability on March 5 if the parties are not available on the 6th.

Once the date is selected, if Mr. Musgrave can include that information in his motion & order to extend time, that would be the simplest way to move the hearing.

Thanks,

Aimee Mathewes Lee
Courtroom Deputy
United States Bankruptcy Court
for the District of Columbia
(202) 354-3178
aimee_mathewes@dcb.uscourts.gov

**From:** Mac VerStandig <mac@dcbankruptcy.com>
**Sent:** Tuesday, February 13, 2024 5:13 PM
**To:** Aimee Mathewes <Aimee_Mathewes@dcb.uscourts.gov>
**Cc:** Musgrave, David S. <dmusgrave@gfrlaw.com>
**Subject:** RE: Enovational v. Maryland, Case No. 22-10014 - Motion to Seal

**CAUTION - EXTERNAL:**

Aimee,

I have spoken to David Musgrave and he will be submitting a consent motion to extend his response deadline on the motion for partial summary judgment. Understanding this might be a touch long for the 10:00 am Wednesday docket, would the court have time for us on March 7 or 8?

If so, I would be open to either hearing the two matters together (the motion to seal and the summary judgment motion) or, alternatively, to having the motion to seal heard next week on the 21st (knowing it is likely to be a shorter hearing).

Thanks,

Maurice "Mac" VerStandig, Esq.
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (855) 987-DEBT
Local: (202) 991-1101
mac@dcbankruptcy.com
http://www.dcbankruptcy.com

PRIVILEGED COMMUNICATION/PRIVACY NOTICE
Information contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

TAX ADVICE NOTICE
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities. This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

**From:** Aimee Mathewes <Aimee_Mathewes@dcb.uscourts.gov>
**Sent:** Tuesday, February 13, 2024 1:40 PM
**To:** Mac VerStandig <mac@dcbankruptcy.com>
**Cc:** Musgrave, David S. <dmusgrave@gfrlaw.com>
**Subject:** RE: Enovational v. Maryland, Case No. 22-10014 - Motion to Seal

Mr. VerStandig,

Good afternoon. The Judge has reviewed the motion to seal and the exhibits that were sent to the Court and would like to schedule a hearing on the motion. Would you prefer to schedule that sometime this week, or at the same time as the underlying motion next week? Please let me know which the parties would prefer and the Court will schedule the hearing.

Thank you,

Aimee Mathewes Lee
Courtroom Deputy
United States Bankruptcy Court
for the District of Columbia
(202) 354-3178
aimee_mathewes@dcb.uscourts.gov

**From:** Mac VerStandig <mac@dcbankruptcy.com>
**Sent:** Sunday, February 4, 2024 3:57 PM
**To:** Aimee Mathewes <Aimee_Mathewes@dcb.uscourts.gov>
**Cc:** Musgrave, David S. <dmusgrave@gfrlaw.com>
**Subject:** Enovational v. Maryland, Case No. 22-10014 - Motion to Seal

**CAUTION - EXTERNAL:**

Aimee,

A short time ago, I filed a motion seeking to (i) file an exhibit to my client's partial summary judgment motion, under seal; and (ii) seeking to redact part of the partial summary judgment motion itself (with the redacted version being the one docketed).

The unredacted motion is attached to this e-mail. I am copying David Musgrave, who represents Maryland, on this e-mail; we do not contend he and his client ought not be permitted to see the sealed/unredacted items.

I can bring the sealed exhibit with me to court this Wednesday. It is 53 mb, so it is too large to attach to this e-mail. But if you need it sooner, please let me know and I can have a courier bring it tomorrow (Monday).

(David: The sealed exhibit is pages Enovational001385-Enovational002371 from my client's document production. The exhibit does not alter the pages in any way; they have simply been extracted, as-is, from the production.)

Thanks,

Maurice "Mac" VerStandig, Esq.
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (855) 987-DEBT
Local: (202) 991-1101
mac@dcbankruptcy.com
http://www.dcbankruptcy.com

PRIVILEGED COMMUNICATION/PRIVACY NOTICE
Information contained in this transmission is attorney-client privileged and confidential. It is solely intended for use by the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and delete this communication.

TAX ADVICE NOTICE
Any tax advice included in this communication may not contain a full description of all relevant facts or a complete analysis of all relevant tax issues or authorities. This communication is solely for the intended recipient's benefit and may not be relied upon by any other person or entity.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

The information supplied in this message may be legally privileged. If you are the intended recipient of this message, the sender does not intend delivery to you to waive any privilege or right pertaining to this message. If you have received this message in error, please immediately notify the sender by return e-mail, and delete the errant message. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

The information supplied in this message may be legally privileged. If you are the intended recipient of this message, the sender does not intend delivery to you to waive any privilege or right pertaining to this message. If you have received this message in error, please immediately notify the sender by return e-mail, and delete the errant message. Thank you.

The information supplied in this message may be legally privileged. If you are the intended recipient of this message, the sender does not intend delivery to you to waive any privilege or right pertaining to this message. If you have received this message in error, please immediately notify the sender by return e-mail, and delete the errant message. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.