**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | * | |
| ENOVATIONAL CORP., | * | Case No. 22-00055-ELG |
| Debtor. | * | (Chapter 11) |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

| | | |
|---|---|---|
| ENOVATIONAL CORP., | * | Adv. Pro. 22-10014-ELG |
| Plaintiff, | * | |
| v. | * | |
| THE STATE OF MARYLAND, | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER GRANTING THE STATE OF MARYLAND'S
EMERGENCY MOTION TO CONTINUE HEARING ON
<u>MOTION TO STRIKE EXPERT DESIGNATION</u>**

UPON CONSIDERATION OF Defendant the State of Maryland's Emergency Motion to Continue Hearing on the Motion to Strike Expert Designation and any opposition thereto, it is hereby

ORDERED that the Motion is hereby GRANTED; and it is further

ORDERED that the hearing on the Motion to Strike Expert Designation will be continued until March 14, 2024 at 10:30 am.