Exhibit A

July 13, 2022

Kim Ringold
OneStop Program Manager
Dept. of Information Technology
KimberlyM.Ringold@maryland.gov

Dear Kim:

As part of the State's ongoing efforts to evaluate and respond to Enovational's Invoice 569, dated May 27, 2022 ("Invoice 569"), the Maryland Medical Cannabis Commission ("MMCC") needs additional documents and information in order to understand how those services fit, if at all, within the context of the contract in place between the parties. Please request from Enovational the documents and information described below, unless such documents and/or information are already in your possession, in which case we ask that you please share them with MMCC. Please also request from Enovational a revised invoice that addresses the deficiencies identified below.

    a) **Enovational services purportedly outside the scope of Work Order 3**

We understand that Enovational has taken the position that it provided services to MMCC that were not within the scope of Work Order 3 and, in turn, for which MMCC has not already paid in full in May 2022. While certain communications from Enovational to MMCC refer to Enovational's Support Plan for MMCC, MMCC's records do not include any statement that Enovational considered those support services to be outside the scope of Work Order 3. Please provide all documents reflecting that any work undertaken by Enovational on behalf of MMCC would be considered outside the scope of Work Order 3 under Contract F50B9400035.

    b) **Purported agreement that MMCC assume support responsibility 20 days after launch**

We understand that Enovational has taken the position that the MMCC would be responsible for support 20 days after launch, yet MMCC's records do not contain any reference to this condition. Please identify and furnish copies of all documents reflecting that Work Order 3 under Contract F50B9400035 provided that MMCC would be responsible for support 20 days after launch of the project. Please provide all documents reflecting notice to MMCC that it would be responsible for support 20 days after launch of the project.

    c) **Task Order Agreement and Work Order numbers supporting Invoice 569**

Section 3.3.2.D.7 of TORFP F50B9400035 provides that an invoice submitted without the State assigned Task Order Agreement number cannot be processed for payment. Section 3.3.2.D.9 of TORFP F50B9400035 provides that any invoice submitted without a statement of the goods or

services provided may not be processed for payment. Invoice 569 does not identify any State assigned Task Order Agreement number upon which the invoice is presented, and it does not include any statement of the services provided beyond the words "services" and "sales". Please provide the Task Order Agreement number and Work Order number supporting the invoice issued on May 27, 2022 by Enovational to MMCC. Please also provide a statement of the goods or services underlying the invoice.

### d) Labor rates

Please provide a copy of Attachment B, Financial Proposal submitted by Enovational in response to TORFP F50B9400035 so that MMCC has sufficient information to verify labor rates agreed to by the State and confirm that those rates are consistent with those set out in Invoice 569.

### e) Information regarding MMCC-related tickets

Please provide supporting documentation reflecting the work performed by Enovational to close MMCC-related tickets. In doing so, please note that the spreadsheet provided titled "MMCC Support Tickets Over Time" includes two sheets. The first sheet contains detailed information on all OneStop tickets—not only for MMCC—and contains numerous columns with information that appear to describe, for example, the nature of the ticket request, the response by Enovational and the duration to achieve resolution of the ticket. This first sheet is not limited to tickets for MMCC, and the sheet does not include any column reflecting the name of the agency to whom the ticket is attributed. The second sheet contains a list of tickets attributed to MMCC, with a limited number of columns reflecting the assignee of the ticket and the date on which the ticket was resolved. However, the second sheet lacks any information identifying the subject of the ticket, type of ticket, work performed in response to the ticket, etc., much of which was included on the first sheet.

In order for MMCC to evaluate Invoice 569, please provide a document containing the level of detail reflected on the first sheet of the spreadsheet, but for MMCC tickets only. Further, please provide a list of all categories associated with support tickets related to MMCC (e.g., "forward to agency" "password reset" "inactive mmcc user" "mmcc_application_status" etc.) and, if applicable, clarify which tickets were forwarded to MMCC for handling. Please also provide supporting documentation for minutes spent per ticket.

### f) Pivotal Tracker

The file named "MMCC Support Plan Document," which was provided by Matthew Dyer to MMCC by attachment to email sent on Monday April 5, 2021, outlines the support Enovational was to provide MMCC. That document identifies "Pivotal Tracker" as Enovational's Bug Management Tool. Yet the spreadsheet named "MMCC Support Tickets over Time" reflects that approximately 692 tickets attributed to MMCC were assigned to Pivotal Tracker, indicating that those are bug tickets for which Enovational was compensated under Work Order 3 under Contract F50B9400035.[1] Please provide information explaining why Enovational's handling of those bug

---

[1] The file named "Enovational Contract – Phase 1" refers to the work order being issued under Contract F50B0600028 on page one of the document, but refers to the work order being issued

2

tickets associated with Enovational's Bug Management Tool would be outside the scope of Work Order 3 under Contract F50B9400035, for which the MMCC has provided full payment. If you contend that those tickets are outside the scope of Work Order 3 under Contract F50B9400035, please provide any and all documentation reflecting notice to the MMCC of that condition.

   *  *  *  *  *  *  *  *  *  *  *  *

We appreciate that responding to Invoice 569 is a time-sensitive matter. Without the information requested, however, MMCC in unable to meaningfully evaluate whether any fees are owed to Enovational under the terms of Work Order 3 under Contract F50B9400035.

Sincerely,

*/s/ William Tilburg*

William Tilburg, JD, MPH
Executive Director
Maryland Medical Cannabis Commission

cc: Tiffany Randolph, Esq., Chair, Maryland Medical Cannabis Commission
   Howard Barr, Assistant Attorney General & Principal Counsel, Department of Information Technology
   Heather Nelson, Assistant Attorney General, Maryland Medical Cannabis Commission

---

under Contract F50B9400035 on page six of the document. We understand the latter reference to be correct.