Exhibit C



January 20, 2023

Dear Silma, Thor, Stephen, and Marcus:

We are pleased to announce that the SDAT Tax Credit Programs (TCP) team has successfully completed all User Acceptance Tests for the Renters Tax Credit (RTC) functionality. The team has also accepted the resolution of all P1 and P2 defects after retesting the scripts where defects were initially identified. A list of the specific RTC features tested during UAT can be found in Appendix A at the end of this document.

This is a fantastic accomplishment and a credit to the hard work and dedication of the entire SDAT team. By signing this document, SDAT leadership formally accepts the completion of UAT for RTC, and the functionality is now considered completed. The successful completion of UAT is another important milestone on our journey to go-live readiness.

Thank you to the entire team for your efforts.

_____

Matthew Dyer
*on behalf of the EY Project Team*



A member firm of Ernst & Young Global Limited



Silma Raymond

| Name | Signature | Date Signed |
|---|---|---|
| SDAT Business Representative | | |

Thor Gibbons

| Name | Signature | Date Signed |
|---|---|---|
| SDAT Technical Representative | | |

Marcus Alzona

| Name | Signature | Date Signed |
|---|---|---|
| SDAT Executive Representative | | |

Stephen Clampett

| Name | Signature | Date Signed |
|---|---|---|
| SDAT Executive Representative | | |

**Appendix A: Test Coverage of RTC Features Delivered**

The table below enumerates on features delivered in OneStop in support of the Maryland Renters' Tax (RTC) Program and which test cases in UAT covered each feature. Each feature lists the corresponding Statement of Work (SOW) line item from Phase 4 of the Cloud Integrated Revenue System (CRIS) project.



A member firm of Ernst & Young Global Limited

| # | Script | SOW Line Item | Case 1 | Case 2 | Case 3 | Case 4 | Case 5 | Case 6 | Case 7 | Auditor Letters | Superuser |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Admin Permission Updates** | | | | | | | | | | |
| 1.1 | Creating a Onestop Backend Account | Phase 3 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
| 1.2 | Inviting New Employee to Maryland State Organization/SDAT User Group | Phase 3 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
| 2 | Removing User from SDAT User Group | Phase 3 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
| 3 | Removing User from the Maryland State Organization | Phase 3 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
| 4 | Viewing SSN | Phase 3 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
| 5 | Setting Up SSN Viewing Permissions | Phase 3 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
| 6 | Updating Object Model Permissions | Phase 3 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
| 1 | **RTC '22 Application Intake** | | | | | | | | | | |
| 1.1 | You are not able to begin the application due to not being logged in | Phase 3 | ☑ | ☑ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 1.2 | Creating a Onestop Account | Phase 3 | ☑ | ☑ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 1.3 | Completing & Submitting Renters' Tax Credit Application Form RTC (2022) | Phase 3 | ☑ | ☑ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 1.4 | The application has been blocked from submission due to being a "Duplicate" | Phase 3 | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 1.5 | Attempting to submit the application without supporting documentation when it is required | Phase 3 | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | **Account Set Up** | | | | | | | | | | |
| 1 | Login to Your Onestop Backend Account | Phase 3 | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☐ | ☑ |
| 2.1 | Create a QuickLink Folder | Phase 3 | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☐ | ☑ |
| 2.2 | Add a QuickLink | Phase 3 | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☐ | ☑ |
| 2.3 | Rearrange QuickLinks | Phase 3 | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☐ | ☑ |
| 2.4 | Remove a QuickLink | Phase 3 | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☐ | ☑ |
| 3.1 | Forgot Password | Phase 3 | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 2 | **Clerk Form** | | | | | | | | | | |
| 2.1 | Completing & Submitting Renters' Tax Credit Application Form RTC (2022) Clerk Form | Phase 3 | ☐ | ☐ | ☐ | ☑ | ☐ | ☑ | ☐ | ☐ | ☐ |
| 2.3 | The application has been blocked from submission due to being a "Duplicate" | Phase 3 | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
| 3 | **Citizen Detail View** | | | | | | | | | | |
| 3.1 | Providing access to Citizen Detail View | 10.2.1 | ☐ | ☐ | ☐ | ☑ | ☑ | ☑ | ☑ | ☐ | ☐ |
| 3.2 | Creating a Onestop Account | 10.2.1 | ☐ | ☐ | ☐ | ☑ | ☑ | ☑ | ☑ | ☐ | ☐ |
| 3.3 | Viewing a citizen detail view | 10.2.1 | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☐ | ☐ |
| 3.4 | Update Mailing Address | 10.2.1 | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☐ | ☐ |
| 4 | **SDAT User Dashboards** | | | | | | | | | | |
| 4.1 | Processor Dashboard | 1.1 | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☐ | ☐ |
| 4.2 | Auditor Dashboard | 1.1 | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☐ | ☐ |

| # | Script | SOW Line Item | Case 1 | Case 2 | Case 3 | Case 4 | Case 5 | Case 6 | Case 7 | Auditor Letters | Superuser |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4.3 | Supervisor Dashboard | 1.1 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
| 4.4 | Filtering the Processor Performance Report List View | 1.1 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
| 4.5 | Exporting the Processor Performance LV | 1.1 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
| 4.6 | Exporting the Weekly Processor Performance Report (Data Table) | 1.1 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
| 4.7 | Program Manager Dashboard Navigation | 1.1 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
| 5 | **Application Processing** | | | | | | | | | | |
| 5.1 | Accessing the record via Active List | 1.3, 3, 4 | ☐ | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☐ | ☐ |
| 5.2 | Assigning yourself to the Record and setting status to In-Process | 1.2 | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☐ | ☐ |
| 5.3 | Automatic Activity Code: Signature Missing | 3.3, 3.4 | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
| 5.4 | Updating Primary Applicant, Co-Tenants & Spouse or Household Members | 3 | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| 5.5 | Editing a record: Processor Rent and Income | 3 | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☐ | ☐ |
| 5.6 | Automatic Activity Code: Net Worth Inquiry | 3, 3.3, 3.4 | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 5.7 | Manual Activity Codes Available throughout Processing | 3, 3.3, 3.4 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
| 5.8 | Setting status decision to Approved-Completed and Calculating the Credit Amount | 4 | ☐ | ☐ | ☑ | ☐ | ☑ | ☐ | ☑ | ☐ | ☐ |
| 5.9 | Setting status decision to Approved-Completed and Calculating the Credit Amount (Mobile Home) | 4 | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 5.1 | Accessing the record via Credit Detail View | 2 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
| 5.11 | Process Manually after Approval | 3 | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| 5.12 | Leaving a note on the record | 6 | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☑ | ☐ | ☐ |
| 5.13 | Supervisor Actions | 6 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
| 5.14 | Admin Actions | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
| 6 | **Sending Processor Letters** | | | | | | | | | | |
| 6.1 | Request for Information (RNINFO) | 10 | ☐ | ☑ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| 6.2 | Manual Action: Correspondence Received | 10 | ☐ | ☑ | ☐ | ☐ | ☑ | ☑ | ☐ | ☐ | ☐ |
| 6.3 | 90 Days No Response | 10 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 6.4 | Late Filing Letter (RNLATE) | 10 | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
| 7 | **Send In-System Communication** | | | | | | | | | | |
| 7.1 | Sending a Processor Message | 10 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
| 7.2 | Citizen Provides Response | 10 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
| 7.3 | Processor Receives Citizen Response | 10 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
| 8 | **Application Denial** | | | | | | | | | | |
| 8.1 | Denial Activity Codes | 4.2 | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 8.2 | System-Raised: Residency Requirement Not Met | 4.2 | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 8.3 | Denial Letter (RNTDNL) | 4.2, 10 | ☐ | ☑ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| # | Script | SOW Line Item | Case 1 | Case 2 | Case 3 | Case 4 | Case 5 | Case 6 | Case 7 | Auditor Letters | Superuser |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | **Random Audit** | | | | | | | | | | |
| 9.1 | Flagging for Random Audit | 7.3 | ☑ | ☐ | ☑ | ☐ | ☑ | ☑ | ☑ | ☐ | ☐ |
| 9.2 | Accessing Record via Held List | 7.3 | ☑ | ☐ | ☑ | ☐ | ☑ | ☑ | ☑ | ☐ | ☐ |
| 9.4 | Audit Decision: Clear Audit | 7.3 | ☑ | ☐ | ☑ | ☐ | ☑ | ☑ | ☑ | ☐ | ☐ |
| 10 | **Sending Auditor Letters** | | | | | | | | | | |
| 10.1 | Addititional Information | 10.1 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ |
| 10.2 | Remove from Audit | 10.1 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ |
| 10.3 | Documents Unacceptable | 10.1 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ |
| 10.4 | Billing Invoice | 10.1 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ |
| 10.5 | Underpayment | 10.1 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ |
| 10.6 | Final Notice | 10.1 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ |
| 10.7 | Paid in Full | 10.1 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ |
| 10.8 | Inquiry | 10.1 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ |
| 11 | **20% Rent/Income Differential Audit** | | | | | | | | | | |
| 11.1 | Flagging the 20% Audit: Current Year Rent/Income is 20% or more greater than Previous Year Rent/Income | 7.1 | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 11.2 | Access record via Held List | 7.1 | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 11.3 | Begin Auditing | 7.1 | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 11.4 | Audit Decision: Clear Audit | 7.1 | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 12 | **Extraction** | | | | | | | | | | |
| 12.1 | Recording the record's SSN2 | 9 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
| 12.2 | MANUAL: Populating the RTC Extraction for Export List View | 9 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
| 12.3 | MANUAL: Updating the exported records as Extracted | 9 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
| 12.4 | Updating the RTC YTD LV | 9 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
| 12.5 | The System Automatically Generates Extraction Files for the 1st and 15th monthly | 9 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
| 13 | **Gross Income Limit & Mobile Rates Table** | | | | | | | | | | |
| 13.1 | Adding Federal Poverty Thresholds for a New Year | 4.2, 4.5 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
| 13.2 | Updating an Existing Year's Federal Poverty Threshold Values | 4.2, 4.5 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
| 13.3 | Adding Mobile Home Tax Rates for a New Year | 4.2, 4.5 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
| 13.4 | Updating an Existing Year's Mobile Tax Rate Values | 4.2, 4.5 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
| 14 | **History List** | | | | | | | | | | |
| 14.1 | Defining list view | 2 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ |
| 15 | **Concurrent Audits** | | | | | | | | | | |
| 15.1 | Record has been flagged for HTC-RTC audit and Fed. Adj. audit | 7 | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

| # | Script | SOW Line Item | Case 1 | Case 2 | Case 3 | Case 4 | Case 5 | Case 6 | Case 7 | Auditor Letters | Superuser |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15.2 | Resolving the HTC-RTC audit | 7 | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| 15.3 | Resolving the Fed. Adjusted audit | 7 | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| **16** | **Credit Recapture** | | | | | | | | | | |
| 16.1 | Flagging a record for "O: Credit Recapture Needed" | 5.3 | ☑ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 16.2 | Credit recapture is needed and approved on the record | 5.3 | ☑ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **17** | **Repayments** | | | | | | | | | | |
| 17.1 | Simulating Outstanding Balance (Recalculation of Credit) | 5 | ☑ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| 17.2 | Accessing Accounts Receivable records on AR/AP LV | 5 | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| 17.3 | Delinquency Tracking & Aging Report Balance | 5 | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| 17.4 | Sending delinquent records to CCU | 5 | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| 17.5 | Repayment complete | 5 | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| **18** | **Repayments: Payment Plan** | | | | | | | | | | |
| 18.1 | Recording payment plan | 5.1 | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 18.2 | Delinquency tracking + aging report balance | 5.1 | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 18.3 | Sending a Record to CCU | 5.1 | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 18.4 | Repayment complete | 5.1 | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 18.5 | Accessing Accounts Receivable records on AR/AP LV | 5.1 | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| **19** | **Refunds** | | | | | | | | | | |
| 19.1 | Simulating Outstanding Balance (Recalculation of Credit) | 5 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |
| 19.2 | Accessing Accounts Receivable records on AR/AP LV | 5 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☑ |
| 19.3 | Approve Refund | 5 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☑ |
| 19.4 | Exporting Transmittal LV | 5 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☑ |