# PURCHASE ORDER
## STATE OF MARYLAND

**** CLOSED ****

**PURCHASE ORDER NO:** E50P3600018    **PRINT DATE:** 03/05/24    **PAGE:** 01

Exhibit D

| DELIVER TO: | BILL TO: |
|---|---|
| TARA GRAY<br>DEPARTMENT OF ASSESSMENTS & TAXATION<br>301 W. PRESTON ST - ROOM 808<br>BALTIMORE   MD 21201 | TARA GRAY<br>DEPARTMENT OF ASSESSMENTS & TAXATION<br>301 W. PRESTON ST - ROOM 808<br>BALTIMORE   MD 21201 |
| **VENDOR ID:**<br>ERNST & YOUNG LLP<br>ONE N CHARLES ST<br><br>BALTIMORE   MD 21201 | **REFER QUESTIONS TO:**<br>TARA GRAY<br>(410  )767-1194<br>TARA.GRAY@MARYLAND.GOV |
| | **DELIVER BY:** 03/30/23 |

**ITB:**             **EXPR DATE:**             **DISC TERMS:** .    NET 30
**BPO:** F50B0600028    **POST DATE:** 03/17/23    **F.O.B. POINT:** DESTINATION

**TERMS:**

ARTICLES HEREIN ARE EXEMPT FROM MARYLAND SALES AND USE TAXES BY EXEMPTION CERTIFICATE NUMBER 3000256-3 AND FROM FEDERAL EXCISE TAXES BY EXEMPTION NUMBER 52-73-0358K.  IT IS THE VENDOR'S RESPONSIBILITY TO ADVISE COMMON CARRIERS THAT AGENCIES OF THE STATE OF MARYLAND ARE EXEMPT FROM TRANSPORTATION TAX.

**PLEASE FURNISH THE STATE OF MARYLAND WITH THE FOLLOWING:**

| LINE # | STATE ITEM ID | QUANTITY | U/M | UNIT COST | TOTAL |
|---|---|---|---|---|---|
| 0001 | 92020-FA5CAT | 1.00 | EA | 205,000.0000 | 205,000.00 |

F5 SOFTWARE ENGINEERING

MILESTONE 1 (80% RTC COST)

```
REQUISITION    LINE   SHIP/BILL CODE      SHIPPING CONTACT
-----------    ----   --------------      ----------------
E50P3600018    001    E5001               TARA GRAY
```

                                                   DOCUMENT TOTAL:       205,000.00

******** LAST PAGE ********

**AUTHORIZED BY:** _____    **DATE:** _____

BUYER AUTHORIZED DESIGNEE
**INSTRUCTIONS TO VENDOR**

EACH SHIPPING CONTAINER OR PACKAGE SHALL HAVE CLEARLY MARKED A COMPLETE DESCRIPTION AS TO CONTENTS AND QUANTITY CONTAINED THEREIN, THE PURCHASE ORDER NUMBER AND THE STOCK NUMBER, IF LISTED IN DESCRIPTION ABOVE.  EACH SHIPMENT SHALL HAVE ATTACHED TO THE CONTAINER OR PACKAGE A PACKAGING SLIP AND SAID CONTAINER OR PACKAGE MUST BE READILY MARKED FOR IDENTIFICATION.

EACH INVOICE MUST BE SUBMITTED IN DUPLICATE AND INCLUDE THE FOLLOWING INFORMATION:  1) DATE AND METHOD OF SHIPMENT.  2) PURCHASE ORDER NUMBER.  3) DESCRIPTION AS IT APPEARS ON PURCHASE ORDER.  4) QUANTITY SHIPPED.  5) UNIT PRICE AND EXTENSIONS.  6) DATE OF INVOICE.  7) VENDOR'S FEDERAL TAX IDENTIFICATION OR SOCIAL SECURITY NUMBER.  NOTE: INVOICE INFORMATION MUST BE IN ACCORDANCE WITH THAT CONTAINED ON PURCHASE ORDER.  FAILURE TO COMPLY WITH THE FOREGOING WILL RESULT IN THE INVOICE BEING REJECTED FOR PAYMENT.

FMIS-3 (3/96)

# PURCHASE ORDER
## STATE OF MARYLAND

\*\*\*\*   CLOSED   \*\*\*\*

**PURCHASE ORDER NO:** E50P3600018       **PRINT DATE:**   03/05/24        **PAGE:** 02

| SUMMARY ACCOUNTING INFORMATION   *(STATE OF MARYLAND USE ONLY)* |
| --- |

| SF | AGY | YR | INDEX | PCA | OBJECT | AOBJ | GRANT/PH | PROJ/PH | AG1 | AG2 | AMOUNT / % |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 01 | E50 | 23 | | 92003 | | 0865 | | | | | 205,000.00 |
| | | | | | | | | | | TOTAL ENCUMBRANCE: | 205,000.00 |

FMIS-3 (3/96)