Case 22-10014-ELG    Doc 52-5    Filed 03/05/24    Entered 03/05/24 23:29:55    Desc
Affidavit Affidavit of Ashley Laymon    Page 1 of 2

DocuSign Envelope ID: 4357F3CA-23A6-4BA5-897F-9584BFA6737F

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| ENOVATIONAL CORP., | * | Case No. 22-00055-ELG |
| Debtor. | * | (Chapter 11) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| ENOVATIONAL CORP., | * | Adv. Pro. 22-10014-ELG |
| Plaintiff, | * | |
| v. | * | |
| THE STATE OF MARYLAND, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### **<u>AFFIDAVIT OF ASHLEY LAYMON</u>**

I, Ashley Laymon, on personal knowledge, state as follows:

1. I am over 18 years of age and otherwise qualified to make this statement.

2. At all times relevant to this affidavit I was employed by the State of Maryland's Department of Information Technology ("DoIT").

3. In that role, I have personal knowledge of Work Order 17 and Invoice 587 submitted by Debtor, Enovational Corp., to the State.

4. Invoice 587 sought $625,000 in payment for alleged completion of tasks for work performed for breast and cervical cancer diagnosis and treatment, kidney disease, and children's medical services programs on behalf of the Maryland Department of Health ("MDH").

1

5.  Debtor did not submit any task order completion sign-off forms in conjunction with Invoice 587, as it is contractually required to do and as is the State's standard practice for such work.

6.  Without review and completion approval of the deliverables being invoiced, the State would not issue payment pursuant to Invoice 587.

7.  Debtor could have cured the deficiency in its invoice and received payment by obtaining and submitting to the State completion sign-off forms establishing that it had substantially completed the milestone tasks contemplated in Work Order 17.

Date: 3/5/2024

*Ashley Laymon*

Ashley Laymon