IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| ENOVATIONAL CORP., | * | Case No. 22-00055-ELG |
| Debtor. | * | (Chapter 11) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| ENOVATIONAL CORP., | * | Adv. Pro. 22-10014-ELG |
| Plaintiff, | * | |
| v. | * | |
| THE STATE OF MARYLAND, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF KIMBERLY RINGOLD

I, Kimberly Ringold, on personal knowledge, state as follows:

1. I am over 18 years of age and otherwise qualified to make this statement.

2. At all times relevant to this affidavit I worked as a contractor for the State of Maryland's Department of Information Technology ("DoIT"), serving as a project manager for the State's OneStop program.

3. With regard to Work Order 3 and Invoice 569 submitted by Debtor, Enovational Corp., to the State, I received in the ordinary course of business the July 13, 2022 letter from William Tillburg of MMCC, attached to the Opposition as Exhibit A, and attest to its authenticity.

4. With regard to Work Order 18 and Invoice 600 submitted by Debtor to the State, I received in the ordinary course of business the January 20, 2023 letter from Matthew Dyer of Ernst & Young, attached to the Opposition as Exhibit C, and attest to its authenticity.

1

DocuSign Envelope ID: 37D5FF7A-0488-43B8-A5A6-D10AEADA0155

Case 22-10014-ELG    Doc 52-6    Filed 03/05/24    Entered 03/05/24 23:29:55    Desc
Affidavit Affidavit of Kimberly Ringold    Page 2 of 2

5.  With regard to Work Order 18 and Invoice 600 submitted by Debtor to the State, I received in the ordinary course of business the Purchase Order from SDAT to Ernst & Young in the amount of $205,000 with notation "Milestone 1," attached to the Opposition as Exhibit D, and attest to its authenticity.

6.  I have personal knowledge of Work Order MDA-E29-2 and Invoice 601 submitted by Debtor to the State.

7.  On September 12, 2022, Debtor issued to the State Invoice No. 601 in the amount of $912,227.05 for work performed for the Maryland Department of Agriculture ("MDA").

8.  The State reviewed Invoice 601 and objected to certain of the charges Debtor included.

9.  Thereafter, I negotiated on behalf of the State with Will van der Veen on behalf of Debtor to resolve the dispute.

10. Mr. van der Veen and I agreed to remove certain items from the Invoice.

11. I drafted and circulated a new Work Order documenting our agreement for work on behalf of MDA totaling $751,403.21.

12. That Work Order is the Work Order attached to Debtor's Motion for Summary Judgment as Exhibit Z and referred to as Work Order MDA-E29-2.

13. A representative for Debtor never signed Work Order MDA-E29-2, thus the State did not pay Debtor the $751,403.21 it owes to Debtor.

I solemnly affirm under penalty of perjury and upon personal knowledge that the foregoing is true and correct.

Date: 3/5/2024

*Kimberly Ringold* (DocuSigned by, 28D4EA08209E4C0...)

Kimberly Ringold