The order below is hereby signed.

Signed: March 6 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| ENOVATIONAL CORP., | * | Case No. 22-00055-ELG |
| Debtor. | * | (Chapter 11) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| ENOVATIONAL CORP., | * | Adv. Pro. 22-10014-ELG |
| Plaintiff, | * | |
| v. | * | |
| THE STATE OF MARYLAND, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING THE STATE OF MARYLAND'S
### EMERGENCY MOTION TO CONTINUE HEARING ON
### <u>MOTION TO STRIKE EXPERT DESIGNATION</u>

UPON CONSIDERATION OF Defendant the State of Maryland's Emergency Motion to Continue Hearing on the Motion to Strike Expert Designation and any opposition thereto, it is hereby

ORDERED that the Motion is hereby GRANTED; and it is further

GFRDOCS\59387\148679\10724741.v1-3/5/24

ORDERED that the hearing on the Motion to Strike Expert Designation will be continued until March 14, 2024 at 10:30 am.

I ask for this:


/s/ David S. Musgrave
David S. Musgrave
Bar No. 382428
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202
Phone/Fax No.: (410) 576-4194
dmusgrave@gfrlaw.com
*Attorney for State of Maryland*