**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | * | |
| ENOVATIONAL CORP., | * | Case No. 22-00055-ELG |
| Debtor. | * | (Chapter 11) |
| * * * * * * * | * | * * * * * |
| ENOVATIONAL CORP., | * | Adv. Pro. 22-10014-ELG |
| Plaintiff, | * | |
| v. | * | |
| THE STATE OF MARYLAND, | * | |
| Defendant. | * | |
| * * * * * * * | * | * * * * * |

**FIRST SET OF
<u>INTERROGATORIES TO ENOVATIONAL CORP.</u>**

TO:   Enovational Corp., Plaintiff

FROM:   The State of Maryland, Defendant

Pursuant to Federal Rule of Civil Procedure 33, applicable to this adversary proceeding by Bankruptcy Rule 7033, the State of Maryland ("Maryland") requests that Enovational Corp. ("Enovational") answer separately and fully in writing under oath the Interrogatories set forth below.

**<u>INSTRUCTIONS</u>**

1.   These instructions and definitions should be construed to require answers based upon the knowledge of, and information available to, the responding party as well as its agents, representatives and, unless privileged, attorneys. It is intended that the following discovery requests will not solicit any material protected either by the attorney/client privilege or work product doctrine which was created by, or developed by, counsel for the responding party after the date on which this litigation was commenced.

2. These Interrogatories are continuing in character, so as to require that supplemental answers be filed seasonably if further or different information is obtained with respect to any interrogatory.

3. No part of an Interrogatory should be left unanswered merely because an objection is interposed to another part of the Interrogatory. If a partial or incomplete answer is provided, the responding party shall state that the answer is partial or incomplete.

4. In accordance with Federal Rule of Civil Procedure 26(b)(5),[1] where a claim of privilege is asserted in objecting to any Interrogatory or part thereof, and information is not provided on the basis of such assertion:

    a. In asserting the privilege, the responding party shall, in the objection to the Interrogatory, or part thereof, identify with specificity the nature of the privilege (including work product) that is being claimed;

    b. The following information should be provided in the objection, if known or reasonably available, unless divulging such information would cause disclosure of the allegedly privileged information,

        1) For oral communications:

            a) the name of the person making the communication and the names of persons present while the communication was made, and, where not apparent, the relationship of the persons present to the person making the communication;

            b) the date and place of the communication; and

            c) the general subject matter of the communication.

        2) For documents:

            a) the type of document,

            b) the general subject matter of the document,
            c) the date of the document, and

            d) such other information as is sufficient to identify the document, including, where appropriate, the author, addressee, custodian, and any other recipient of the document, and where not apparent, the relationship of the author, addressee, custodian, and any other recipient to each other.

---

[1] Federal Rule of Civil Procedure 26 is applicable to this adversary proceeding by Bankruptcy Rule 7026.

5. If the responding party elects to specify and produce business records in answer to any Interrogatory, the specification shall be in sufficient detail to permit the interrogating party to locate and identify, as readily as the responding party can, the business records from which the answer may be ascertained.

6. If, in answering these Interrogatories, the responding party encounters any ambiguities when construing a question, instruction, or definition, the responding party's answer shall set forth the matter deemed ambiguous, and the construction used in answering.

7. Unless otherwise indicated, these Interrogatories refer to the time, place, and circumstances of the occurrence mentioned or complained of in the pleadings.

8. All Interrogatories phrased in either the disjunctive ("or"), conjunctive ("and"), or both, should be responded to in the manner that makes your response inclusive rather than exclusive.

## **DEFINITIONS**

1. Notwithstanding any definition below, each word, term, or phrase used in these Interrogatories is intended to have the broadest possible meaning.

2. *Concerning:* The term "concerning" means relating to, referring to, describing, evidencing, or constituting.

3. *Communication:* The term "communication" means the transmittal of information by any means.

4. *Document:* The terms "document" and "documents" are to be interpreted in their broadest sense and include any written or graphic matter or other means of preserving thought or expression, and all tangible things from which information can be processed or transcribed, including, but not limited to correspondence, messages, contracts, checks, memoranda or notes of telephone or other oral conversations, studies, surveys, charts, reports, minutes, notes, diaries, logs, schedules, cancelled checks, graphs, invoices, bills, computer reports, photographs, videotapes, releases, newspaper or magazine articles, books, financial statements, ledgers, transcripts, affidavits, tapes, tape recordings, phonograph recordings, e-mails, electronic files, electronically stored data, whether originals, copies, or drafts, however produced or reproduced. If any of the data or information requested below is stored in such a way as to be retrieved by computer, then in respect to such data or information, the term "document" shall also include the physical medium in which such data or information is stored, or a copy thereof, together with a copy of the software which will enable the data or information to be retrieved and reviewed.

5. *Identify (with respect to persons):* When referring to a person, to "identify" means to state the person's full name, present or last known address, including the person's email address if known and, when referring to a natural person, additionally, the present or last known place of employment. If the business and home telephone numbers are known to the answering party, and if the person is not a party or present employee of a party, those telephone numbers shall be provided. Once a person has been identified in accordance with this subparagraph, only

3

the name of the person need be listed in response to subsequent discovery requesting the identification of that person.

6. *Identify (with respect to documents):* When referring to documents, to "identify" means to state the: (i) type of document; (ii) general subject matter; (iii) date of the document; and (iv) author(s), addressee(s), and recipient(s) or, alternatively, to produce the document.

7. *Person:* The term "person" is defined as any natural person, corporation, partnership or other private organization or governmental or legal entity.

8. The present tense includes the past and future tenses. The singular includes the plural, and the plural includes the singular.

9. "All" means "any and all"; "any" means "any and all."

10. "Including" means "including but not limited to."

11. "And" and "or" encompass both "and" and "or."

12. Words in the masculine, feminine, or neuter form shall include each of the other genders.

13. The terms "and" and "or" should be read conjunctively or disjunctively to bring within the scope of these Interrogatories information which might otherwise be outside its scope.

14. The terms "you," "your," and "Enovational" shall refer to Enovational, together with its officers, directors, employees, representatives, attorneys, accountants, or any other person acting or purporting to act on its behalf.

15. The term "Maryland" shall refer to the State of Maryland, together with its agents, representatives, or any other person acting on its behalf.

16. The term "Complaint" means the Complaint filed by Enovational in the above-captioned proceeding and any subsequent amended pleading.

17. The term "subject matter of this litigation" includes any and all matters and information which in any way pertain, refer or relate to, address or mention any and all of the persons or matters, facts, circumstances, allegations, and occurrences set forth or referred to in the Complaint and any and all responses filed thereto.

4

# INTERROGATORIES

**INTERROGATORY NO. 1:** Identify all persons having discoverable information related to the Complaint, or the subject matter of this litigation including, but not limited to, any person that you intend to call as a witness at the trial in this matter.

**INTERROGATORY NO. 2:** Identify each person whom you expect to call as an expert witness at trial, state the subject matter on which the expert is expected to testify, state the substance of the findings and opinions to which the expert is expected to testify and a summary of the grounds for each opinion, and, with respect to an expert whose findings and opinions were acquired in anticipation of litigation or for trial, summarize the qualifications of the expert, state the terms of the expert's compensation, and attach to your answers any available list of publications written by the expert and any written report made by the expert concerning the expert's findings and opinions.

**INTERROGATORY NO. 3:** Identify all reports, memoranda, letters, working papers, and other writings of all experts with whom you have consulted in connection with the subject matter of the litigation.

**INTERROGATORY NO. 4:** If you intend to rely upon any documents or other tangible things to support a position that you have taken or intend to take in this action, including any claim for damages, provide a brief description, by category and location, of all such documents and other tangible things, and identify all persons having possession, custody or control of them.

**INTERROGATORY NO. 5:** Describe all instances where Maryland failed to abide by the strict terms of its own policies and procedures (Complaint, ¶23) with respect to Enovational, and set forth in your answer all documents and other materials setting forth such

5

policies and procedures, and identify all persons with personal knowledge of such instances, policies and procedures.

**INTERROGATORY NO. 6:** With respect to the allegations of ¶41 of the Complaint, identify all documents concerning such allegations and identify all persons with personal knowledge of such documents and allegations.

**INTERROGATORY NO. 7:** With respect to invoice no. 567 (Exhibit A),

a. Describe in complete detail all documents concerning the services rendered and the work performed by Enovational as reflected on the invoice;

b. Identify the person(s) who prepared or created the invoice;

c. Describe how the invoice was created, prepared and constructed;

d. Identify all documents that Enovational reviewed in creating, preparing and constructing the invoice;

e. Identify all backup or supporting documentation, including time records and timesheets, concerning the invoice;

f. Identify all documents, including work orders, correspondence, e-mails, agreements, contracts and similar documents, reflecting the work requested by Maryland, the terms and conditions of such work, and Maryland's requirements for such work, as reflected on the invoice; and

g. Identify all persons with personal knowledge of such documents, the work evidenced by the invoice and the creation of the invoice.

**INTERROGATORY NO. 8:** With respect to invoice no. 570 (Exhibit B) and Work Order 22,

6

    a.    Describe in complete detail all documents concerning the services rendered and the work performed by Enovational as reflected on the invoice;

    b.    Identify the person(s) who prepared or created the invoice;

    c.    Describe how the invoice was created, prepared and constructed;

    d.    Identify all documents that Enovational reviewed in creating, preparing and constructing the invoice;

    e.    Identify all backup or supporting documentation, including time records and timesheets, concerning the invoice;

    f.    Identify all documents, including work orders, correspondence, e-mails, agreements, contracts and similar documents reflecting the work requested by Maryland, the terms and conditions of such work, and Maryland's requirements for such work, as reflected on the invoice; and

    g.    Identify all persons with personal knowledge of such documents, the work evidenced by the invoice and the creation of the invoice.

**INTERROGATORY NO. 9:** With respect to invoice no. 602 (Exhibit C),

    a.    Describe in complete detail all documents concerning the services rendered and the work performed by Enovational as reflected on the invoice;

    b.    Identify the person(s) who prepared or created the invoice;

    c.    Describe how the invoice was created, prepared and constructed;

    d.    Identify all documents that Enovational reviewed in creating, preparing and constructing the invoice;

    e.    Identify all backup or supporting documentation, including time records and timesheets, concerning the invoice;

59387\148679\10295834.v3-10/11/23

  f. Identify all documents, including work orders, correspondence, e-mails, agreements, contracts and similar documents, reflecting the work requested by Maryland, the request(s) by Maryland of Enovational to perform such work, the terms and conditions of such work, and Maryland's requirements for such work, as reflected on the invoice; and

  g. Identify all persons with personal knowledge of such documents, the work evidenced by the invoice and the creation of the invoice.

  **INTERROGATORY NO. 10:** With respect to invoice no. 571 (Exhibit D) and work order 7,

  a. Describe in complete detail all documents concerning the services rendered and the work performed by Enovational as reflected on the invoice;

  b. Identify the person(s) who prepared or created the invoice;

  c. Describe how the invoice was created, prepared and constructed;

  d. Identify all documents that Enovational reviewed in creating, preparing and constructing the invoice;

  e. Identify all backup or supporting documentation, including time records and timesheets, concerning the invoice;

  f. Identify all documents, including work orders, correspondence, e-mails, agreements, contracts and similar documents reflecting the work requested by Maryland, the terms and conditions of such work, and Maryland's requirements for such work, as reflected on the invoice; and

  g. Identify all persons with personal knowledge of such documents, the work evidenced by the invoice and the creation of the invoice.

59387\148679\10295834.v3-10/11/23

**INTERROGATORY NO. 11:** With respect and invoice nos. 587 (Exhibit E), 588 (Exhibit F) and 589 (Exhibit G), and work order 17,

    a.    Describe in complete detail all documents concerning the services rendered and the work performed by Enovational as reflected on such invoices;

    b.    Identify the person(s) who prepared or created the invoices;

    c.    Describe how the invoices were created, prepared and constructed;

    d.    Identify all documents that Enovational reviewed in creating, preparing and constructing the invoices;

    e.    Identify all backup or supporting documentation, including time records and timesheets, concerning the invoices;

    f.    Identify all documents, including work orders, correspondence, e-mails, agreements, contracts and similar documents, reflecting the work requested by Maryland, the request(s) by Maryland of Enovational to perform such work, the terms and conditions of such work, and Maryland's requirements for such work, as reflected on the invoices; and

    g.    Identify all persons with personal knowledge of such documents, the work evidenced by the invoices and the creation of the invoices.

**INTERROGATORY NO. 12:** With respect to invoice nos. 569 (Exhibit H) and 617 (Exhibit I),

    a.    Describe in complete detail all documents concerning the services rendered and the work performed by Enovational as reflected on such invoices;

    b.    Identify the person(s) who prepared or created the invoices;

    c.    Describe how the invoices were created, prepared and constructed;

    d. Identify all documents that Enovational reviewed in creating, preparing and constructing the invoices;

    e. Identify all backup or supporting documentation, including time records and timesheets, concerning the invoices;

    f. Identify all documents, including work orders, correspondence, e-mails, agreements, contracts and similar documents reflecting the work requested by Maryland, the request(s) by Maryland of Enovational to perform such work, the terms and conditions of such work, and Maryland's requirements for such work, as reflected on the invoices; and

    g. Identify all persons with personal knowledge of such documents, the work evidenced by the invoice and the creation of the invoices.

    **INTERROGATORY NO. 13:** With respect to the Maryland Office of Food Protection and invoice no. 578 (Exhibit J),

    a. Describe in complete detail all documents concerning the services rendered and the work performed by Enovational as reflected on the invoice;

    b. Identify the person(s) who prepared or created the invoice;

    c. Describe how the invoice was created, prepared and constructed;

    d. Identify all documents that Enovational reviewed in creating, preparing and constructing the invoice;

    e. Identify all backup or supporting documentation, including time records and timesheets, concerning the invoice;

    f. Identify all documents, including work orders, correspondence, e-mails, agreements, contracts and similar documents reflecting the work requested by Maryland,

10

the request(s) by Maryland of Enovational to perform such work, the terms and conditions of such work, and Maryland's requirements for such work, as reflected on the invoice; and

    g.  Identify all persons with personal knowledge of such documents, the work evidenced by the invoice and the creation of the invoice.

    **INTERROGATORY NO. 14:**  With respect to invoice no. 576 (Exhibit K) and work order 1,

    a.  Describe in complete detail all documents concerning the services rendered and the work performed by Enovational as reflected on the invoice;

    b.  Identify the person(s) who prepared or created the invoice;

    c.  Describe how the invoice was created, prepared and constructed;

    d.  Identify all documents that Enovational reviewed in creating, preparing and constructing the invoice;

    e.  Identify all backup or supporting documentation, including time records and timesheets, concerning the invoice;

    f.  Identify all documents, including work orders, correspondence, e-mails, agreements, contracts and similar documents reflecting the work requested by Maryland, the terms and conditions of such work, and Maryland's requirements for such work, as reflected on the invoice; and

    g.  Identify all persons with personal knowledge of such documents, the work evidenced by the invoice and the creation of the invoice.

    **INTERROGATORY NO. 15:**  With respect to invoice no. 591 (Exhibit L) and work order 18,

11

a. Describe in complete detail all documents concerning the services rendered and the work performed by Enovational as reflected on the invoice;

b. Identify the person(s) who prepared or created the invoice;

c. Describe how the invoice was created, prepared and constructed;

d. Identify all documents that Enovational reviewed in creating, preparing and constructing the invoice;

e. Identify all backup or supporting documentation, including time records and timesheets concerning the invoice;

f. Identify all documents, including work orders, correspondence, e-mails, agreements, contracts and similar documents reflecting the work requested by Maryland, the terms and conditions of such work, and Maryland's requirements for such work, as reflected on the invoice; and

g. Identify all persons with personal knowledge of such documents, the work evidenced by the invoice and the creation of the invoice.

**INTERROGATORY NO. 16:** With respect to invoice no. 600 (Exhibit M),

a. Describe in complete detail all documents concerning the services rendered and the work performed by Enovational as reflected on the invoice;

b. Identify the person(s) who prepared or created the invoice;

c. Describe how the invoice was created, prepared and constructed;

d. Identify all documents that Enovational reviewed in creating, preparing and constructing the invoice;

e. Identify all backup or supporting documentation, including time records and timesheets, concerning the invoice;

12

    f. Identify all documents, including work orders, correspondence, e-mails, agreements, contracts and similar documents reflecting the work requested by Maryland, the request(s) by Maryland of Enovational to perform such work, the terms and conditions of such work, and Maryland's requirements for such work, as reflected on the invoice; and

    g. Identify all persons with personal knowledge of such documents, the work evidenced by the invoice and the creation of the invoice.

    **INTERROGATORY NO. 17:** With respect to invoice no. 601 (Exhibit N),

    a. Describe in complete detail all documents concerning the services rendered and the work performed by Enovational as reflected on the invoice;

    b. Identify the person(s) who prepared or created the invoice;

    c. Describe how the invoice was created, prepared and constructed;

    d. Identify all documents that Enovational reviewed in creating, preparing and constructing the invoice;

    e. Identify all backup or supporting documentation, including time records and timesheets, concerning the invoice;

    f. Identify all documents, including work orders, correspondence, e-mails, agreements, contracts and similar documents reflecting the work requested by Maryland, the request(s) by Maryland of Enovational to perform such work, the terms and conditions of such work, and Maryland's requirements for such work, as reflected on the invoice; and

    g. Identify all persons with personal knowledge of such documents, the work evidenced by the invoice and the creation of the invoice.

    **INTERROGATORY NO. 18:** With respect to invoice no. 609 (Exhibit O),

13

    a. Describe in complete detail all documents concerning the services rendered and the work performed by Enovational as reflected on the invoice;

    b. Identify the person(s) who prepared or created the invoice;

    c. Describe how the invoice was created, prepared and constructed;

    d. Identify all documents that Enovational reviewed in creating, preparing and constructing the invoice;

    e. Identify all backup or supporting documentation, including time records and timesheets, concerning the invoice;

    f. Identify all documents, including work orders, correspondence, e-mails, agreements, contracts and similar documents reflecting the work requested by Maryland, the request(s) by Maryland of Enovational to perform such work, the terms and conditions of such work, and Maryland's requirements for such work, as reflected on the invoice; and

    g. Identify all persons with personal knowledge of such documents, the work evidenced by the invoice and the creation of the invoice.

   **INTERROGATORY NO. 19:** With respect to invoice nos. 603 (Exhibit P) and 604 (Exhibit Q),

    a. Describe in complete detail all documents concerning the services rendered and the work performed by Enovational as reflected on the invoices;

    b. Identify the person(s) who prepared or created the invoices;

    c. Describe how the invoices were created, prepared and constructed;

    d. Identify all documents that Enovational reviewed in creating, preparing and constructing the invoices;

14

    e.  Identify all backup or supporting documentation, including time records and timesheets, concerning the invoices;

    f.  Identify all documents, including work orders, correspondence, e-mails, agreements, contracts and similar documents reflecting the work requested by Maryland, the request(s) by Maryland of Enovational to perform such work, the terms and conditions of such work, and Maryland's requirements for such work, as reflected on the invoices; and

    g.  Identify all persons with personal knowledge of such documents, the work evidenced by the invoices and the creation of the invoices.

  **INTERROGATORY NO. 20:**  With respect to invoices nos. 605 (Exhibit R), 610 (Exhibit S), 611 (Exhibit T), and 615 (Exhibit U),

    a.  Describe in complete detail all documents concerning the services rendered and the work performed by Enovational as reflected on such invoices;

    b.  Identify the person(s) who prepared or created the invoices;

    c.  Describe how the invoices were created, prepared and constructed;

    d.  Identify all documents that Enovational reviewed in creating, preparing and constructing the invoices;

    e.  Identify all backup or supporting documentation, including time records and timesheets, concerning the invoices;

    f.  Identify all documents, including work orders, correspondence, e-mails, agreements, contracts and similar documents reflecting the work requested by Maryland, the request(s) by Maryland of Enovational to perform such work, the terms and conditions of such work, and Maryland's requirements for such work, as reflected on the invoices; and

15

      g.      Identify all persons with personal knowledge of such documents, the work evidenced by the invoices and the creation of the invoices.

**INTERROGATORY NO. 21:** With respect to invoice no. 606 (Exhibit V),

      a.      Describe in complete detail all documents concerning the services rendered and the work performed by Enovational as reflected on the invoice;

      b.      Identify the person(s) who prepared or created the invoice;

      c.      Describe how the invoice was created, prepared and constructed;

      d.      Identify all documents that Enovational reviewed in creating, preparing and constructing the invoice;

      e.      Identify all backup or supporting documentation, including time records and timesheets, concerning the invoice;

      f.      Identify all documents, including work orders, correspondence, e-mails, agreements, contracts and similar documents reflecting the work requested by Maryland, the request(s) by Maryland of Enovational to perform such work, the terms and conditions of such work, and Maryland's requirements for such work, as reflected on the invoice; and

      g.      Identify all persons with personal knowledge of such documents, the work evidenced by the invoice and the creation of the invoice.

**INTERROGATORY NO. 22:** With respect to invoices no. 607 (Exhibit W) and 616 (Exhibit X),

      a.      Describe in complete detail all documents concerning the services rendered and the work performed by Enovational as reflected on such invoices;

      b.      Identify the person(s) who prepared or created invoices;

      c.      Describe how the invoices were created, prepared and constructed;

59387\148679\10295834.v3-10/11/23

    d.  Identify all documents that Enovational reviewed in creating, preparing and constructing the invoices;

    e.  Identify all backup or supporting documentation, including time records and timesheets, concerning the invoices;

    f.  Identify all documents, including work orders, correspondence, e-mails, agreements, contracts and similar documents reflecting the work requested by Maryland, the request(s) by Maryland of Enovational to perform such work, the terms and conditions of such work, and Maryland's requirements for such work, as reflected on the invoices; and

    g.  Identify all persons with personal knowledge of such documents, the work evidenced by the invoices and the creation of the invoices.

    **INTERROGATORY NO. 23:**  With respect to invoice no. 608 (Exhibit Y),

    a.  Describe in complete detail all documents concerning the services rendered and the work performed by Enovational as reflected on the invoice;

    b.  Identify the person(s) who prepared or created the invoice;

    c.  Describe how the invoice was created, prepared and constructed;

    d.  Identify all documents that Enovational reviewed in creating, preparing and constructing the invoice;

    e.  Identify all backup or supporting documentation, including time records and timesheets, concerning the invoice;

    f.  Identify all documents, including work orders, correspondence, e-mails, agreements, contracts and similar documents reflecting the work requested by Maryland, the request(s) by Maryland of Enovational to perform such work, the terms and conditions of such work, and Maryland's requirements for such work, as reflected on the invoice; and

17

  g. Identify all persons with personal knowledge of such documents, the work evidenced by the invoice and the creation of the invoice.

  **INTERROGATORY NO. 24:** With respect to invoice no. 613 (Exhibit Z),

  a. Describe in complete detail all documents concerning the services rendered and the work performed by Enovational as reflected on the invoice;

  b. Identify the person(s) who prepared or created the invoice;

  c. Describe how the invoice was created, prepared and constructed;

  d. Identify all documents that Enovational reviewed in creating, preparing and constructing the invoice;

  e. Identify all backup or supporting documentation, including time records and timesheets, concerning the invoice;

  f. Identify all documents, including work orders, correspondence, e-mails, agreements, contracts and similar documents reflecting the work requested by Maryland, the request(s) by Maryland of Enovational to perform such work, the terms and conditions of such work, and Maryland's requirements for such work, as reflected on the invoice; and

  g. Identify all persons with personal knowledge of such documents, the work evidenced by the invoice and the creation of the invoice.

  **INTERROGATORY NO. 25:** With respect to invoice no. 614 (Exhibit AA),

  a. Describe in complete detail all documents concerning the services rendered and the work performed by Enovational as reflected on the invoice;

  b. Identify the person(s) who prepared or created the invoice;

  c. Describe how the invoice was created, prepared and constructed;

18

      d. Identify all documents that Enovational reviewed in creating, preparing and constructing the invoice;

      e. Identify all backup or supporting documentation, including time records and timesheets, concerning the invoice;

      f. Identify all documents, including work orders, correspondence, e-mails, agreements, contracts and similar documents reflecting the work requested by Maryland, the request(s) by Maryland of Enovational to perform such work, the terms and conditions of such work, and Maryland's requirements for such work, as reflected on the invoice; and

      g. Identify all persons with personal knowledge of such documents, the work evidenced by the invoice and the creation of the invoice.

Dated: October 11, 2023

/s/ *David S. Musgrave*
David S. Musgrave (Bar No. 382428)
GORDON FEINBLATT LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202
Phone/Fax No. (410) 576-4194
E-mail: dmusgrave@gfrlaw.com

*Counsel for the State of Maryland*

## CERTIFICATE OF SERVICE

I certify that on this 11th day of October 2023, copies of the foregoing were sent by e-mail and by first-class mail, postage prepaid to:

  Maurice B. VerStandig, Esq.
  The Belmont Firm
  1050 Connecticut Avenue, NW, Suite 500
  Washington, DC 20036
  Phone: (202) 991-1101
  mac@dcbankruptcy.com

  *Counsel for the Plaintiff*

/s/ *David S. Musgrave*
David S. Musgrave (Bar No. 382428)