Exhibit C

> Maurice "Mac" VerStandig   11/25/23
>
> David –
>
> Here are my client's first 6,024 pages of documents. A lot more will follow.
>
> Thanks,
> Mac
>
> Attorney at Law