AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.    **22-10014-ELG**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*



FILED
MAR 13 2024
Clerk, U.S. District and
Bankruptcy Courts

I received this subpoena for    **Michael Leahy**
on    **2/23/2024**:

[X]    I served the subpoena by delivering a copy to the named person as follows: **712 Monmouth Ave, Severna Park, MD 21146** on **02/23/2024 at 1:07 PM**

**I delivered the documents to Michael Leahy with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 55-65 years of age, 5'8"-5'10" tall and weighing 200-240 lbs.; or**

☐    I returned the summons unexecuted because

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

**$ 0.00**

My fees are **$ 0.00** for travel and **$ 45.00** for services, for a total of **$ 45.00**.

I declare under penalty of perjury that this information is true.

Date:    02/23/2024

_____
Server's signature

**Anthony DiMario**
Printed name and title

**12078 Long Lake Drive
Owings Mills, MD 21117**

_____
Server's address

Additional information regarding attempted service, etc:




Tracking #: 0125524229




**RUSH FILING**

ABC INTERNAL USE - MAIL TO:

US District Court, Bankruptcy, District of Columbia
333 Constitution Ave NW
Washington DC, DC 20001



FILE AT COURT

**US District Court, Bankruptcy, District of Columbia**
333 Constitution Ave NW
Washington DC, DC 20001

## TO THE CLERK OF COURT

- **File the attached documents.**
- **Return in prepaid envelope** *(if attached)* **or place in ABC box for pickup.**
- **Have an idea on how we can make things easier for you?**
  Email us at <u>courtsupport@abclegal.com</u>.



### Subpoena - DOCUMENTS

Proof of Service (TN: 0125524229)



### SPECIAL HANDLING

needs to be served with a $40.00 witness fee.

---

CUSTOMER **The VerStandig Law Firm, LLC**
REF **REF-14996964**
COURT **US District Court, Bankruptcy, District of Columbia**
CASE# **22-10014-ELG**
TITLE **Enovational Corp. vs. The State of Maryland**

Need help?
1-888-294-0383
abclegal.com



03/04/2024