AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. **22-10014-ELG**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*



FILED
MAR 13 2024
Clerk, U.S. District and
Bankruptcy Courts

I received this subpoena for **William Lance Schine** on **2/28/2024**:

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

**$ 0.00**

My fees are **$ 0.00** for travel and **$ 45.00** for services, for a total of **$ 45.00**.

I declare under penalty of perjury that this information is true.

Date: 02/28/2024

_____
Server's signature

**Michelle Fraley**
Printed name and title

5401 Westbard Avenue
309
Bethesda, MD 20816

_____
Server's address

Additional information regarding attempted service, etc:




Tracking #: 0125948858

# RUSH FILING





125948865

### ABC INTERNAL USE - MAIL TO:

US District Court, Bankruptcy,
District of Columbia
333 Constitution, Ave NW
Washington DC, DC 20001

### FILE AT COURT

**US District Court, Bankruptcy, District of Columbia**
333 Constitution Ave NW
Washington DC, DC 20001

## TO THE CLERK OF COURT

- **File the attached documents.**
- **Return in prepaid envelope** *(if attached)* **or place in ABC box for pickup.**
- **Have an idea on how we can make things easier for you?**
  Email us at <u>courtsupport@abclegal.com</u>.

### Subpoena - DOCUMENTS
Proof of Service (TN: 0125948858)



### SPECIAL HANDLING
needs to be served with a $40.00 witness fee

---

CUSTOMER **The VerStandig Law Firm, LLC**
REF **REF-14996963**
COURT **US District Court, Bankruptcy, District of Columbia**
CASE# **22-10014-ELG**
TITLE **Enovational Corp vs. The State of Maryland**

Need help?
1-888-294-0383
abclegal.com



03/04/2024