**22ntcftrn**



In Re:  **Enovational Corp.**
**v. State of Maryland**

United States Bankruptcy Court for the
District of Columbia

Case No.:  **22−10014−ELG**

Chapter:  **0**

E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280

www.dcb.uscourts.gov

### NOTICE OF REQUIREMENT TO REVIEW TRANSCRIPT
================================================

A transcript of the proceeding held on 3/14/2024 was filed on 3/27/2024 . The following deadlines apply:

1.    The parties have until 4/3/2024 [seven (7) calendar days from the date of filing of the transcript] to file with the Court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *Request for Redaction* under Fed. R. Bankr. P. 9037 and Local Bankruptcy Rule 9037−1 is 4/17/2024 [21 days from the date of filing of the transcript].

2.    If a Request for Redaction is filed, the redacted transcript is due 4/29/2024 [31 days from the date of filing the request for redaction].

3.    If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 6/25/2024 [90 calendar days from the date of filing of the transcript] unless extended by Court order.

For the Court:

Angela D. Caesar

Dated:  3/27/24

By:
am

Copies To:
Recipients of Electronic Notifications;
Debtor;
All Parties to the Hearing.

United States Bankruptcy Court

District of Columbia

Enovational Corp.,
    Plaintiff

State of Maryland,
    Defendant

Adv. Proc. No. 22-10014-ELG

# CERTIFICATE OF NOTICE

District/off: 0090-1      User: admin      Page 1 of 2
Date Rcvd: Mar 27, 2024      Form ID: ntcftrn      Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | David Simson Musgrave, Gordon Feinblatt LLC, 233 East Redwood Street, Baltimore, MD 21202-3332 |
| aty | + | Maurice Belmont VerStandig, The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, NV 89012-4422 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Mar 27 2024 22:22:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2024      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Simson Musgrave | on behalf of Defendant State of Maryland dmusgrave@gfrlaw.com vhilbun@gfrlaw.com |
| Maurice Belmont VerStandig | on behalf of Plaintiff Enovational Corp. mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

District/off: 0090-1          User: admin          Page 2 of 2
Date Rcvd: Mar 27, 2024          Form ID: ntcftrn          Total Noticed: 3

TOTAL: 2