David S. Musgrave, Esquire
Bar No. 382428
GORDON FEINBLATT LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202
(410) 576-4194
dmusgrave@gfrlaw.com
*Attorney for State of Maryland*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| ENOVATIONAL CORP., | * | Case No. 22-00055-ELG |
| Debtor. | * | (Chapter 11) |
| * * * * * * * | * * * * * * | |
| ENOVATIONAL CORP., | * | Adv. Pro. 22-10014-ELG |
| Plaintiff, | * | |
| v. | * | |
| THE STATE OF MARYLAND, | * | |
| Defendant. | * | |
| * * * * * * * | * * * * * * | |

**JOINT STIPULATION REGARDING
SUPPLEMENTAL BRIEFING AND MOTIONS HEARING DATES**

Debtor/Plaintiff Enovational Corp. ("Enovational") and Defendant the State of Maryland (the "State") jointly submit this Stipulation regarding supplemental briefing and motions hearing dates.

1. On March 14, 2024, the Court held a hearing on the following four motions:

   - Plaintiff's Motion for Leave to File Under Seal
   - Plaintiff's Motion for Partial Summary Judgment
   - Defendant's Motion to Modify Scheduling Order
   - Plaintiff's Motion to Strike Defendant's Designation of William A. Seymour as Expert Witness

2. At the hearing, the Court heard oral argument on Plaintiff's Motion for Leave to File Under Seal, which was uncontested, and Plaintiff's Motion for Partial Summary Judgment.

3. During oral argument on Plaintiff's Motion for Partial Summary Judgment, counsel for Plaintiff raised an issue that neither party had briefed; namely, whether the Bankruptcy Code superseded or nullified certain contract requirements for the payment of claims by a third party to a bankrupt debtor.

4. The Court conditionally granted Plaintiff's Motion for Leave to File Under Seal and took Plaintiff's Motion for Partial Summary Judgment under advisement. The Court deferred consideration of the remaining two motions.

5. The parties agreed to stay the case pending a renewed hearing to be held on April 24, 2024.

6. Also on March 14, 2024, Defendant filed a Motion to Compel Discovery from Plaintiff.

7. Subsequently, counsel for Plaintiff requested, and the Court granted, authorization for the parties to submit supplemental briefs as to the previously-unbriefed issue.

8. The Court also proposed that the April 24, 2024 renewed hearing be postponed to accommodate the supplemental submissions.

9. The deadline for submission of the supplemental briefs shall be April 19, 2024.

10. Consistent with the Court's calendar, the renewed hearing will occur on June 6, 2024, at 10:00 a.m.

11. The hearing on Defendant's Motion to Compel Discovery will occur on June 6, 2024, at 10:00 a.m. as well.

Dated: April 16, 2024

| | |
|---|---|
| /s/ *David S. Musgrave* | /s/ *Maurice B. VerStandig* (with consent) |
| David S. Musgrave (Bar No. 382428) | Maurice B. VerStandig (Bar No. MD13071) |
| GORDON FEINBLATT LLC | THE BELMONT FIRM |
| 1001 Fleet Street, Suite 700 | 1050 Connecticut Avenue, NW, Suite 500 |
| Baltimore, Maryland 21202 | Washington, D.C. 20036 |
| (410) 576-4194 | (202) 991-1101 |
| dmusgrave@gfrlaw.com | mac@dcbankruptcy.com |
| | |
| *Counsel for the State of Maryland* | *Counsel for Enovational Corp.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of April, 2024, a copy of the foregoing was served on all counsel of record through the Court's electronic filing system.

/s/ *David S. Musgrave*
David S. Musgrave