IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| ENOVATIONAL CORP., | * | Case No. 22-00055-ELG |
| Debtor. | * | (Chapter 11) |
| * * * * * * | * | * * * * * * |
| ENOVATIONAL CORP., | * | Adv. Pro. 22-10014-ELG |
| Plaintiff, | * | |
| v. | * | |
| THE STATE OF MARYLAND, | * | |
| Defendant. | * | |
| * * * * * * | * | * * * * * * |

**ORDER GRANTING JOINT STIPULATION REGARDING
SUPPLEMENTAL BRIEFING AND MOTIONS HEARING DATES**

UPON CONSIDERATION of the Joint Stipulation Regarding Supplemental Briefing and Motions Hearing Dates, it is hereby

ORDERED that the Joint Stipulation is hereby GRANTED; and it is further

ORDERED that the parties shall submit supplemental briefs with respect to the Motion for Partial Summary Judgment by April 19, 2024; and it is further

ORDERED that a hearing will commence on June 6, 2024 at 10:00 a.m. for one-half day on Defendant's Motion to Modify Scheduling Order, Plaintiff's Motion to Strike Defendant's Designation of William A. Seymour as Expert Witness, Defendant's Motion to Compel Discovery from Plaintiff, and Plaintiff's Motion for Partial Summary Judgment.

AGREED:

/s/ *David S. Musgrave*
David S. Musgrave (Bar No. 382428)
GORDON FEINBLATT LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202
(410) 576-4194
dmusgrave@gfrlaw.com

*Attorney for the State of Maryland*


/s/ *Maurice B. VerStandig* (with consent)
Maurice B. VerStandig (Bar No. MD13071)
THE BELMONT FIRM
1050 Connecticut Avenue, NW, Suite 500
Washington, D.C. 20036
(202) 991-1101
mac@dcbankruptcy.com

*Attorney for Enovational Corp.*