The order below is hereby signed.

Signed: April 18 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| ENOVATIONAL CORP., | * | Case No. 22-00055-ELG |
| Debtor. | * | (Chapter 11) |
| * * * * * * * | * | * * * * * |
| ENOVATIONAL CORP., | * | Adv. Pro. 22-10014-ELG |
| Plaintiff, | * | |
| v. | * | |
| THE STATE OF MARYLAND, | * | |
| Defendant. | * | |
| * * * * * * * | * | * * * * * |

**ORDER GRANTING JOINT STIPULATION REGARDING
SUPPLEMENTAL BRIEFING AND MOTIONS HEARING DATES**

UPON CONSIDERATION of the Joint Stipulation Regarding Supplemental Briefing and Motions Hearing Dates, it is hereby

ORDERED that the Joint Stipulation is hereby GRANTED; and it is further

gfrdocs\59387\148679\10825803.v1-4/17/24

ORDERED that the parties shall submit supplemental briefs with respect to the Motion for Partial Summary Judgment by April 19, 2024; and it is further

ORDERED that a hearing will commence on June 6, 2024 at 10:00 a.m. for one-half day on Defendant's Motion to Modify Scheduling Order, Plaintiff's Motion to Strike Defendant's Designation of William A. Seymour as Expert Witness, Defendant's Motion to Compel Discovery from Plaintiff, and Plaintiff's Motion for Partial Summary Judgment.

AGREED:

/s/ *David S. Musgrave*
David S. Musgrave (Bar No. 382428)
GORDON FEINBLATT LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202
(410) 576-4194
dmusgrave@gfrlaw.com

*Attorney for the State of Maryland*


/s/ *Maurice B. VerStandig* (with consent)
Maurice B. VerStandig (Bar No. MD13071)
THE BELMONT FIRM
1050 Connecticut Avenue, NW, Suite 500
Washington, D.C. 20036
(202) 991-1101
mac@dcbankruptcy.com

*Attorney for Enovational Corp.*

2

gfrdocs\59387\148679\10825803.v1-4/17/24

United States Bankruptcy Court

District of Columbia

Enovational Corp.,
    Plaintiff
State of Maryland,
    Defendant

Adv. Proc. No. 22-10014-ELG

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Apr 18, 2024 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | Apr 18 2024 21:58:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2024 at the address(es) listed below:**

**Name**       **Email Address**

David Simson Musgrave
     on behalf of Defendant State of Maryland dmusgrave@gfrlaw.com vhilbun@gfrlaw.com

Maurice Belmont VerStandig
     on behalf of Plaintiff Enovational Corp. mac@mbvesq.com
     lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

TOTAL: 2