The order below is hereby signed.

Signed: April 30 2024



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 22-00055-ELG |
| **Enovational Corporation,** Debtor. | Chapter 11 |
| **Enovational Corporation,** Plaintiff, <br><br> v. <br><br> **State of Maryland,** Defendant. | Adv. Pro. 22-10014-ELG |

## ORDER APPROVING CONSENT TO MEDIATION

On February 21, 2024, the parties in the above-captioned adversary proceeding filed a *Joint Motion for Mediation* (the "Motion") seeking appointment of a judicial mediator in this matter. On March 14, 2024, the Court held a hearing on the Plaintiff's *Motion for Partial Summary Judgment* (the "Motion for Partial Summary Judgment") and took the matter under advisement. On April 18, 2024, the Court entered a supplemental order setting a deadline for supplemental briefs on the Motion for Summary Judgment and scheduling a hearing on June 6, 2024 on various discovery motions. Upon review of the Motion, and the parties consent it is therefore **ADJUDGED**, **ORDERED**, and **DECREED** that:

1

1. Except as set forth herein, this adversary proceeding is hereby referred to mediation (the "Mediation") with the Honorable Michelle M. Harner as mediator (the "Mediator"), who shall schedule a conference call by zoom at a time and date convenient for the Mediator and counsel for the parties to set dates for the Mediation, deadlines for submission of mediation statements, and to discuss any other matter related to the Mediation.

2. Notwithstanding the Mediation, the Motion for Partial Summary Judgment shall remain under advisement for ruling by the Court.

3. The Mediation shall be non-binding and the Mediator shall not have the authority to render a decision that shall bind the parties.

4. No party shall be bound by anything said or done during the Mediation, unless either a written and signed stipulation is entered into or the parties enter into a written and signed agreement.

5. The Mediation shall be considered a settlement negotiation for the purpose of all federal and state rules protecting disclosures made during such conferences from later discovery or use in evidence. The entire procedure shall be confidential, and no stenographic or other record shall be made except to memorialize a settlement record. All communications and conduct, oral or written, during the Mediation by any party or a party's agent, employee, or attorney are confidential and, where appropriate, are to be considered work product and privileged. Such conduct, statements, promises, offers, views and opinions shall not be subject to discovery or admissible for any purpose, including impeachment, in any litigation or other proceeding involving the parties; provided, however, that evidence otherwise subject to discovery or admissible is not excluded from discovery or admission in evidence simply as a result of it having been used in connection with the Mediation.

6. In her role as Mediator, the Mediator shall retain the same immunity as she has a judge under Federal law and the common law from liability for any act or omission in connection with the Mediation, and from compulsory process to testify or produce documents in connection

with the Mediation.

    7.    An individual with final authority to settle the matter and to bind the party shall attend the Mediation on behalf of each party.

    8.    If the case settles in whole or in part, the parties shall advise the Court of the settlement by promptly filing a stipulation of settlement.

    9.    Absent further order of the Court, the dates and deadlines set forth in the Court's Amended Scheduling Order (ECF No. 20) shall remain unaltered.

[Signed and dated above.]

Copies to: recipients of electronic notice.

United States Bankruptcy Court

District of Columbia

Enovational Corp.,
    Plaintiff

State of Maryland,
    Defendant

Adv. Proc. No. 22-10014-ELG

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 1 |
| Date Rcvd: May 01, 2024 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion04.ax.ecf@usdoj.gov | May 01 2024 22:07:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Simson Musgrave | on behalf of Defendant State of Maryland dmusgrave@gfrlaw.com  vhilbun@gfrlaw.com |
| Maurice Belmont VerStandig | on behalf of Plaintiff Enovational Corp. mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

TOTAL: 2