# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | Case No. 22-00055-ELG |
| **Enovational Corporation,** Debtor. | Chapter 11 |
| **Enovational Corporation,** Plaintiff, | Adv. Pro. 22-10014-ELG |
| v. | |
| **State of Maryland,** Defendant. | |

## MEDIATOR'S CERTIFICATE OF COMPLETION

In accordance with this Court's Order Approving Consent to Mediation, entered April 30, 2024, the undersigned mediator reports that the mediation is now completed and resolved in the following manner:

(a) The parties and their respective counsel participated in one mediation session.

(b) That mediation session took place by videoconference on October 22, 2024.

(c) The mediation session did not resolve the matter and it should proceed to trial.

Date: November 26, 2024

/s/
Michelle M. Harner
Court-Appointed Judicial Mediator

Michelle M. Harner
101 W. Lombard Street, Rm. 9442
Baltimore, MD 21201
410-962-2820

cc:   Parties
      Counsel of Record to the Parties