David S. Musgrave, Esquire
Bar No. 382428
**Gordon Feinblatt LLC**
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202
(410) 576-4194
dmusgrave@gfrlaw.com
*Attorney for State of Maryland*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| ENOVATIONAL CORP., | * | Case No. 22-00055-ELG |
| Debtor. | * | (Chapter 11) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| ENOVATIONAL CORP., | * | Adv. Pro. 22-10014-ELG |
| Plaintiff, | * | |
| v. | * | |
| THE STATE OF MARYLAND, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR LEAVE TO FILE SUPPLEMENT TO OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant the State of Maryland (the "State") requests leave to file the attached Supplement to its Opposition to Debtor/Plaintiff Enovational Corp.'s Motion for Partial Summary Judgment. For the reasons set forth in the State's accompanying memorandum in support, the Court should grant this motion.

1

| | |
|---|---|
| Dated: March 10, 2025 | /s/ *David S. Musgrave* <br> David S. Musgrave (Bar No. 382428) <br> Gordon Feinblatt LLC <br> 1001 Fleet Street, Suite 700 <br> Baltimore, Maryland 21202 <br> (410) 576-4194 <br> dmusgrave@gfrlaw.com |

*Counsel for the State of Maryland*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of March, 2025, a copy of the foregoing was served on all counsel of record through the Court's electronic filing system.

/s/ *David S. Musgrave*
David S. Musgrave

2