**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | * | |
| ENOVATIONAL CORP., | * | Case No. 22-00055-ELG |
| Debtor. | * | (Chapter 11) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| ENOVATIONAL CORP., | * | Adv. Pro. 22-10014-ELG |
| Plaintiff, | * | |
| v. | * | |
| THE STATE OF MARYLAND, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE
SUPPLEMENT TO OPPOSITION TO MOTION FOR PARTIAL SUMMARY
JUDGMENT**

UPON CONSIDERATION of Defendant, the State of Maryland's (the "State") Motion for Leave to File Supplement to Opposition to Motion for Partial Summary Judgment and any opposition thereto, it is, on this _____ day of _____, 2025 hereby

ORDERED that the Motion be and hereby is GRANTED; and it is further

ORDERED that the State is granted leave to file its Supplement to Opposition to Motion for Partial Summary Judgment within seven days of the entry of this Order.

Copies to:

Debtor – Maurice B. VerStandig, Esquire
The State of Maryland – David S. Musgrave, Esquire

**END OF ORDER**

GFRDOCS\59387\148679\11478439.v4-3/10/25