David S. Musgrave, Esquire
Bar No. 382428
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202
Phone/Fax No.: (410) 576-4194
dmusgrave@gfrlaw.com
*Counsel for the State of Maryland*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | * | |
| ENOVATIONAL CORP., | * | Case No. 22-00055-ELG |
| Debtor. | * | (Chapter 11) |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

| | | |
|---|---|---|
| ENOVATIONAL CORP., | * | Adv. Pro. 22-10014-ELG |
| Plaintiff, | * | |
| v. | * | |
| THE STATE OF MARYLAND, | * | |
| Defendant. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**AMENDED NOTICE OF DEADLINE TO FILE AND SERVE OPPOSITION
TO MOTION FOR LEAVE TO FILE SUPPLEMENT TO
<u>OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

NOTICE IS HEREBY GIVEN that the State of Maryland (the "State") has filed a motion

(the "Motion") (ECF No. 80) requesting leave to file a Supplement to its Opposition to

Debtor/Plaintiff Enovational Corp.'s Motion for Partial Summary Judgment (ECF Nos. 52, 73).

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney.**

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Motion or if you would like the Court to consider your views, then ON OR BEFORE MARCH 25, 2025, you must file and serve a written opposition to the Motion or written request for a hearing. The opposition and/or request must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The opposition must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your opposition.

If you do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may ender an order granting the relief sought therein.

Dated: March 11, 2025

/s/ *David S. Musgrave*
David S. Musgrave (D.C. Bar No. 382428)
Gordon Feinblatt LLC
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202
Telephone/Fax No. (410) 576-4194
E-mail:  dmusgrave@gfrlaw.com

*Counsel for the State of Maryland*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of March, 2025, a copy of the foregoing Amended Notice was served on all counsel of record through the Court's electronic filing system.

/s/ *David S. Musgrave*
David S. Musgrave

GFRDOCS\59387\148679\11565373.v1-3/11/25