Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for Enovational Corp.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 22-55-ELG |
| ENOVATIONAL CORP. | (Chapter 11) |
| Debtor. | |
| _____/ | Adversary Proceeding No. 22-10014-ELG |
| ENOVATIONAL CORP. | |
| Plaintiff, | |
| v. | |
| THE STATE OF MARYLAND | |
| Defendant. | |

**NOTICE OF HEARING ON MOTION FOR LEAVE TO FILE SUPPLEMENT
TO OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**

NOTICE IS HEREBY GIVEN that the State of Maryland has filed a motion to supplement

its summary judgment briefing in this matter.

NOTICE OF HEARING. A hearing on the motion has been scheduled before the

Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for April 16, 2025 at 10:00 AM.

The hearing will be held in a hybrid format, both in Courtroom 1 at 333 Constitution Avenue, NW,

Washington, DC 20001 and via Zoom video conferencing. For meeting code, contact

Gunn_Hearings@dcb.uscourts.gov or (202) 354-3178.

Respectfully submitted,

Dated: March 25, 2025            By:    /s/ Maurice B. VerStandig
                                        Maurice B. VerStandig, Esq.
                                        Bar No. MD18071
                                        The Belmont Firm
                                        1050 Connecticut Avenue, NW, Suite 500
                                        Washington, DC 20036
                                        Phone: (202) 991-1101
                                        mac@dcbankruptcy.com
                                        *Counsel for Enovational Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of March, 2025, a copy of the foregoing was

served electronically, upon all parties hereto, via this Honorable Court's CM/ECF system.


                                        /s/ Maurice B. VerStandig
                                        Maurice B. VerStandig