David S. Musgrave, Esquire
Bar No. 382428
**Gordon Feinblatt LLC**
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202
(410) 576-4194
dmusgrave@gfrlaw.com
*Attorney for State of Maryland*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | * | |
| ENOVATIONAL CORP., | * | Case No. 22-00055-ELG |
| Debtor. | * | (Chapter 11) |

* * * * * * * * * * * * *

| | | |
|---|---|---|
| ENOVATIONAL CORP., | * | Adv. Pro. 22-10014-ELG |
| *Plaintiff*, | * | |
| v. | * | |
| THE STATE OF MARYLAND, | * | |
| *Defendant*. | * | |

* * * * * * * * * * * * *

**MOTION FOR ADMISSION PRO HAC VICE OF AMANDA R. PAIGE**

I, David S. Musgrave, hereby move this honorable Court for admission *pro hac vice* of my co-counsel, Ms. Amanda R. Paige, in the above-referenced matter and state as follows:

1.	Pursuant to Local Bankruptcy Rule 2009-1(b), "an attorney who is not a member of the United States District Court for the District of Columbia, but who is a member in good standing in every jurisdiction where the attorney has been admitted to practice and is not subject

1

to disciplinary proceedings as a member of the Bar in any jurisdiction, may appear by leave of Court."

2. Ms. Paige is an attorney in good standing in the State of Maryland. A Certificate of Good Standing as to Ms. Paige issued by the Supreme Court of Maryland on January 26, 2026 is attached hereto in support of this Motion.

3. The undersigned respectfully requests that the Court allow Ms. Paige to file pleadings and appear *pro hac vice* on behalf of Defendant the State of Maryland in this adversary proceeding.

WHEREFORE, I, David S. Musgrave, respectfully request that Ms. Amanda R. Paige be authorized to appear as co-counsel before this Court *pro hac vice* for purposes of participating in further proceedings in this adversary proceeding.

Dated: January 27, 2026

*/s/ David S. Musgrave*
David S. Musgrave (Bar No. 382428)
**Gordon Feinblatt LLC**
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202
(410) 576-4194
dmusgrave@gfrlaw.com

*Counsel for the State of Maryland*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of January, 2026, a copy of the foregoing was served on all counsel of record through the Court's electronic filing system.

*/s/ David S. Musgrave*
David S. Musgrave

59387\148679\12278630.v1