**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | * | |
| ENOVATIONAL CORP., | * | Case No. 22-00055-ELG |
| Debtor. | * | (Chapter 11) |

* * * * * * * * * * * * *

| | | |
|---|---|---|
| ENOVATIONAL CORP., | * | Adv. Pro. 22-10014-ELG |
| *Plaintiff*, | * | |
| v. | * | |
| THE STATE OF MARYLAND, | * | |
| *Defendant*. | * | |

* * * * * * * * * * * * *

**ORDER GRANTING**
**MOTION FOR ADMISSION PRO HAC VICE OF AMANDA R. PAIGE**

UPON CONSIDERATION OF Mr. David S. Musgrave, Esq., counsel for Defendant the State of Maryland, it is, on this _____ day of January, 2026, hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Ms. Amanda R. Paige is permitted to appear *pro hac vice* in the above-captioned adversary proceeding.

I ask for this:

*/s/ David S. Musgrave*
David S. Musgrave (Bar No. 382428)
**Gordon Feinblatt LLC**
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202
 (410) 576-4194
dmusgrave@gfrlaw.com

*Counsel for the State of Maryland*