

**Google LLC**
1600 Amphitheatre Pkwy
Mountain View, CA 94043
United States
Federal Tax ID: 77-0493581

# Invoice

Invoice number: 5424705723

**Bill to**

Vlad Enache

Enovational Corp

1427 Rhode Island Ave NW PH2

Washington, DC 20005

United States

**Details**

| | |
|---|---|
| Invoice number | 5424705723 |
| Invoice date | Nov 30, 2025 |
| Billing ID | 1171-1606-3306 |
| Domain name | venache.com |

**Google Workspace**

Total in USD   **$8,672.50**

**Summary for Nov 1, 2025 - Nov 30, 2025**

| | |
|---|---|
| Subtotal in USD | $8,181.60 |
| State sales tax (6%) | $490.90 |
| Total in USD | $8,672.50 |

You will be automatically charged for any amount due.

# Google Invoice

Invoice number: 5424705723

| Subscription | Description | Interval | Quantity | Amount($) |
|---|---|---|---|---|
| Google Workspace Enterprise Plus | Usage | Nov 1 - Nov 30 | 185 | 7,770.00 |
| Google Workspace Enterprise Plus - Archived User | Usage | Nov 1 - Nov 30 | 49 | 411.60 |

| | |
|---|---|
| Subtotal in USD | $8,181.60 |
| State sales tax (6%) | $490.90 |
| Total in USD | **$8,672.50** |

**Need help understanding the charges on your invoice?** [Click here for detailed explanations](https://support.google.com/a?p=gsuite-bills-and-charges)
https://support.google.com/a?p=gsuite-bills-and-charges