The order below is hereby signed.

Signed: January 28 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| ENOVATIONAL CORP., | * | Case No. 22-00055-ELG |
| Debtor. | * | (Chapter 11) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| ENOVATIONAL CORP., | * | Adv. Pro. 22-10014-ELG |
| *Plaintiff*, | * | |
| v. | * | |
| THE STATE OF MARYLAND, | * | |
| *Defendant*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING
<u>MOTION FOR ADMISSION PRO HAC VICE OF AMANDA R. PAIGE</u>**

UPON CONSIDERATION OF Mr. David S. Musgrave, Esq., counsel for Defendant the State of Maryland, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Ms. Amanda R. Paige is permitted to appear *pro hac vice* in the above-captioned adversary proceeding.

59387\148679\12278630.v1

|  |  |
|---|---|
| Consented to: | */s/ David S. Musgrave* <br> David S. Musgrave (Bar No. 382428) <br> **Gordon Feinblatt LLC** <br> 1001 Fleet Street, Suite 700 <br> Baltimore, Maryland 21202 <br> (410) 576-4194 <br> dmusgrave@gfrlaw.com <br><br> *Counsel for the State of Maryland* |

With consent by and notice to:

Maurice B. VerStandig
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, D.C. 20036
Phone: (202) 991-1101
Email: mac@dcbankruptcy.com

*Counsel for Enovational Corp.*

59387\148679\12278630.v1