The order below is hereby signed.

Signed: January 28 2026



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | |
| ENOVATIONAL CORP., | * | Case No. 22-00055-ELG |
| Debtor. | * | (Chapter 11) |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| ENOVATIONAL CORP., | * | Adv. Pro. 22-10014-ELG |
| *Plaintiff*, | * | |
| v. | * | |
| THE STATE OF MARYLAND, | * | |
| *Defendant*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING
### MOTION FOR ADMISSION PRO HAC VICE OF AMANDA R. PAIGE

UPON CONSIDERATION OF Mr. David S. Musgrave, Esq., counsel for Defendant the State of Maryland, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Ms. Amanda R. Paige is permitted to appear *pro hac vice* in the above-captioned adversary proceeding.

59387\148679\12278630.v1

Consented to:  /s/ David S. Musgrave
David S. Musgrave (Bar No. 382428)
**Gordon Feinblatt LLC**
1001 Fleet Street, Suite 700
Baltimore, Maryland 21202
 (410) 576-4194
dmusgrave@gfrlaw.com

*Counsel for the State of Maryland*

With consent by and notice to:

Maurice B. VerStandig
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, D.C. 20036
Phone: (202) 991-1101
Email: mac@dcbankruptcy.com

*Counsel for Enovational Corp.*

United States Bankruptcy Court

District of Columbia

Enovational Corp.,
    Plaintiff
State of Maryland,
    Defendant

Adv. Proc. No. 22-10014-ELG

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 28, 2026 | Form ID: pdf001 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Enovational Corp., 1427 Rhode Island Avenue, NW, PH 2, Washington, DC 20005-5532 |
| dft | + | State of Maryland, c/o David Musgrave, Esq., Gordon Feinblatt LLC, 1001 Fleet Street, Suite 700, Baltimore, MD 21202-4346 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Jan 28 2026 22:11:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 30, 2026    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Simson Musgrave | on behalf of Defendant State of Maryland dmusgrave@gfrlaw.com  jojones@gfrlaw.com |
| Maurice Belmont VerStandig | on behalf of Plaintiff Enovational Corp. mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

District/off: 0090-1      User: admin      Page 2 of 2
Date Rcvd: Jan 28, 2026      Form ID: pdf001      Total Noticed: 3
TOTAL: 2