The order below is hereby signed.

Signed: March 10 2026

Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 22-55-ELG |
| ENOVATIONAL CORP. | (Chapter 11) |
| Debtor. | |
| _____/ | |
| ENOVATIONAL CORP. | Adversary Proceeding No. 22-10014-ELG |
| Plaintiff, | |
| v. | |
| THE STATE OF MARYLAND | |
| Defendant. | |

**ORDER GRANTING MOTION TO ABANDON
OR DESTROY BOOKS AND RECORDS**

Upon consideration of the Motion to Abandon or Destroy Books and Records (the "Motion"), DE #90 in the adversary proceeding and DE #366 in the main case, the opposition of the State of Maryland thereto, arguments adduced at a hearing thereupon, the record in this case, and governing law, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

1

ORDERED, that Enovational Corp. ("Enovational") may cease paying for third party storage fees and expenses, and thereby occasion a loss or destruction of data, on or after March 15, 2026; and it is further

ORDERED, that the Subchapter V trustee shall reasonably work with Enovational to ensure the payment of third-party storage fees and expenses incurred to and through March 15, 2026, using funds held by the Subchapter V trustee in connection with the post-confirmation administration of the estate of Enovational.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for Enovational Corp.*

Seen:

/s/ Angela L. Shortall
Angela L. Shortall
348 Thompson Creek Mall
Suite 339
Stevensville, MD 21666
Phone: 410-200-3465
Email: ashortall@3cubed-as.com
*Subchapter V Trustee*

United States Bankruptcy Court

District of Columbia

Enovational Corp.,
    Plaintiff

State of Maryland,
    Defendant

Adv. Proc. No. 22-10014-ELG

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 2
Date Rcvd: Mar 10, 2026     Form ID: pdf001     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Enovational Corp., 1427 Rhode Island Avenue, NW, PH 2, Washington, DC 20005-5532 |
| dft | + | State of Maryland, c/o David Musgrave, Esq., Gordon Feinblatt LLC, 1001 Fleet Street, Suite 700, Baltimore, MD 21202-4346 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion04.ax.ecf@usdoj.gov | Mar 10 2026 22:15:00 | U. S. Trustee for Region Four, U. S. Trustee's Office, 1725 Duke Street, Suite 650, Alexandria, VA 22314-3489 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Simson Musgrave | on behalf of Defendant State of Maryland dmusgrave@gfrlaw.com jojones@gfrlaw.com |
| Maurice Belmont VerStandig | on behalf of Plaintiff Enovational Corp. mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

District/off: 0090-1 User: admin Page 2 of 2
Date Rcvd: Mar 10, 2026 Form ID: pdf001 Total Noticed: 3
TOTAL: 2